ORIGINAL

FILED

FEB 2 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   **RIMAC & MARTIN, P.C.**
    JOSEPH M. RIMAC - State Bar No. 72381
2   ANNA M. MARTIN - State Bar No. 154279
    1051 Divisadero Street
3   San Francisco, California 94115
    Telephone (415) 561-8440
4   Facsimile (415) 561-8430
5   Attorneys for Defendant
    UNUM LIFE INSURANCE COMPANY OF AMERICA
6

7

8              **UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                                                                  EDL

11

12   SHERI GARAY,                    CV 08    1059
13                                   )  CASE NO.
                                     )
14          Plaintiff,               )
                                     )  **NOTICE OF REMOVAL OF CIVIL**
15      vs.                          )  **ACTION TO UNITED STATES**
                                     )  **DISTRICT COURT**
16   UNUM LIFE INSURANCE COMPANY OF  )
     AMERICA, and DOES 1-10,         )
17                                   )
            Defendants.              )
18   _____)

19   **TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, AND TO**

20   **PLAINTIFF AND HER ATTORNEY OF RECORD:**

21          PLEASE TAKE NOTICE that Defendant UNUM LIFE INSURANCE COMPANY OF

22   AMERICA (hereinafter "UNUM"), hereby removes the above-entitled civil action from the

23   Superior Court of the State of California for the County of Contra Costa to the United States

24   District Court for the Northern District of California.

25          This case is being removed pursuant to 28 U.S.C. §§ 1331, 1332, and 1441, *et seq.*

26          UNUM states that removal is proper for the following reasons:

27          1.     On January 4, 2008, there was filed in the Superior Court of the State

28   of California for the County of Contra Costa the above-entitled action bearing Case

                                        **-1-**
     **NOTICE OF REMOVAL**                              CASE NO.

1    Number MSC08-00001 in the records and files of that court. UNUM first received notice of the

2    Summons and Complaint less than thirty days ago, on January 24, 2008. Thus, the time for

3    removing a civil action has not yet expired. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*

4    (1999) 526 U.S. 344, 354; 119 S.Ct. 1322, 1329.

5        2.    Defendant UNUM is incorporated under the laws of and maintains its principal

6    place of business in the State of Maine.

7        3.    Based upon information and belief, UNUM alleges that plaintiff SHERI GARAY

8    is a citizen and a resident of the State of California.

9        4.    The United States District Court for the Northern District of California is a proper

10    venue in that the action being removed was filed in the Superior Court of the State of California,

11    County of Contra Costa.

12        5.    This civil action is being removed to Federal Court on the basis of federal

13    diversity jurisdiction under the provisions of 28 U.S.C. Section 1332 and is one which may be

14    removed to this Court by UNUM pursuant to the provisions of 28 U.S.C. Section 1441(a) in that

15    it is a civil action wherein the amount in controversy exceeds the sum of Seventy-Five Thousand

16    Dollars ($75,000), exclusive of interest and costs, and is between citizens of different states.

17    (Complaint, pg. 13, "Prayer")

18        6.    The amount in controversy in this action far exceeds $75,000. Plaintiff seeks

19    amounts allegedly already owed, arguing that in the course of disability payments to plaintiff,

20    UNUM asserted entitlement to a credit in the amount of at least $74,000. See Complaint, "Facts

21    Common to All Causes of Action," ¶¶ 12, 15, 19, 21. Although plaintiff is receiving and

22    continues to receive permanent disability benefits, plaintiff alleges that "UNUM has also decided

23    to pay Plaintiff approximately $1,000 less per month than Plaintiff is owed under the policy . . ."

24    Complaint, ¶ 31. Plaintiff claims that this $1,000 per month is owing from March, 2002 to the

25    present time for a total of $106,000 through January, 2008. Complaint, ¶ 41 (2).  On the face of

26    plaintiff's Complaint, plaintiff claims entitlement to at least $180,000 in past disability benefits.

27    Plaintiff further alleges that "In 2002, 2003, and 2004, for any benefits paid, UNUM had

28    improperly withheld taxes from the benefits despite the fact that Plaintiff paid the premiums

-2-

**NOTICE OF REMOVAL**                                    CASE NO.

1  herself and therefore did not owe taxes on the benefits." Complaint, ¶ 22.  Plaintiff also prays
2  for general damages in excess of $100,000 and  for emotional distress which plaintiff has
3  suffered as a result of financial losses.  Complaint, ¶ 41 (5)  Plaintiff also seeks attorney's fees
4  and costs, for punitive and exemplary damages, and prejudgment interest.  Complaint, Prayer,
5  pg. 13.  Punitive damages may be included in determining the amount in controversy. *Anthony v.*
6  *Security Pac. Fin'l Services, Inc.*, (7th Cir. 1996) 75 F3d 311.  Accordingly, that the amount in
7  controversy in this action far exceeds $75,000 is facially apparent from the face of plaintiff's
8  complaint. *Gaus v. Miles, Inc.*, (9th Cir. 1992) 980 F2d 564.  According to plaintiff's own
9  complaint it is more probable than not that plaintiff's claim exceeds the jurisdictional minimum.
10  *Sanchez v. Monumental Life ins. Co.*, (9th Cir. 1996) 95 F3d 856, 860-861.

11       7.     The District Court for the Northern District of California has original jurisdiction of
12  this civil action under 28 U.S.C. 1332(a)(1) because the amount in controversy exceeds the
13  jurisdictional requirement of this Court, exclusive of interest and costs, and is between citizens of
14  different states.

15       8.     This Court additionally has original jurisdiction over the subject matter of this civil
16  action under 29 U.S.C. § 1331 pursuant to ERISA, 29 U.S.C. § 1001, *et seq.*  Plaintiff has filed a
17  "Complaint For Breach of Contract."  Plaintiff's cause of action is a claim for benefits under a
18  Long Term Disability Insurance Benefits policy Number 00108121 issued by UNUM to Site For
19  Sore Eyes. (the "Plan").  Complaint, ¶ 7.  The Plan is part of an employee welfare benefit plan
20  within the meaning of 29 U.S.C. Section 1002(1).  The enforcement of rights under the Plan is
21  governed exclusively by federal law under ERISA. *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41,
22  107 S.Ct. 1549, 95 L.Ed.2d 39 (1987).

23       9.     Plaintiff seeks to recover benefits and to enforce rights under the Plan.  Complaint,
24  ¶¶ 1-33.

25       10.    Plaintiff alleges that she was a "beneficiary" of the Plan as defined by ERISA. 29
26  U.S.C. Section 1002(8).  Complaint, ¶ ¶ 25-27.

27       11.    The District Courts of the United States have original jurisdiction over, and federal
28  law under ERISA controls, actions brought to recover benefits and to enforce rights under

-3-

1    employee welfare benefit plans. 29 U.S.C. Section 1132(e)(1); *Pilot Life Ins. Co. v. Dedeaux,*

2    481 U.S. 41, 107 S.Ct. 1549, 95 L.Ed.2d 39 (1987). Removal of such cases to federal court is

3    proper. *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 107 S.Ct. 1542, 95 L.Ed.2d 55 (1987).

4        12.   Attached hereto as Exhibit A is a true and correct copy of those pleadings and

5    process filed in the Superior Court of the State of California, County of Contra Costa, Case

6    No. MSC08-00001, which were served on UNUM.

7        13.   A Notice of Filing of this Notice of Removal is being filed concurrently with the

8    Superior Court of the State of California, County of Contra Costa, and is concurrently being

9    served on plaintiff.

10       **WHEREFOR**, UNUM prays that this civil action be removed to this Court from the

11   Superior Court of the State of California, County of Contra Costa.

12                                  RIMAC & MARTIN, P.C.

13

14

15   DATED: February 21, 2008        By:        _____
                                                 ANNA M. MARTIN
16                                               Attorneys for Defendant
                                                 UNUM LIFE INSURANCE COMPANY
17                                               OF AMERICA

18

19

20

21

22

23

24

25

26

27

28

-4-

**NOTICE OF REMOVAL**                                          CASE NO.

**EXHIBIT A**

JOHN F. MARTIN, ESQ. (SBN 52618)
CHRISTINE HOPKINS, ESQ. (SBN 240248) ·
LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA 94596
Telephone: (925) 937-5433
Facsimile: (925) 938-5567

Attorneys for Plaintiff
SHERI GARAY

F I L E D

D E C E I V E   JAN 4 2008

JAN 24 2008

SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA

PER LOCAL RULE 5 THIS
CASE IS ASSIGNED TO

SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA

| | |
|---|---|
| SHERI GARAY | Case No. C08 - 60001 |
| Plaintiff, | **COMPLAINT FOR DAMAGES and REQUEST FOR JURY TRIAL FOR:** |
| v. | (1) BREACH OF CONTRACT; |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; DOES 1-10 | (2) DECLARATORY RELIEF; |
| Defendants. | (3) BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING. |

SUMMONS ISSUED

Plaintiff SHERI GARAY (hereinafter "Plaintiff") respectfully requests a jury trial and alleges as follows:

## PARTIES

1)      At all times relevant to this complaint, Plaintiff is and was an adult citizen of the United States of America. During the times relevant to this complaint, Plaintiff maintained her residence in Contra Costa County, within the State of California.

2)      At all times relevant to this complaint, Defendant UNUM LIFE INSURANCE COMPANY of AMERICA  was a corporation doing business in the State of California under the regulation of the California Department of Insurance.

3)      DOES 1-10 are fictitiously named defendants, whether individuals or corporations, with

1    true names unknown. Plaintiff is ignorant of the true names and capacities of the defendants sued herein

2    as DOES 1-10, inclusive, and therefore sues those defendants by such fictitious names. Plaintiff will

3    amend her complaint to allege their true names and capacities when ascertained. Plaintiff is informed

4    and believes and thereon alleges that each of the fictitiously named defendants is responsible in some

5    manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were legally

6    caused by their conduct.

7        4)    UNUM LIFE INSURANCE COMPANY of AMERICA (hereinafter "UNUM") and

8    DOES 1-10 shall be collectively referred to herein as "Defendants."

9        5)    At all times mentioned herein, Defendants were the agents,  employees, parent

10   companies, and/or subsidiaries of one another and in doing the acts herein alleged were performing

11   within the scope and purpose of said agency and employment; in addition, each defendant has ratified

12   and approved the acts of each other defendant acting for and on behalf of the other.

### FACTS COMMON TO ALL CAUSES OF ACTION

15       6)  Up until she sold her business in January 2004 due to her disability, Plaintiff was the sole

16   proprietor of a Site for Sore Eyes business establishment located in Concord, California.

17       7) As a sole proprietor and for her benefit as a business owner, Plaintiff purchased a Long Term

19   Disability Insurance Benefits policy issued by UNUM (hereinafter "insurance benefits"). Plaintiff's

20   coverage under the plan became effective in October of 1995. Since October of 1995, Plaintiff, as a sole

21   proprietor, paid for the insurance policy premiums for herself.

23       8) Said insurance benefits provided that if Plaintiff became totally disabled from performing her

24   occupation, then she would receive 60% of her earnings, after the expiration of a 180 day waiting period,

25   for each month that she remained so disabled for a maximum of 24 months. Said insurance benefits

26   alternatively provided that if Plaintiff became unable to perform her occupation on a full-time basis, then

28   Plaintiff would still be entitled to disability benefits as long as she experienced a 20% loss in earnings.

1    After 24 months, Plaintiff would be entitled to continue to receive insurance benefits if she was disabled
2    from performing the duties of any gainful occupation for which she was reasonably qualified by
3
4    education, training, or experience. A true copy of Plaintiffs certificate of insurance issued to her by
5    UNUM is attached hereto and incorporated by reference as Exhibit 1.

6        9) Plaintiff has always paid any premiums due for her insurance benefits and duly performed all
7
8    other conditions precedent set forth in her certificate of insurance issued to her by UNUM.

9        10) On or about September 2001, Plaintiff became disabled from performing her duties as an
10
11   Optical Technician at her business, Site for Sore Eyes. Plaintiff underwent multiple surgeries for a
12   herniated disc, including surgeries in April 2002 and September 2003.

13
14       11) Plaintiff timely submitted her claim for UNUM for disability insurance benefits.

15       12) Unum initially paid Plaintiff disability benefits from March 4, 2002 through December 3,
16
17   2002 on the basis that she was totally disabled, but then stopped paying Plaintiff benefits. At that time
18   Unum determined that Plaintiff did not in fact qualify for the benefits already paid and charged Plaintiff
19   an overpayment in excess of $29,000.

20
21       13) Plaintiff appealed Unum's decision regarding the overpayments its cessation of payment of
22   benefits and the overpayment throughout 2003 and 2004, and again in 2007 pursuant to Unum's re-
23   opening of the claim for evaluation under the California Regulatory Settlement Agreement. Unum did
24   not issue a final determination on the cessation of benefits and the overpayment until November 9, 2007.
25
26   Pursuant to these appeals, in 2007, Unum decided to pay Plaintiff benefits owed from March 4, 2002
27   through June 10, 2002 on the basis that Plaintiff was disabled under the policy during that time period
28   only.

14) Unum began paying Plaintiff benefits again when Unum opened a new claim for Plaintiff with a new disability onset date of September 4, 2003 and a new elimination period ending March 2, 2004. Unum opened the new claim and required Plaintiff to wait through another elimination period despite the fact that Plaintiff was disabled by the same exact condition and illness which disabled her on or about August 2001.

15) Once Unum determined that it again owed Plaintiff benefits, Unum reduced Plaintiff's monthly benefit amount for 28 months to recover the overpayment in excess of $29,000 from the first claim.

16) Unum later, in 2007, determined that it was improper to subject Plaintiff to two elimination periods as her disability in 2003 was the same disability she had suffered in 2001. Unum later, in 2007, determined it owed Plaintiff benefits from January 2004 onward, however Unum never paid Plaintiff benefits for January and February 2004. At the same time, Unum again refused to pay Plaintiff benefits from March 4, 2002 (the end of the first elimination period) through January 2004 on the basis that she did not meet the definition of disability during that time period.

17) Unum, despite multiple appeals and despite the California Regulatory Settlement Agreement Unum entered into with the California Department of Insurance (See Exhibit 2), has never paid and continues to refuse to pay Plaintiff benefits owing from June 10, 2002 through March 2004. Unum did so by refusing to consider and fully investigate claims that Plaintiff was totally disabled during the time period and instead categorized Plaintiff as partially disabled. Plaintiff was entitled to benefits even if only partially disabled as long as her earnings loss was 20%, however Unum improperly determined that Plaintiff did not qualify for benefits despite the fact Plaintiff did suffer a 20% earnings loss. Unum admits that Plaintiff was not earning money from performing any gainful activity but rather simply

receiving profits from the business she owned, yet Unum improperly and purposefully misconstrued the policy language to regardless deny Plaintiff benefits.

18) Throughout the claims handling process, Unum has also incorrectly calculated the monthly benefits owed to Plaintiff. The insurance policy requires Unum to use the most recent three years of a sole proprietor's income to determine the monthly benefits amount. Unum used the tax years of 1998, 1999, and 2000 in order to calculate a lower basic monthly earning figure on the first claim because the sole proprietorship had higher profits in the tax year 2001. Unum's method of calculating the basic monthly earnings figure was improper under the insurance policy and under the California Regulatory Settlement Agreement, yet Unum made a final decision on November 9, 2007 that it would not change its calculation of the basic monthly earnings.

19) Moreover, Unum had calculated a higher basic monthly earnings figure on the second claim it opened for Plaintiff in 2003, but then by its November 9, 2007 letter reversed the higher basic monthly earnings amount. Because Unum decided that there should not have been a second elimination period, Unum decided the basic monthly earnings amount from the first claim applied to the entire claim, up through and continuing to the present and future payment of benefits. Unum then charged an overpayment to Plaintiff for the difference between the higher monthly benefits amount and the lower monthly benefits amount from March 2004 through to the present, resulting in an overpayment in excess of $8,000 which was immediately utilized to withhold all of Plaintiff's monthly benefit amounts until paid off.

20) In February 2007, Unum had informed Plaintiff that her case was covered by the California Regulatory Settlement Agreement. Then in November 2007, Unum informed Plaintiff that her case was

1  not covered by the California Regulatory Settlement Agreement and that its May 2007 decision pursuant

2  to the California Regulatory Settlement Agreement was void and incorrect.

3

4      21) In 2005, Unum represented to Plaintiff that she was required to apply for Social Security

5  benefits in order to continue to receive benefits under the policy when in fact the policy contained no

6  such requirement. As a result, Plaintiff applied for and was approved for Social Security benefits, which

7
   resulted in a $37,000 overpayment charged to Plaintiff.
8

9      22) In 2002, 2003, and 2004, for any benefits paid, Unum had improperly withheld taxes from

10 the benefits despite the fact that Plaintiff paid the premiums herself and therefore did not owe taxes on

11
   the benefits. Unum still owes Plaintiff for taxes improperly withheld from her benefits amount and
12

13 improperly double charged Plaintiff for those taxes by recouping overpayment amounts at their full

14 value, not taking into account that Plaintiff had in fact received less in benefits due to the taxes

15 wrongfully withheld.

16

17     23) Throughout the claims handling process, Unum has constantly changed its position and

18 analysis of Plaintiff's claim and constantly misinformed Plaintiff about the insurance policy's provisions.

19 Unum issued so many contradictory decisions and statements, that it has become highly difficult if not
20
   impossible for the average insured to understand what has happened on the claim and what rules govern
21

22 the claim. Unum's constant mishandling of Plaintiff's claim has caused Plaintiff severe financial and

23 emotional distress and has caused Plaintiff to spend significant sums on attorneys fees and to spend

24
   copious amounts of her own time reviewing her claims file, including Unum's complicated and multi-
25

26 page letters (which refer back to old letters and deem some old letters as voided or incorrect).

27 /

28 /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FIRST CAUSE OF ACTION**
*(Breach of Contract)*
*(All Defendants)*

24)    Plaintiff incorporates all preceding paragraphs of this complaint into this cause of action as if fully set forth herein.

25) At all times material herein, a contractual relationship existed between Plaintiff and defendants, and each of them. The written contract between Plaintiff and Defendant is attached as Exhibit 1.

26) Plaintiff has performed all conditions in accordance with the terms of her insurance benefits including giving defendants due and timely notice and proof of her claim.

27) Despite Plaintiffs performance under her insurance benefits, defendants, and each of them, have failed and refused to make payments owed to Plaintiff, have improperly and illegitimately charged overpayments to Plaintiff's account, have incorrectly calculated the amount of benefits due to Plaintiff and underpaid Plaintiff, have improperly withheld taxes from Plaintiff's benefits, and have breached their promises of payment of insurance benefits in accordance with the written contract, thereby breaching their contractual obligations.

28) Defendants' breach of contract was and is a substantial factor in causing Plaintiff harm, including monetary loss and emotional distress.

WHEREFORE, Plaintiff prays for the Relief as requested in the Prayer of this Complaint.

/

/

/

*Garay v. Unum Life Ins. Co. of America, et al.*
Complaint for Damages and Demand for Jury Trial          7

## SECOND CAUSE OF ACTION

*(Declaratory Relief)*

*(All Defendants)*

29) Plaintiff incorporates all preceding paragraphs of this complaint into this cause of action as if fully set forth herein.

30) An actual, present and justiciable controversy has arisen between the parties to this action regarding performance of obligations under the subject group insurance policy. Plaintiff was insured under their group insurance policy issued by UNUM described previously in Paragraph 8, *supra*.

31) Defendants have breached their duty to Plaintiff by failing to perform the contractual obligations owed when they failed to pay Plaintiff the full amount of benefits owing under the terms of the insurance policy. Though UNUM acknowledges that Plaintiff is currently totally disabled and eligible for benefits, UNUM continually re-assesses Plaintiff's claim in order to charge overpayments and avoid paying Plaintiff the monthly benefits due to her. UNUM has also decided to pay Plaintiff approximately $1,000 less per month than Plaintiff is owed under the policy due to breach of contractual provisions regarding the calculation of Plaintiff's basic monthly earnings.

32) There is a dispute, *inter alia*, as to whether UNUM is currently applying incorrectly determined overpayments to Plaintiff's account, is currently paying Plaintiff at a lower monthly benefit amount than required by the contract, whether benefits are accrued and payable, and if Plaintiff is entitled to future benefits at a higher monthly benefit amount, without future offsets and overpayments being newly charged against her account for past activity on the account.

33) Plaintiff requests that this court grant relief through a declaration that defendants are to perform all contractual obligations owed including payment of all benefits both presently and

1  previously owed under the subject policies, as well as future benefits. Plaintiff requests that this

2  court state a declaration of the duties and rights of the parties to this action.

3

4      WHEREFORE, Plaintiff prays of the relief requested in the Prayer of this Complaint.

5

6                            **THIRD CAUSE OF ACTION**

7              *(Breach of the Implied Covenant of Good Faith and Fair Dealing)*
                              *(All Defendants)*

8      34) Plaintiff incorporates all preceding paragraphs of this complaint into this cause of action

9

10  as if fully set forth herein.

11      35) The insurance benefits here at issue contained a promise by defendants in the form of an

12
    implied covenant of good faith and fair dealing that, *inter alia*, required defendants to conduct a
13

14  thorough and objective investigation of Plaintiff's claim, and further required said defendants to give

15  equal consideration to the interests of Plaintiff, as an insured under the insurance coverage provided

16  her by defendants, as defendants would give their own interests, and to do nothing to prevent

17
    Plaintiff from receiving the benefits due her of the promised insurance protection. Rather than
18

19  abiding by these legal obligations which defendants had to Plaintiff as an insured, they have

20  breached and violated each of them, handled Plaintiffs claim in "bad faith,""violated statutes,

21  violated the California Regulatory Settlement Agreement, and otherwise acted unlawfully, and

22
    knowingly declined to pay her claim when they knew it was to be paid. Plaintiff is informed and
23

24  believes that the actions of defendants set forth herein are standard operating procedure for

25  defendants and are regularly employed by them as a pattern and practice as a means of avoiding the

26  payment of valid claims.

27

28      36)    In addition, defendants have breached these covenants in that they have:

*Garay v. Unum Life Ins. Co. of America, et al.*
Complaint for Damages and Demand for Jury Trial        9

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(a) unreasonably delayed and denied to Plaintiff the benefits due her under the insurance policy;

(b) failed to reasonably investigate Plaintiff's claim;

(c) breached the promise to pay benefits upon proof of disability;

(d) misrepresented pertinent facts and insurance benefits provisions pertaining to coverage for total and partial disability;

(e) failed to acknowledge and act reasonably promptly upon communications regarding claims arising under the insurance benefits;

(f) purposefully construed terms of the insurance policy in a manner adverse to Plaintiff and in a manner contrary to the plain reading of the insurance policy;

(g) purposefully and constantly changed its position in regards to Plaintiff's claim to best suit its own financial interest and to Plaintiff's detriment;

(h) purposefully failed to abide by the California Regulatory Settlement Agreement and purposefully misinformed Plaintiff that her claim is not covered by the California Regulatory Settlement Agreement;

(i) failed to effectuate prompt, fair, and equitable settlement of claims in which liability has become reasonably clear;

(j) unreasonably withheld, and failed to pay monthly disability benefits due Plaintiff;

(k) supported and ratified the mistakes, misstatements and other wrongful conduct of

agents and employees at the expense of the insured and her valid claim; and

(l) compelled Plaintiff to institute litigation to recover amounts due under the

disability insurance benefits, which amounts are unreasonably withheld and

unquestionably owed;

(m) improperly utilized aggressive surveillance on Plaintiff;

(n) targeted Plaintiff's claim for denial or termination or reduction of benefits due to

the fact Plaintiff's claim is for a high benefit amount over a long period of continuing

coverage;

(o) mischaracterized the Plaintiff's occupation and/or its duties in determining

whether Plaintiff could perform with reasonable continuity the substantial and

material duties of his or her own occupation; and

(p) knowingly applied a definition of "disability" inconsistent with California case

law.

37) At all times during the processing of Plaintiff's claim, defendants had the resources to

promptly and timely evaluate this claim and pay it in a timely manner. Rather than abiding by the

law and fulfilling the promises which defendants made to Plaintiff, they intentionally manipulated

Plaintiff's claim for insurance benefits and their interpretation of the insurance policy's provisions in

an effort to find any basis for denying it or reducing the amount of benefits owed, and denied the

claim on completely erroneous, meritless, specious and phony basis.

1    38) Defendants have engaged in other wrongful conduct resulting in their breaking the law,

2

3    violating statutory obligations they have under the Laws of California, and breaching their good faith

4    claims handling responsibilities which they have to Plaintiff as one of their insureds. This course of

5    conduct is an accepted and directed course of wrongful and unlawful conduct in claims handling by

6    defendants, and has resulted in a pattern and practice of unlawful claims denials of disability claims

7

8    similar to that claim made by Plaintiff. As part of this wrongful course of conduct, defendants have

9    wrongfully and improperly denied Plaintiffs claim to the benefits she was entitled and have refused

10   and continued to refuse to pay in full what defendants promised they would pay Plaintiff should she

11   become totally disabled from performing the duties of her occupation. In addition, defendants have

12

13   unreasonably delayed and denied full payment of Plaintiff's claim in violation of their duties under

14   the contract and of the covenants of good faith and fair dealing contained therein.

15   39) As a result of defendants' wrongful conduct as set forth herein, Plaintiff has suffered

16

17   serious financial injury, including unpaid and underpaid insurance benefits afforded to her by

18   defendants, and other economic injury, as well as emotional distress and worry over her financial

19   circumstances, which were already a concern because of her medical problems. She has not only

20

21   worried and become anxious about her financial losses, and set back, but feared a substantial loss of

22   her assets, lost her business and is facing the loss of her home. She incurred economic and emotional

23   distress and has been forced to bring this lawsuit and incur the attorneys' fees and costs.. As a

24

25   proximate result of this wrongdoing by defendants, Plaintiff has suffered substantial and enduring

26   financial injury and emotional distress as alleged herein.

27   40) Defendants' conduct as described herein was malicious, oppressive and fraudulent,  and

28

thereby justifies an award of punitive damages against Defendants.

*Garay v. Unum Life Ins. Co. of America, et al.*
Complaint for Damages and Demand for Jury Trial          12

41) As a direct and proximate result of the wrongdoing by defendants, Plaintiff has and will suffer losses as hereinafter requested in the Prayer of this Complaint.

WHEREFORE, Plaintiff prays for relief as follows:

1) For monthly disability benefits due and payable to Plaintiff from June 10, 2002 through March 2004;

2) For compensation in the amount of the difference between the lower monthly benefit amount determined by Defendants and the higher monthly benefit amount actually owed to Plaintiff from March 2002 through the present and continuing in the future;

3) For compensation for taxes wrongfully withheld from Plaintiff's benefits;

4) Compensation for all financial injury proximately caused by the wrongdoing of defendants as proven at trial;

5) For general damages, in excess of $100,000, for emotional distress which Plaintiff has suffered as a result of the financial losses, wrongdoing of defendants and injury proximately caused by defendants;

6) For attorneys fees;

7) For punitive damages because of the malice, oppression and fraud of defendants in an amount appropriate to punish them and to deter them and others from similarly acting;

8) For costs of suit incurred herein;

9) For prejudgment interest as determined is appropriate under the law; and

1    10) For such other and further relief as is appropriate based on the above.

2

3

4

5    DATED:    1-3-08                        LAW OFFICES OF JOHN F. MARTIN
6                                            A Professional Corporation

7
                                        By: _____
8
9                                            CHRISTINE HOPKINS, ESQ.
                                             Attorney for Plaintiff Sheri Garay
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Garay v. Unum Life Ins. Co. of America, et al.*
Complaint for Damages and Demand for Jury Trial          14

BBEC                                Existing Claims                              BENEFITS

Enter Action and press Enter.
------------------------------------------------------------------------------
   Action  . . :  __  (1=Add Clmt  2=Reassign)
   Below Action:  __  (3=Claimant  4=Mg Clm 5=Clm Stat 6=Comp 7=Reg Sch
                  8=Sp Comp 9=Sp Sch 10=Pymt Hst 11=Overpymt 12=ExistPH 13=Find Ctc
                  14=Prg St 15=Reasg 16=Payee 17=Waiver 18=Accum 19=W4 Tax Calc)
Act Claimant               Clm ID      Evt Owner    Birth Dt   Policy   Prd Typ
__  Garay,Sheri            0099243598 OP  CPI06     07/17/1952 00108121 LTD
__  Garay,Sheri            0099872770 CL  CWX04     07/17/1952 00108121 LTD




   **2 Claim(s) Found**
Command ===>
F1=Help                        F3=Exit                    F5=Popup        F6=Cancel
                               F9=FindClm                 F11=BASMenu

BBCM                              Claimant                              BENEFITS

```
--------------------------------------------------------------------------------
Tax ID : 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      Tax ID Juris: US
Last . : Garay                                    First . . : Sheri
Mid  . :                   Prefix  . . : MS       Suffix  . :
Bth Dt : 07/17/1952        Gender  . . : F        Education :

Addr1  : 3326 DORAL COURT                         Addr Upd  : 06/20/2002
Addr2  :                                                      C3MLC
Addr3  :
City . : Walnut Creek                             ST/PR . . : CA
Zip  . : 94598-3643        Ctry . : US            Skip Scrub: N
Phone  : ( 925 ) 935-4847  Ext  . :               Ctry Cd . :
Fax  . : (    )            Ext  . :               Ctry Cd . :

Dth Dt :                   Lang . : en US         For.Nat'l : N

Bank # : 121042882         Sav/Chk: CHK           Account # : 6772569635

Command ===>
F1=Help      F2=Temp       F3=Exit                F5=Popup        F6=Cancel
                           F9=FindClm   F10=Nav       F11=BASMenu
```

```
BBMC                              Manage Claim                        BENEFITS


--------------------------------------------------------------------------------
Claimant: Garay,Sheri                       Clm Stat: OP PAYINP REOPNI  Page: 001
Clm ID  : 0099243598                          Stat Dt :                 More:   +

Hire Dt  . : 07/01/1989   Dis Dt . . : 09/05/2001   1st Treat Dt: 09/05/2001
EE Eff Dt  : 10/01/1995   Last Wrk Dt: 09/02/2001   1st Hosp Dt :
                          Benefit Dt : 09/05/2001   Delivery Dt :
EE ID  . . :
Policy . . : 00108121     Div . . . : 0001          Product . . : MINI LTD TRUST
Elig Group : 001          Choice . . :              Product Line: LTD
                          Report Loc :              Report Group:
Occ Code . : 716          Job Title  : OPTICIAN
Pri ICD9 . : 722.0        ICD9 Desc  : CERVICAL DISC DISPLACEMENT
Sec ICD9 . :              Ill/Inj  . : INJ  Work Rlt: N    Work Type  . :

Receive Dt : 06/19/2002   EE Form  . : Y    ER Form : Y    Medical Info : Y
Rider  . . :

Command ===>
F1=Help        F2=LogWarns   F3=Exit                  F5=Popup       F6=Cancel
               F8=NextClm    F9=FindClm   F10=Nav      F11=BASMenu
```

BBC2                              Manage Claim 2                           BENEFITS

--------------------------------------------------------------------------------
Claimant: Garay,Sheri                        Clm Stat: OP PAYINP REOPNI
Clm ID  : 0099243598
Dis Dt . : 09/05/2001  Dis Age . : 49        Curr Age : 55
Policy . : 00108121   Time Accum :   59 M  9 D  Total Paid:      53,923.41
Div . . : 0001        Div Name . : NEW AGE OPTICAL DBA
Div Eff  : 10/01/1995  Div Term . :
                       Def Of Dis : 2 YEAR OWN OCC W/RESIDUAL

EE Post-Tax%: 100.00    Earnings: __ 8329.06 Mode  . : MO
Plan EP: 180 D 03/03/2002                   Plan Dur: 07/16/2017
Ovrd EP: ___ D _____                          65 A
                                            Ovrd Dur:
                                                    ___ _ ___ D

Res Dt . : 07/16/2017                       Part RTW Dt: _____
Work Unit:            ADL Loss . : N        Full RTW Dt: _____

Command ===> _____
F1=Help                    F3=Exit                   F5=Popup        F6=Cancel
                           F9=FindClm   F10=Nav       F11=BASMenu

BBCS                                    Claim Status                              BENEFITS

---
Claimant: Garay,Sheri                                                            Page: 001
                                                                                More:    +
Create Dt  User    Off  Eff Dt      Evt Type              Reason
                                                                          _____ Cancel Avy? . : _

10/04/2007 CWX04    G122            OP Payment in proc Reopen - new info receiv
05/09/2007 #PS1TWH  SCRU 03/10/2003 CL Termination     173 No Loss of Earnings
05/09/2007 J1CLC    SCRU            OP Payment in proc Reopen - new info receiv
05/08/2007 J1CLC    SCRU 03/09/2003 CL Termination     173 No Loss of Earnings
05/08/2007 J1CLC    SCRU            OP Payment in proc Reopen - new info receiv
08/18/2006 CBA06    PFSS 10/16/2003 CL Termination     190 Transfr of Liability
10/30/2003 C26MG    GORT 10/16/2003 CL Termination     ERISA upheld
04/04/2003 C10AA    GINT            NT ERISA pending
02/28/2003 C26MG    GORT 12/04/2002 CL Termination     RTW earnings exceed max
08/02/2002 C26MG    GORT            OP Payment in proc Liability accepted
06/19/2002 C3MLC    GINT            OP Ready for liabi

Command ===>
F1=Help                     F3=Exit                     F5=Popup        F6=Cancel
          F8=Fwd            F9=FindClm    F10=Nav        F11=BASMenu

BBCS                                      Claim Status                                      BENEFITS

```
------------------------------------------------------------------------------
Claimant: Garay, Sheri                                              Page: 002
                                                                   More: -
Create Dt  User     Off  Eff Dt     Evt Type             Reason
                                                             Cancel Avy? . : _

06/19/2002 C3MLC    GINT             NT Missing require
```

```
Command ===> _____
F1=Help                  F3=Exit                      F5=Popup        F6=Cancel
F7=Bkwd                  F9=FindClm    F10=Nav         F11=BASMenu
```

```
BBCS                              Claim Status                         BENEFITS


-------------------------------------------------------------------------------
  Claimant: Garay,Sheri                                              Page: 001
  =============================================================      More:    +
  Create Dt  Us  | BB15            User Detail          LTD BENEFITS |
                 |                                                   |  1 Avy? . : _
                 |-------------------------------------------------- |
  10/04/2007 CW  | User       :  CWX04                               |  info receiv
  05/09/2007 #P  | User Name :  Popovich,Philip                      |  of Earnings
  05/09/2007 J1  | Ben Office:  G122                                 |  info receiv
  05/08/2007 J1  |                                                   |  of Earnings
  05/08/2007 J1  |             F3=Exit            F6=Cancel          |  info receiv
  08/18/2006 CB  ============================================================ of Liability
  10/30/2003 C26MG    GORT 10/16/2003 CL Termination      ERISA upheld
  04/04/2003 C10AA    GINT             NT ERISA pending
  02/28/2003 C26MG    GORT 12/04/2002 CL Termination      RTW earnings exceed max
  08/02/2002 C26MG    GORT             OP Payment in proc Liability accepted
  06/19/2002 C3MLC    GINT             OP Ready for liabi

  Command ===> _____
  F1=Help               F3=Exit                       F5=Popup        F6=Cancel
           F8=Fwd       F9=FindClm    F10=Nav          F11=BASMenu
```

BBCS                                    Claim Status                              BENEFITS

```
--------------------------------------------------------------------------------
 Claimant: Garay,Sheri                                                    Page: 001
          ==================================================             More:    +
 Create Dt  Us  | BB15            User Detail           LTD BENEFITS |
                |                                                     |  1 Avy? . : _
                |-----------------------------------------------------|
 10/04/2007 CW  | User       :  #PS1TWH                               |  info receiv
 05/09/2007 #P  | User Name :  White,Thomas A.                        |  of Earnings
 05/09/2007 J1  | Ben Office:  C111                                   |  info receiv
 05/08/2007 J1  |                                                     |  of Earnings
 05/08/2007 J1  |              F3=Exit              F6=Cancel         |  info receiv
 08/18/2006 CB  ================================================== of Liability
 10/30/2003 C26MG     GORT 10/16/2003 CL Termination      ERISA upheld
 04/04/2003 C10AA     GINT              NT ERISA pending
 02/28/2003 C26MG     GORT 12/04/2002 CL Termination      RTW earnings exceed max
 08/02/2002 C26MG     GORT              OP Payment in proc Liability accepted
 06/19/2002 C3MLC     GINT              OP Ready for liabi

 Command ===> _____
 F1=Help                      F3=Exit                  F5=Popup          F6=Cancel
              F8=Fwd          F9=FindClm   F10=Nav      F11=BASMenu
```

```
BBCS                              Claim Status                        BENEFITS


------------------------------------------------------------------------------
Claimant: Garay,Sheri                                                Page: 001
==============================================================      More:    +
Create Dt  Us  | BB15          User Detail          LTD BENEFITS |
               |                                                 | 1 Avy? . : _
               |-------------------------------------------------|
10/04/2007 CW  | User      : J1CLC                               |  info receiv
05/09/2007 #P  | User Name : Lewis,Carol                         |  of Earnings
05/09/2007 J1  | Ben Office: C144                                |  info receiv
05/08/2007 J1  |                                                 |  of Earnings
05/08/2007 J1  |           F3=Exit              F6=Cancel        |  info receiv
08/18/2006 CB  ================================================== of Liability
10/30/2003 C26MG     GORT 10/16/2003 CL Termination     ERISA upheld
04/04/2003 C10AA     GINT              NT ERISA pending
02/28/2003 C26MG     GORT 12/04/2002 CL Termination     RTW earnings exceed max
08/02/2002 C26MG     GORT              OP Payment in proc Liability accepted
06/19/2002 C3MLC     GINT              OP Ready for liabi

Command ===> _
F1=Help                   F3=Exit                     F5=Popup        F6=Cancel
          F8=Fwd          F9=FindClm   F10=Nav         F11=BASMenu
```

07:18:45 Thu Jan 24, 2008

BBRC                          Regular Payment Components                    BENEFITS

```
------------------------------------------------------------------------------
   Claimant : Garay,Sheri                      Clm Stat : OP PAYINP REOPNI
   Pymt Mode: Monthly                          EP End Dt: 03/03/2002
   Basic Ben:    4,997.44                      Dur Dt . : 07/16/2017
   Min Ben  :     499.74              Owner    . : CPI06                PR D
   Pens Ben :       .00                                           Pay /  e
   Comp   Comp Desc       Begin Dt   End Dt          Amount       To   ST l
   BB     Basic Benefit   03/04/2002 07/16/2017     4,997.44      CLN  __ _
   PSS    Primary Social Se 03/01/2005 07/16/2017  -1,838.00      CLN  __ _
   OVPR   Overpayment Reduc 01/04/2008 02/03/2008    -84.84       ___  __ _
   _____                 _____ _____    _____      ___  __ _
   _____                 _____ _____    _____      ___  __ _
   _____                 _____ _____    _____      ___  __ _
   _____                 _____ _____    _____      ___  __ _
   _____                 _____ _____    _____      ___  __ _
   _____                 _____ _____    _____      ___  __ _

   Command ===>
   F1=Help                 F3=Exit                  F5=Popup        F6=Cancel
                           F9=FindClm   F10=Nav      F11=BASMenu
```

BBRS                          Regular Payment Schedule                      BENEFITS

------------------------------------------------------------------------------
Claimant: Garay, Sheri                        Clm Stat: OP PAYINP REOPNI

Current Period                                Auto: # Pymts :  34
Bgn Dt: 01/04/2008                            Lead Days.....:   6
End Dt: 02/03/2008                            Schd End Dt...: 11/03/2010
Rls Dt: 01/28/2008
Schedule Status   . . . : APP                 Dur End Dt  . : 07/16/2017
Approval Request To  . : _____              Time Accum....:    59 M  9 D

     Below Action:  (1=Current Payment Detail 2=Mailing Instructions)
                                                   Pymt
Act        Amount   Payee Name                     Type  Text  Text  Text
__       3,074.60   Sheri Garay                     CHK  ____  ____  ____


Command ===> _____
F1=Help                    F3=Exit                  F5=Popup      F6=Cancel
                           F9=FindClm    F10=Nav     F11=BASMenu

BBPH                              Payment History                         BENEFITS

Enter Action and press Enter.
-----------------------------------------------------------------------------
Claimant: Garay,Sheri                         Clm Stat: OP PAYINP REOPNI   Page :001
                                                                            More :   +
    Below Action: (1=Pymt Hst Detail  2=EOB Copies  3=Stops and Reversals)
                                                  Pymt
Act Release Dt Payee          Amount Pymt #    Type Bank        Status Status Dt
__  12/27/2007 CLN               0.00 30534627 EOB  BOA          PAID   12/27/2007
__  11/27/2007 CLN               0.00 30284251 EOB  BOA          PAID   11/27/2007
__  10/31/2007 CLN           3,159.44 08052559 CHK  Fleet        PAID   10/31/2007
__  10/27/2007 CLN         -18,959.45 30007461 RFD  Fleet        FCOM   10/27/2007
__  10/24/2007 CLN               0.00 29990351 EOB  Fleet        PAID   10/24/2007
__  10/23/2007 OTH          18,959.45 08028371 CHK  Fleet        PAID   10/23/2007
__  10/20/2007 OTH               0.00 29954799 EOB  Fleet        PAID   10/20/2007
__  10/18/2007 OTH               0.00 29941469 EOB  Fleet        PAID   10/18/2007
__  05/09/2007 CLN          15,991.81 07562901 CHK  Fleet        PAID   05/09/2007
__  05/08/2007 CLN           5,456.61 07562389 CHK  Fleet        PAID   05/08/2007
__  08/19/2006 CLN             382.30 06822816 CHK  Fleet        PAID   08/19/2006

Command ===> _____
F1=Help                    F3=Exit                   F5=Popup          F6=Cancel
             F8=Fwd         F9=FindClm    F10=Nav     F11=BASMenu

```
BBPH                              Payment History                          BENEFITS

Enter Action and press Enter.
------------------------------------------------------------------------------
Claimant: Garay,Sheri                    Clm Stat: OP PAYINP REOPNI  Page :002
                                                                     More :-
    Below Action: (1=Pymt Hst Detail  2=EOB Copies  3=Stops and Reversals)
                                            Pymt
Act Release Dt Payee        Amount Pymt #   Type Bank        Status Status Dt
 __ 01/09/2003 CLN      4,518.14 02481401 CHK  Fleet        PAID   01/09/2003
 __ 12/18/2002 CLN      4,518.14 02404907 CHK  Fleet        PAID   12/18/2002
 __ 12/03/2002 CLN      4,518.14 02352770 CHK  Fleet        PAID   12/03/2002
 __ 11/12/2002 CLN      3,102.96 02282852 CHK  Fleet        PAID   11/12/2002
 __ 10/02/2002 CLN          0.00 14072094 EOB  Fleet        PAID   10/02/2002
 __ 08/06/2002 CLN      4,518.14 01935281 CHK  Fleet        PAID   08/06/2002
 __ 08/05/2002 CLN      5,121.41 01929474 CHK  Fleet        PAID   08/05/2002



Command ===> _____
F1=Help                  F3=Exit                   F5=Popup       F6=Cancel
F7=Bkwd                  F9=FindClm    F10=Nav      F11=BASMenu
```

```
BBHD                      Payment History Detail                      BENEFITS

--------------------------------------------------------------------------------
Claimant: Garay, Sheri                          Clm Stat: OP PAYINP REOPNI
Pymt Amt  :       0.00
Pymt #  . : 30534627      Payee Name: Sheri Garay

Release Dt: 12/27/2007    Mailee  . : Sheri Garay
Status  . : PAID    Schd Type : RGR    3326 DORAL COURT
Pymt Text : 311                        Walnut Creek, CA 94598-3643
Sp Routing:
Created . : CWX04
Approved  :
Reissued  :    Pymt Period: 12/04/2007 - 01/03/2008    Mthly Basis:   30-Day
                                                                       PR/
Comp Desc                     Begin Dt   End Dt          Amount        ST Text
Basic Benefit                 12/04/2007 01/03/2008    4,997.44
Primary Social Security       12/04/2007 01/03/2008   -1,838.00
Overpayment Reduction         12/04/2007 01/03/2008   -3,159.44


Command ===>
F1=Help                   F3=Exit                    F5=Popup      F6=Cancel
                          F9=FindClm   F10=Nav        F11=BASMenu
```

BBOP                                    Overpayment                                    BENEFITS

--------------------------------------------------------------------------------
Claimant: Garay,Sheri                                    Clm Stat: OP PAYINP REOPNI

Ovrpym Amt:    6,403.72 Reason: OTH  Recvry Mthd: RVR  Monthly Amt:  3159.00
Bal Due . :       84.84
                            Whose $?  :  CLN
Tax Yr Begin Dt    End Dt            Amount      Balance Due
2006   01/01/2006  12/31/2006     6,403.72           84.84
____   _____   _____     _____
                                                         Tax Detail : Y

Overpayment Recovery:     Below Action: (1=Payment History Detail)
Act  Type      Pymt #      Receive Dt        Amount  Acct  Stat  Status Dt

__   OVRRVR    030534627   12/27/2007        3,159.44               12/27/2007
__   OVRRVR    030284251   11/27/2007        3,159.44               11/27/2007

Command ===> 12
F1=Help                     F3=Exit       F4=SelOP      F5=Popup        F6=Cancel
                            F9=FindClm    F10=Nav       F11=BASMenu

```
BBEP                    Existing Policyholders on BAS                    BENEFITS

Enter Action and press Enter.
---------------------------------------------------------------------------
Pol No: 00108121
Below Action: (1=Policyholder  2=PH Reports    3=STD PH Info
               4=SI STD PH Info 5=PH Reports2   6=Avail PH Ctcs 7=Report Groups
               8=Pay Groups     9=SI LTD PH Info)
Act Div   Policyholder Name              Policyholder Name 2
__ 0000   NEW AGE OPTICAL DBA            SITE FOR SORE EYES
__ 0001   NEW AGE OPTICAL DBA            SITE FOR SORE EYES
```

```
Command ===> _____
F1=Help                    F3=Exit                               F6=Cancel
                           F9=FindClm            F11=BASMenu
```

BBPS                              Program Status                          LTD BENEFITS

------------------------------------------------------------------------------
Claimant: Garay,Sheri                        Clm Stat: OP PAYINP REOPNI


Act Create Dt  User     Off  Eff Dt     Program ID      Status
                                        _____   _____     _____

   10/04/2007 CWX04      G122 03/01/2005 Social Securit Awarded
   11/20/2007 CBH04      E112            Triaged @ Xfer Recertify in 24 months




Command ===> _____
F1=Help                   F3=Exit                      F5=Popup        F6=Cancel
                          F9=FindClm   F10=Nav          F11=BASMenu

BBCM                                    Claimant                                    BENEFITS

------------------------------------------------------------------------------------
Tax ID : 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      Tax ID Juris: US
Last . : Garay                                      First . . : Sheri
Mid  . :                   Prefix  . . : MS         Suffix . :
Bth Dt : 07/17/1952        Gender  . . : F          Education :

Addr1  : 3326 DORAL COURT                           Addr Upd  : 06/20/2002
Addr2  :                                                        C3MLC
Addr3  :
City . : Walnut Creek                               ST/PR . . : CA
Zip  . : 94598-3643        Ctry . : US              Skip Scrub: N
Phone  : ( 925 ) 935-4847  Ext  . :                 Ctry Cd . :
Fax  . : (    )            Ext  . :                 Ctry Cd . :

Dth Dt :                   Lang . : en US           For.Nat'l : N

Bank # : 121042882         Sav/Chk: CHK             Account # : 6772569635

Command ===>
F1=Help       F2=Temp      F3=Exit                  F5=Popup       F6=Cancel
                           F9=FindClm   F10=Nav     F11=BASMenu

BBMC                                    Manage Claim                              BENEFITS

```
----------------------------------------------------------------------------
Claimant: Garay,Sheri                            Clm Stat: CL TERM 181      Page: 002
Clm ID  : 0099872770                             Stat Dt : 09/02/2007       More: -

Hire Dt  . : 11/01/1989   Dis Dt . . : 09/04/2003   1st Treat Dt: _____
EE Eff Dt  : 10/01/1995   Last Wrk Dt: 09/03/2003   1st Hosp Dt : _____
                          Benefit Dt : 09/04/2003   Delivery Dt : _____
EE ID  . . : _____
Policy . . : 00108121     Div . . . : 0001         Product . . : MINI LTD TRUST
Elig Group : 001          Choice . . : __          Product Line: LTD
                          Report Loc :             Report Group: _____
Occ Code . : 279          Job Title  : Sales- Optician
Pri ICD9 . : 722.10       ICD9 Desc  : DISPLACEMENT OF LUMBAR INTERVERTEBRAL DI
Sec ICD9 . : _____       Ill/Inj  . : ILL  Work Rlt: N    Work Type  . : ___

Receive Dt : 12/27/2003   EE Form  . : Y    ER Form : Y    Medical Info : Y
Rider  . . : ___

Command ===>
F1=Help      F2=LogWarns   F3=Exit                  F5=Popup        F6=Cancel
F7=PrevClm                 F9=FindClm   F10=Nav     F11=BASMenu
```

BBC2                          Manage Claim 2                          BENEFITS

----------------------------------------------------------------------------
Claimant: Garay,Sheri                      Clm Stat: CL TERM 181
Clm ID  : 0099872770
Dis Dt . : 09/04/2003  Dis Age  . : 51        Curr Age  : 55
Policy . : 00108121   Time Accum :   42 M  0 D  Total Paid:    151,560.46
Div  . . : 0001       Div Name . : NEW AGE OPTICAL DBA
Div Eff  : 10/01/1995  Div Term . :
                       Def Of Dis : 2 YEAR OWN OCC W/RESIDUAL

EE Post-Tax%: 100.00     Earnings:   9045.03 Mode  . : MO
Plan EP: 180 D 03/01/2004                    Plan Dur: 07/16/2017
Ovrd EP: ___ D _____                          65 A
                                         Ovrd Dur:
                                             __ _ __ D
Res Dt . : 07/16/2017                    Part RTW Dt: _____
Work Unit:            ADL Loss . : N      Full RTW Dt: _____

Command ===> _____
F1=Help                   F3=Exit                F5=Popup      F6=Cancel
                          F9=FindClm  F10=Nav     F11=BASMenu

BBCS                                    Claim Status                                    BENEFITS

--------------------------------------------------------------------------------
Claimant: Garay,Sheri

Create Dt  User    Off  Eff Dt    Evt Type              Reason
                                                        _____ Cancel Avy? . : _
                    ___  _____   __  _____

10/04/2007 CWX04   G122 09/02/2007 CL Termination      181 Not Elig/Coverage
04/30/2004 C22JP   GORT            OP Payment in proc Liability accepted
12/29/2003 C13HM   PINT            OP Ready for liabi
12/29/2003 C13HM   PINT            NT Missing require


Command ===> _____
F1=Help                 F3=Exit                      F5=Popup        F6=Cancel
                        F9=FindClm    F10=Nav         F11=BASMenu

BBCS                                      Claim Status                                    BENEFITS

```
-----------------------------------------------------------------------------
  Claimant: Garay, Sheri
          ===================================================
  Create Dt  Us | BB15              User Detail           LTD BENEFITS |
                |                                                      | 1 Avy?  . :  _
                -------------------------------------------------------
  10/04/2007 CW | User       : CWX04                                  | /Coverage
  04/30/2004 C2 | User Name :  Popovich,Philip                        | cepted
  12/29/2003 C1 | Ben Office:  G122                                   |
  12/29/2003 C1 |                                                     |
                |                   F3=Exit            F6=Cancel       |
          ===================================================
```

**E7312  Invalid PF Key.**
Command ===> _____
F1=Help                      F3=Exit                   F5=Popup        F6=Cancel
                             F9=FindClm    F10=Nav      F11=BASMenu

BBCS                                     Claim Status                                   BENEFITS

----------------------------------------------------------------------------------
Claimant: Garay, Sheri
```
==================================================================
Create Dt  Us  | BB15              User Detail         LTD BENEFITS |
               |                                                     | 1 Avy? . : _
               |---------------------------------------------------- |
10/04/2007 CW  | User      : C22JP                                   | /Coverage
04/30/2004 C2  | User Name : Petsche,Jason                           | cepted
12/29/2003 C1  | Ben Office: GLC                                     |
12/29/2003 C1  |                                                     |
               |           F3=Exit            F6=Cancel              |
==================================================================
```

Command ===> _____
F1=Help                F3=Exit                      F5=Popup        F6=Cancel
                       F9=FindClm   F10=Nav          F11=BASMenu

BBRC                          Regular Payment Components                    BENEFITS

```
------------------------------------------------------------------------------
     Claimant : Garay,Sheri                     Clm Stat : CL TERM 181
     Pymt Mode: Monthly                          EP End Dt: 03/01/2004
     Basic Ben:    5,427.02                      Dur Dt . : 07/16/2017
     Min Ben  :      542.70              Owner   . : CWX04               PR D
     Pens Ben :        .00                                          Pay /  e
     Comp   Comp Desc      Begin Dt  End Dt          Amount        To   ST l
     BB     Basic Benefit  03/02/2004 07/16/2017    5,427.02       CLN  _  _
     PSS    Primary Social Se 03/01/2005 07/16/2017  -1,838.00     CLN  _  _
     OVPR   Overpayment Reduc 02/02/2007 10/01/2007  -3,589.02     ___  _  _
     OVPR   Overpayment Reduc 10/02/2007 11/01/2007  -2,050.77     ___  _  _
     _____                _____  _____    _____     ___  _  _
     _____                _____  _____    _____     ___  _  _
     _____                _____  _____    _____     ___  _  _
     _____                _____  _____    _____     ___  _  _
     _____                _____  _____    _____     ___  _  _

     Command ===>
     F1=Help               F3=Exit                  F5=Popup        F6=Cancel
                           F9=FindClm   F10=Nav      F11=BASMenu
```

BBPH                              Payment History                          BENEFITS

Enter Action and press Enter.
--------------------------------------------------------------------------
Claimant: Garay,Sheri                      Clm Stat: CL TERM 181      Page :001
                                                                     More :  +
   Below Action: (1=Pymt Hst Detail  2=EOB Copies  3=Stops and Reversals)
                                           Pymt
Act Release Dt Payee        Amount Pymt #  Type Bank      Status Status Dt
___ 08/28/2007 CLN           0.00 29503404 EOB  Fleet      PAID  08/28/2007
___ 07/28/2007 CLN           0.00 29237150 EOB  Fleet      PAID  07/28/2007
___ 06/27/2007 CLN           0.00 28972809 EOB  Fleet      PAID  06/27/2007
___ 05/28/2007 CLN           0.00 28713738 EOB  Fleet      PAID  05/28/2007
___ 04/26/2007 CLN           0.00 28446065 EOB  Fleet      PAID  04/26/2007
___ 03/28/2007 CLN           0.00 28199452 EOB  Fleet      PAID  03/28/2007
___ 02/24/2007 CLN           0.00 27927008 EOB  Fleet      PAID  02/24/2007
___ 01/27/2007 CLN           0.00 27685373 EOB  Fleet      PAID  01/27/2007
___ 12/28/2006 CLN       3,589.02 27452949 EFT  Fleet      PAID  12/28/2006
___ 11/27/2006 CLN       3,589.02 27184520 EFT  Fleet      PAID  11/27/2006
___ 10/28/2006 CLN       5,427.02 26932432 EFT  Fleet      PAID  10/28/2006

Command ===>
F1=Help              F3=Exit                    F5=Popup       F6=Cancel
           F8=Fwd       F9=FindClm    F10=Nav   F11=BASMenu

BBPH                          Payment History                          BENEFITS

Enter Action and press Enter.
----------------------------------------------------------------------
Claimant: Garay, Sheri                    Clm Stat: CL TERM 181      Page :002
                                                                    More :- +
      Below Action: (1=Pymt Hst Detail  2=EOB Copies  3=Stops and Reversals)
                                          Pymt
Act Release Dt Payee         Amount Pymt #   Type Bank       Status Status Dt
___  09/27/2006 CLN    5,427.02 26669737 EFT   Fleet       PAID   09/27/2006
___  08/28/2006 CLN    5,121.99 26407318 EFT   Fleet       PAID   08/28/2006
___  07/27/2006 CLN    4,449.83 26135193 EFT   Fleet       PAID   07/27/2006
___  06/27/2006 CLN    4,427.02 25878781 EFT   Fleet       PAID   06/27/2006
___  05/27/2006 CLN    4,427.02 25613813 EFT   Fleet       PAID   05/27/2006
___  04/27/2006 CLN    4,427.02 25359914 EFT   Fleet       PAID   04/27/2006
___  03/28/2006 CLN    4,427.02 25094877 EFT   Fleet       PAID   03/28/2006
___  02/25/2006 CLN    4,427.02 24830597 EFT   Fleet       PAID   02/25/2006
___  01/28/2006 CLN    4,427.02 24583585 EFT   Fleet       PAID   01/28/2006
___  12/28/2005 CLN    4,427.02 24329318 EFT   Fleet       PAID   12/28/2005
___  11/26/2005 CLN    4,427.02 24054162 EFT   Fleet       PAID   11/26/2005

Command ===> _____
F1=Help                    F3=Exit                   F5=Popup         F6=Cancel
F7=Bkwd      F8=Fwd        F9=FindClm    F10=Nav      F11=BASMenu

```
BBPH                           Payment History                        BENEFITS

Enter Action and press Enter.
------------------------------------------------------------------------------
Claimant: Garay,Sheri                    Clm Stat: CL TERM 181        Page :003
                                                                     More :- +
     Below Action: (1=Pymt Hst Detail  2=EOB Copies  3=Stops and Reversals)
                                              Pymt
Act Release Dt Payee         Amount Pymt #   Type Bank        Status Status Dt
    10/27/2005 CLN         4,427.02 23798468 EFT  Fleet         PAID 10/27/2005
__  09/27/2005 CLN         4,427.02 23537089 EFT  Fleet         PAID 09/27/2005
__  08/27/2005 CLN         4,427.02 23265423 EFT  Fleet         PAID 08/27/2005
__  07/28/2005 CLN         4,427.02 23012169 EFT  Fleet         PAID 07/28/2005
__  06/27/2005 CLN         4,427.02 22735097 EFT  Fleet         PAID 06/27/2005
__  05/28/2005 CLN         4,427.02 22478493 EFT  Fleet         PAID 05/28/2005
__  04/30/2005 CLN         4,427.02 22228875 EFT  Fleet         PAID 04/30/2005
__  03/28/2005 CLN         4,427.02 21938647 EFT  Fleet         PAID 03/28/2005
__  02/28/2005 CLN         4,427.02 21695058 EFT  Fleet         PAID 02/28/2005
__  01/27/2005 CLN         4,427.02 21417261 EFT  Fleet         PAID 01/27/2005
__  12/29/2004 CLN         4,427.02 21173038 EFT  Fleet         PAID 12/29/2004

   Command ===> _____
   F1=Help                 F3=Exit              F5=Popup            F6=Cancel
   F7=Bkwd      F8=Fwd      F9=FindClm   F10=Nav    F11=BASMenu
```

BBPH                        Payment History                     BENEFITS

Enter Action and press Enter.
```
-------------------------------------------------------------------------
Claimant: Garay,Sheri                         Clm Stat: CL TERM 181      Page :004
                                                                         More :-
  Below Action: (1=Pymt Hst Detail  2=EOB Copies  3=Stops and Reversals)
                                         Pymt
Act Release Dt Payee        Amount Pymt #     Type Bank        Status Status Dt
__  11/27/2004 CLN     4,427.02 20899446 EFT  Fleet      PAID  11/27/2004
__  10/28/2004 CLN     4,427.02 20643184 EFT  Fleet      PAID  10/28/2004
__  09/27/2004 CLN     4,427.02 20365466 EFT  Fleet      PAID  09/27/2004
__  08/30/2004 CLN     4,427.02 20121168 EFT  Fleet      PAID  08/30/2004
__  08/02/2004 CLN     4,427.02 19876453 EFT  Fleet      PAID  08/02/2004
__  07/19/2004 CLN     4,427.02 19751259 EFT  Fleet      PAID  07/19/2004
__  07/14/2004 CLN    13,281.06 19709290 EFT  Fleet      PAID  07/14/2004
```

```
Command ===>
F1=Help                F3=Exit                    F5=Popup        F6=Cancel
F7=Bkwd                F9=FindClm    F10=Nav       F11=BASMenu
```

```
BBHD                        Payment History Detail                        BENEFITS

--------------------------------------------------------------------------------
Claimant: Garay,Sheri                          Clm Stat: CL TERM 181
Pymt Amt  :         0.00
Pymt #  . : 29503404       Payee Name: Sheri Garay

Release Dt: 08/28/2007     Mailee  . :
Status  . : PAID     Schd Type : RGR
Pymt Text : 311
Sp Routing:
Created . : CWX04
Approved  :
Reissued  :      Pymt Period: 08/02/2007 - 09/01/2007      Mthly Basis:    30-Day
                                                                            PR/
Comp Desc                     Begin Dt   End Dt          Amount            ST Text
Basic Benefit                 08/02/2007 09/01/2007    5,427.02
Primary Social Security       08/02/2007 09/01/2007   -1,838.00
Overpayment Reduction         08/02/2007 09/01/2007   -3,589.02


Command ===>
F1=Help                    F3=Exit                     F5=Popup           F6=Cancel
                           F9=FindClm   F10=Nav         F11=BASMenu
```

BBOP                              Overpayment                              BENEFITS

--------------------------------------------------------------------------------
Claimant: Garay,Sheri                          Clm Stat: CL TERM 181      Page: 001
                                                                          More:   +
Ovrpym Amt:    36,821.27 Reason: SSA  Recvry Mthd: RVR  Monthly Amt:  3589.00
Bal Due . :        0.00
                            Whose $?  :   CLN
Tax Yr Begin Dt     End Dt             Amount     Balance Due
2006   01/02/2006   11/01/2006      18,380.00        0.00
2005   01/02/2005   01/01/2006      18,441.27        0.00
                                                             Tax Detail : Y


Overpayment Recovery:          Below Action: (1=Payment History Detail)
Act   Type      Pymt #      Receive Dt        Amount  Acct  Stat  Status Dt

__    WVEOTH                09/10/2007       5,639.79                  09/10/2007
__    OVRRVR   029503404    08/28/2007       3,589.02                  08/28/2007
__    OVRRVR   029237150    07/28/2007       3,589.02                  07/28/2007

Command ===>
F1=Help                     F3=Exit         F4=SelOP      F5=Popup        F6=Cancel
            F8=Fwd          F9=FindClm      F10=Nav       F11=BASMenu

BBPS                              Program Status                            LTD BENEFITS

----------------------------------------------------------------------------
Claimant: Garay,Sheri                              Clm Stat: CL TERM 181


Act Create Dt  User      Off  Eff Dt      Program ID      Status
                                         _____  _____                  _____

   03/15/2004 C22JP      GORT 03/15/2004 ERISA           Extension Requested
   09/14/2006 CBH04      E112            Triaged @ Xfer Sent to Complex
   07/13/2006 CBH04      E112            Triaged @ Xfer Sent to Complex



Command ===> _____
F1=Help                  F3=Exit                    F5=Popup        F6=Cancel
                         F9=FindClm    F10=Nav       F11=BASMenu

1

## PROOF OF SERVICE BY MAIL

2

3          I am employed at Rimac & Martin, 1051 Divisadero Street, San Francisco, California

4    94115. I am over the age of 18 years and am not a party to this action.

5          On February 21, 2008, I served the within **NOTICE OF REMOVAL OF CIVIL**

6    **ACTION TO UNITED STATES DISTRICT COURT; CERTIFICATION OF**

7    **INTERESTED ENTITIES OR PERSONS; CIVIL CASE COVER SHEET** on the interested

8    parties hereto by placing said document in a sealed envelope with first class postage fully prepaid

9    thereon, and depositing same with the U.S. Postal Service at San Francisco, California, addressed

10    as follows:

11    John F. Martin, Esq.
      Law Offices of John F. Martin
12    3100 Oak Road, Suite 230
      Walnut Creek, CA 94596
13

14          I declare under penalty of perjury under the laws of the United States of America that the

15    foregoing is true and correct.

16          Executed February 21, 2008, at San Francisco, California.

17

18

19                                    Karl H. Plischke

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**                    **CASE No.**