ORIGINAL

1  **RIMAC & MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No. 72381
2  ANNA M. MARTIN - State Bar No. 154279
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY OF AMERICA
6

FILED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                                            EDL

11

12 | SHERI GARAY,                    )
13 |                                 )  CASE NO.   CV 08 1059
14 |         Plaintiff,              )  CERTIFICATION OF INTERESTED
   |                                 )  ENTITIES OR PERSONS
15 |   vs.                           )
16 | UNUM LIFE INSURANCE COMPANY OF  )
   | AMERICA, and DOES 1-10,         )
17 |                                 )
   |         Defendants.             )
18 |_____)

19     The undersigned certifies that the following listed persons, associations of persons, firms,

20  partnerships, corporations (including parent corporations) or other entities (i) have a financial

21  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

22  financial interest in that subject matter or in a party that could be substantially affected by the

23  outcome of this proceeding:

24     1.   Sheri Garay, plaintiff.

25     2.   Unum Life Insurance Company of America, defendant.

26  ///

27  ///

28  ///

-1-

CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS                                              CASE NO.

1  3.  UnumProvident Corporation, defendant's parent corporation.

RIMAC & MARTIN, P.C.

DATED: February 21, 2008      By: _____
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

-2-

CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS                                               CASE NO.