| | |
|---|---|
| 1 | **RIMAC & MARTIN, P.C.** |
| 2 | JOSEPH M. RIMAC - State Bar No. 72381<br>ANNA M. MARTIN - State Bar No. 154279 |
| 3 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 4 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## E-FILING

| | |
|---|---|
| SHERI GARAY, | ) |
| | ) CASE NO. **3:08-cv-01059 EDL** |
| Plaintiff, | ) |
| | ) **DEFENDANT'S DECLINATION** |
| vs. | ) **TO PROCEED BEFORE A** |
| | ) **UNITED STATES** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1-10, | ) **MAGISTRATE JUDGE** |
| | ) |
| Defendants. | ) |
| _____ | ) |

**TO THE HONORABLE COURT AND THE INTERESTED PARTIES HERETO:**

NOTICE IS HEREBY GIVEN that defendant UNUM LIFE INSURANCE COMPANY OF AMERICA respectfully declines to proceed before a U.S. Magistrate Judge in this proceeding and requests the matter be assigned to an United States District Court Judge.

                                                                     LAW OFFICES OF
                                                                     RIMAC & MARTIN
                                                                     *a Professional Corporation*

DATED: February 29, 2008      By:   /s/ **ANNA M. MARTIN**
                                                                 ANNA M. MARTIN
                                                                 Attorneys for Defendant
                                                                 UNUM LIFE INSURANCE COMPANY OF AMERICA