1

**RIMAC & MARTIN, P.C.**
2  JOSEPH M. RIMAC - State Bar No.  72381
ANNA M. MARTIN - State Bar No. 154279
3  1051 Divisadero Street
San Francisco, California 94115
4  Telephone (415) 561-8440
Facsimile (415) 561-8430

5
Attorneys for Defendant
6  UNUM LIFE INSURANCE COMPANY OF AMERICA

7

8              **UNITED STATES DISTRICT COURT**

9         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11                          *E-FILING*

12  SHERI GARAY,                          )
                                         )  CASE NO. 3:08-cv-01059-EDL
13                                        )
           Plaintiff,                     )
14                                        )  **NOTICE OF** *EX PARTE*
       vs.                                )  **APPLICATION AND** *EX PARTE*
15                                        )  **APPLICATION TO EXTEND TIME**
UNUM LIFE INSURANCE COMPANY OF            )  **TO RESPOND TO COMPLAINT;**
16  AMERICA, and DOES 1-10,               )  **[PROPOSED] ORDER THEREON**
                                         )
17         Defendants.                    )
                                         )
18  _____ )

19  **TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

20         Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA (hereinafter

21  "defendant"), submits the following *Ex Parte* Application for an Order Extending the Time for a

22  Response to Complaint, currently due to be filed on March 3, 2008, to March 13, 2008.  The

23  attached memorandum of points and authorities and declaration demonstrate good cause for the

24  requested extension of time to respond.  This application is made for the following grounds: (1)

25  Counsel for defendant has just received the complete claim file, and requires additional time to

26  review the entire claim file to determine the appropriate response.  (2) In response to defense

27  counsel's request for an extension of time to respond to the complaint, counsel for plaintiff has

28  agreed to grant an extension of time to answer the complaint through March 13, 2008.  However,

                                    **-1-**

1  plaintiff's counsel has not responded to defendant's counsel's emails and telephone calls

2  requesting an extension of time to respond to the complaint, and defendant's counsel has not yet

3  determined whether a motion to dismiss would be appropriate in this matter.

4                                        Respectfully submitted,

5                                        RIMAC & MARTIN, P.C.

6

7  DATED:  February 29, 2008        By:    /s/  ANNA M. MARTIN
                                          ANNA M. MARTIN
8                                        Attorneys for Defendant
                                          UNUM LIFE INSURANCE COMPANY OF
9                                        AMERICA

10

11

12

13

14                          **POINTS AND AUTHORITIES**

15  **I.      INTRODUCTION**

16       The Court should grant defendant's *Ex Parte* Application for an Order Extending Time to

17  Respond to Complaint, to March 13, 2008, or later, for the following reasons: (1) Counsel for

18  defendant has just received the complete claim file, and requires additional time to review the

19  entire claim file to determine the appropriate response.  (2) In response to defense counsel's

20  request for an extension of time to respond to the complaint, counsel for plaintiff has agreed to

21  grant an extension of time to answer the complaint through March 13, 2008.  However,

22  plaintiff's counsel has not responded to defendant's counsel's emails and telephone calls

23  requesting an extension of time to respond to the complaint, and defendant's counsel has not yet

24  determined whether a motion to dismiss would be appropriate in this matter.

25  **II.     LEGAL ARGUMENT**

26       Local Rule provides that "The Court may, in its discretion, grant an initial extension <u>ex</u>

27  <u>parte</u> upon the affidavit of counsel that a stipulation extending time cannot reasonably be

28  obtained, explaining the reasons why such a stipulation cannot be obtained and the reasons why

**-2-**

the extension is necessary.  Except for one such initial extension, <u>ex parte</u> applications for extension of time will not ordinarily be granted."

**1.    <u>Good Cause Exists For Granting This Motion</u>**

Counsel for defendant has requested that plaintiff stipulate to extending time for a response to the complaint, but plaintiff's counsel has only granted an extension of time to answer the complaint, and plaintiff's counsel has not responded to defendant's requests that the extension of time be to respond to the complaint. (Decl. Counsel, ¶¶  2-7.)

Good cause exists for granting an extension of time to respond to the complaint because counsel for defendant has just received the entire claim file, and has thus not had the opportunity to review the claim file, and determine an appropriate response to the complaint.  (Decl. Counsel, ¶  8.)  In response to defense counsel's request for an extension of time to respond to the complaint, counsel for plaintiff has agreed to grant an extension of time to answer the complaint through March 13, 2008.  However, plaintiff's counsel has not responded to defendant's counsel's emails and telephone calls requesting an extension of time to respond to the complaint, and defendant's counsel has not yet determined whether a motion to dismiss would be appropriate in this matter. (Decl. Counsel, ¶¶ 2-8.)

Thus, defendant respectfully requests that the Court extend the deadline to respond to the complaint to March 13, 2008 or later.

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED:  February 29, 2008          By:      /s/  **Anna M. Martin**
                                            ANNA M. MARTIN
                                            Attorneys for Defendant
                                            UNUM LIFE INSURANCE COMPANY OF
                                            AMERICA

1

## **ORDER**

2      The Court, having considered the within *ex parte* application made this day by defendant

3 UNUM Life Insurance Company of America, and good cause appearing therefor,

4      IT IS ORDERED that defendant must respond to the complaint by March 13, 2008.

5      **SO ORDERED.**

6

7

8 DATED: _____      _____
                                     UNITED STATES DISTRICT COURT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EX PARTE APPLICATION                    CASE NO. 3:08-cv-01059-EDL

1

**RIMAC & MARTIN, P.C.**
JOSEPH M. RIMAC - State Bar No. 72381
2   ANNA M. MARTIN - State Bar No. 154279
1051 Divisadero Street
3   San Francisco, California 94115
Telephone (415) 561-8440
4   Facsimile (415) 561-8430

5   Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA
6

7

8               **UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11

12   SHERI GARAY,                          )   *E-FILING*
                                          )
13                                         )   CASE NO. 3:08-cv-01059-EDL
                                          )
14            Plaintiff,                    )
                                          )   **DECLARATION OF ANNA M.**
15       vs.                               )   **MARTIN IN SUPPORT OF**
                                          )   **DEFENDANT'S EX PARTE**
16   UNUM LIFE INSURANCE COMPANY OF        )   **APPLICATION TO EXTEND TIME**
     AMERICA, and DOES 1-10,               )   **TO RESPOND TO COMPLAINT**
17                                         )
                                          )
18            Defendants.                  )
     _____ )

19

20        I, Anna M. Martin, declare as follows:

21        1.      I am an attorney licensed to practice before all courts of this state.  I am a

22   principal in the law firm of Rimac & Martin, a professional corporation, and counsel of record

23   for defendant UNUM Life Insurance Company of America ("defendant") in this case.  The facts

24   stated herein are true of my own knowledge and, if called upon to do so, I could and would

25   testify competently thereto.

26        2.      On February 25, 2008, my assistant Karl Plischke telephoned plaintiff's counsel

27   Christine Hopkins, requesting that she agree to a stipulation of time to extend time to respond to

28   plaintiff's complaint, to March 13, 2008, for the reasons set forth in this application.

-1-

1    3.    On February 25, 2008 I telephoned Ms. Hopkins to follow up on Mr. Plischke's

2   telephone call, and requested Ms. Hopkins grant an extension of time to respond to the

3   complaint.

4    4.    By email of February 25, 2008, Ms. Hopkins granted defendant's request, writing

5   "we will agree to the extension until March 13th for her to file an answer."  The email is attached

6   as Exhibit A.

7    5.    My office had requested an extension of time to respond to the complaint, and not

8   just answer.  Thus, on February 25, 2008, I wrote an email to Ms. Hopkins requesting that the

9   extension of time be to respond, and not just answer.  The email is attached as Exhibit B.

10    6.    After not receiving a return email or telephone call for three days, I instructed my

11   associate, Joshua G. Heaviside, to telephone Ms. Hopkins.  Mr. Heaviside telephoned Ms.

12   Hopkins on February 28, 2008, and was told by her assistant that Ms. Hopkins was out for the

13   day, and he was only able to leave a message with her assistant.

14    7.    Plaintiff's counsel has not responded in any way to my email of February 25, 2008

15   or Mr. Heaviside's telephone call of February 28, 2008.

16    8.    My office has just received the complete file from my client.  I cannot prepare

17   an adequate response, or determine what an adequate response is, until I have reviewed the

18   complete file.

19    I declare under penalty of perjury under the laws of the United States of America that the

20   foregoing is true and correct.

21    Executed February 29, 2008, at San Francisco, California.

22

23

24    _/s/ **ANNA M. MARTIN**_____
     ANNA M. MARTIN

25

26

27

28

---

**-2-**