1  **RIMAC & MARTIN, P.C.**
2  JOSEPH M. RIMAC - State Bar No. 72381
   ANNA M. MARTIN - State Bar No. 154279
3  1051 Divisadero Street
   San Francisco, California 94115
4  Telephone (415) 561-8440
   Facsimile (415) 561-8430
5
   Attorneys for Defendant
6  UNUM LIFE INSURANCE COMPANY OF AMERICA
7
8              UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
                                              *E-FILING*
12 SHERI GARAY,                   )
                                  )  CASE NO. 3:08-cv-01059 SBA
13                                )
                Plaintiff,        )  *AMENDED* CERTIFICATION OF
14                                )  INTERESTED ENTITIES OR
           vs.                    )  PERSONS
15                                )
   UNUM LIFE INSURANCE COMPANY OF )
16 AMERICA, and DOES 1-10,        )
                                  )
17              Defendants.       )
   _____)
18
19
20      The undersigned certifies that the following listed persons, associations of persons, firms,
21 partnerships, corporations (including parent corporations) or other entities (i) have a financial
22 interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-
23 financial interest in that subject matter or in a party that could be substantially affected by the
24 outcome of this proceeding:
25      1.   Sheri Garay, plaintiff.
26      2.   Unum Life Insurance Company of America.
27 ///
28 ///

-1-

*AMENDED* CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS                                        CASE NO. 3:08-cv-01059 SBA

-2-

3. Unum Group, the parent corporation of Unum Life Insurance Company of America.

RIMAC & MARTIN, P.C.

DATED: March 13, 2008        By:   /s/ ANNA M. MARTIN
                                    ANNA M. MARTIN
                                    Attorneys for Defendant
                                    UNUM LIFE INSURANCE COMPANY
                                    OF AMERICA

*AMENDED* CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS                                    CASE NO.  3:08-cv-01059 SBA