JOHN F. MARTIN, ESQ. (SBN 52618)
CHRISTINE HOPKINS, ESQ. (SBN 240248)
LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA  94596
Telephone:  (925) 937-5433
Facsimile:   (925) 938-5567

Attorneys for Plaintiff
SHERI GARAY

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERI GARAY | Case No. 4:08-cv-01059-SBA |
| Plaintiff, | |
| v. | **NOTICE OF NON-OBJECTION TO FEDERAL COURT JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP OF THE PARTIES** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; DOES 1-10 | |
| Defendants. | |

**TO THE HONORABLE SAUNDRA ARMSTRONG AND TO DEFENDANT AND ITS ATTORNEY OF RECORD:**

Please take notice that Plaintiff hereby stipulates that this Federal Court has jurisdiction over the instant action due to diversity of citizenship of the parties under 28 U.S.C. § 1332(a).  Plaintiff does not agree that the Court has subject matter jurisdiction over the instant action under Federal ERISA law, 29 U.S.C. § 1001, et seq. In response to all future Motions by Defendant and all future proceedings in this Court, Plaintiff hereby reserves her rights to assert and present evidence that ERISA does not provide the Court subject matter jurisdiction over the instant action and that ERISA law does not preempt her claims under the laws of the State of California.

DATED:  3/21/08

LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation

By: _____/s/_____
CHRISTINE HOPKINS, ESQ.

1