JOHN F. MARTIN, ESQ. (SBN 52618)
CHRISTINE HOPKINS, ESQ. (SBN 240248)
LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA 94596
Telephone: (925) 937-5433
Facsimile: (925) 938-5567

Attorneys for Plaintiff
SHERI GARAY

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI GARAY | Case No. 4:08-cv-01059-SBA |
| Plaintiff, | |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; DOES 1-10 | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 16, 2008

LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation

By: _____/s/_____
CHRISTINE HOPKINS, ESQ.

1