UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 6/5/08

C-08-01059 SBA          JUDGE: SAUNDRA BROWN ARMSTRONG

Title: GARAY vs. UNUM LIFE INSURANCE COMPANY OF AMERICA

Atty.: CHRISTINE HOPKINS          ANNA MARTIN

Deputy Clerk: Lisa R. Clark          Court Reporter:     N/R
**PROCEEDINGS**
Plt   DFT
( )   ( ) 1.   TELEPHONE CMC - HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
              ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( )Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to  7/22/08     for a Case Management Conference at 1:00 p.m.
Case Continued to             for OSC RE:
Case Continued to  7/22/08 @ 1:00 PM  for DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT HEARING
Brief Sched. Motion papers by  6/17/08  Opposition by 7/1/08 Reply by 7/8/08
General Discovery Cut-off          Expert Discovery Cut-off
Plft to name Experts by            Deft to name Experts by
All Dispositive Motions to be heard by ( Motion Cut-off)
Case Continued to             for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due          Motions in limine/objections to evidence due      Responses to motions in limine and/or responses to objections to evidence due
Case Continued to            for Trial(Court/Jury:      Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE              FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: DEFENSE COUNSEL MAY REQUEST FOR HEARING TO BE BY TELEPHONE IF SHE IS IN TRIAL
cc: