**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - CSBN 154279
KEVIN G. GILL - CSBN 226819
*amartin@rimacmartin.com*
*kgill@rimacmartin.com*
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| SHERI GARAY, | ) CASE NO. **3:08-cv-01059 SBA** |
| Plaintiff, | ) |
| vs. | ) **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE APPLICABILITY OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1-10, | ) |
| Defendants. | ) Date    July 22, 2008<br>) Time:  1:00 p.m.<br>) Ctrm:  3 |
| | ) The Honorable Saundra Brown Armstrong |

### TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on July 22, 2008 at 1:00 p.m. in Courtroom 3 of

the above-entitled Court, located at 1301 Clay Street, Oakland,  California, Defendant UNUM LIFE

INSURANCE COMPANY OF AMERICA ("UNUM"), will and hereby does move this Court for

an Order for Partial Summary Judgment: (1) affirming that the insurance policy at issue is governed

by the Employee Retirement Income Securities Act ("ERISA"); (2) affirming that plaintiff's causes

of action and remedies are limited to those available under ERISA; and (3) dismissing plaintiff's

1  preempted state law causes of action, preempted prayers for extra-contractual relief, and preempted

2  prayer for a trial by jury.

3        This Motion for Partial Summary Judgment is made on the grounds that a benefits plan that

4  covers one or more employees in addition to the business owner, such as the one at issue here, is

5  governed by ERISA, and that ERISA provides the exclusive remedy available to plaintiff, all other

6  remedies and causes of action being preempted.

7        Counsel for defendant hereby certifies that counsel for both parties met and conferred

8  regarding the filing of defendant's motion for partial summary judgment at the same time they met

9  and conferred on the Case Management Conference Statement.    At the Case Management

10 Conference, counsel further discussed the filing of this motion, and the Court instructed this motion

11 be filed on June 17, 2008, and set the motion hearing for July 22, 2008.

12       This motion is based on this Notice of Motion and Motion, the Memorandum of Points and

13 Authorities in support of this motion, the Declaration of Anna M. Stein and Exhibits attached

14 thereto, and on such other and further oral and documentary evidence as may be presented at the

15 hearing of this motion.

16

17                              Respectfully submitted,

18                              RIMAC & MARTIN, P.C.

19

20 DATED:  June 17, 2008            By:    /s/ **ANNA M. MARTIN**
                                         ANNA M. MARTIN
21                                       Attorneys for Defendants
                                         UNUM LIFE INSURANCE COMPANY
22                                       OF AMERICA

23

24

25

26

27

28

-2-

1

2

**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - CSBN 154279
KEVIN G. GILL - CSBN 226819
*amartin@rimacmartin.com*
*kgill@rimacmartin.com*
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

3

4

5

6

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

7

8

9        **UNITED STATES DISTRICT COURT**

10       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12                                          *E-FILING*

13     SHERI GARAY,                           )
                                              )   CASE NO.  **3:08-cv-01059 SBA**
14              Plaintiff,                     )
                                              )   **POINTS AND AUTHORITIES IN**
15         vs.                                 )   **SUPPORT OF DEFENDANTS' MOTION**
                                              )   **FOR PARTIAL SUMMARY**
16     UNUM LIFE INSURANCE COMPANY OF          )   **JUDGMENT ON THE APPLICABILITY**
       AMERICA, and DOES 1-10,                 )   **OF THE EMPLOYEE RETIREMENT**
17                                            )   **INCOME SECURITY ACT (ERISA)**
                                              )
18              Defendants.                    )   Date    July 22, 2008
                                              )   Time:  1:00 p.m.
19                                            )   Ctrm:  3
                                              )
20     _____       )   The Honorable Saundra Brown Armstrong

21

22

23

24

25

26

27

28

1

### TABLE OF CONTENTS

2   I. INTRODUCTION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

3   II. STATEMENT OF FACTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

4       A.    PLAINTIFF APPLIES FOR A GROUP LONG TERM DISABILITY
              BENEFITS PLAN TO COVER THE ELIGIBLE EMPLOYEES OF
5             HER BUSINESS, SITE FOR SORE EYES. . . . . . . . . . . . . . . . . . . . . . . . . . 1

6       B.    THE PLAN MAKES CLEAR THAT THE "EMPLOYER" IS THE
              CLIENT, AND THAT ACTIVE EMPLOYEES ARE THE ONLY
7             ELIGIBLE PARTICIPANTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

8       C.    AT ITS INCEPTION, THE PLAN COVERED FOUR EMPLOYEES,
              INCLUDING PLAINTIFF AS A WORKING OWNER. . . . . . . . . . . . . . . . . . 4
9
        D.    AT THE TIME PLAINTIFF APPLIED FOR BENEFITS, THE PLAN
10            STILL COVERED MULTIPLE EMPLOYEES. . . . . . . . . . . . . . . . . . . . . . . 5

11      E.    AT NO TIME BETWEEN THE ESTABLISHMENT OF THE PLAN
              AND THE DATE PLAINTIFF SOLD HER BUSINESS DID THE
12            PLAN EVER COVER LESS THAN TWO EMPLOYEES. . . . . . . . . . . . . . . 5

13  III. LEGAL STANDARDS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

14      A.    SUMMARY JUDGMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

15      B.    ERISA APPLICABILITY. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

16  IV. ARGUMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

17      A.    THE GROUP LONG TERM DISABILITY PLAN AT ISSUE IN
              THIS ACTION IS GOVERNED BY ERISA. . . . . . . . . . . . . . . . . . . . . . . . . 8
18
        B.    PLAINTIFF'S CAUSES OF ACTION AND REMEDIES ARE
19            LIMITED TO THOSE AVAILABLE UNDER ERISA. . . . . . . . . . . . . . . . . 8

20  V. CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

21

22

23

24

25

26

27

28

1

# <u>TABLE OF AUTHORITIES</u>

2

## <u>Cases</u>

3

*Bernstein v. Travelers Ins. Co.*,
    2006 WL 2567875 (N.D.Cal., Sept. 5, 2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

4

5

*Celotex Corp. v. Catrett*,
    477 U.S. 317 (1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

6

*Cleghorn v. Blue Shield of California*,
    408 F.3d 1222 (9th Cir. 2005). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

7

8

*Ingram v. Martin Marietta Long Term Disability Income Plan for Salaried Employees of Transferred GE Operations*,
    244 F.3d 1109 (9th Cir. 2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

9

*Lujan v. National Wildlife Fed'n*,
    497 U.S. 871 (1990). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

10

11

*Kanne v. Conn. Gen. Life Ins.*,
    867 F.2d 489 (9th Cir.1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

12

*Kennedy v. Allied Mut. Ins. Co.*,
    952 F.2d 262 (9th Cir.1991). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

13

14

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*,
    475 U.S. 574 (1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

15

*Peterson v. American Life & Health Ins. Co.*,
    48 F.3d 404 (9th Cir. 1995). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 8

16

17

*Raymond B. Yates, M.D., P.C. Profit Sharing Plan v. Hendon*,
    541 U.S. 1 (2004). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 8

18

*Robi v. Five Platters, Inc.*,
    918 F.2d 1439 (9th Cir. 1990). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

19

20

*T.W. Elec. Serv., Inc. v. Pacific Elec. Contractors Ass'n*,
    809 F.2d 626 (9th Cir.1987). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

21

22

## <u>Statutes and Codes</u>

23

29 U.S.C. § 1002. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 7

24

29 U.S.C. § 1132. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

25

Federal Rule of Civil Procedure 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

26

27

28

1

## I. __INTRODUCTION__

2          On October 2, 1995, plaintiff Sheri Garay, doing business as Site For Sore Eyes, executed

3   an *Application for Participation in the Select Group Insurance Trust* ("Application") offered by

4   UNUM Life Insurance Company of America.  (Decl. of Anna Stein, Exh. A, UACL1206).  By that

5   Application, plaintiff made clear she was seeking "Group Long Term Disability Benefits" coverage

6   for her business's eligible employees.  (*Id.*)  The only persons eligible to obtain said coverage were

7   "all employees of each participating employer."  (*Id.*, at UACL01201).  The cost of insurance is paid

8   by the owner/employer.  (*Id.*)  The Plan plaintiff obtained even warned that the insurer (Unum) could

9   cancel coverage if the number of covered employees ever dropped below two.  (*Id.*, at UACL01205.)

10         Any benefits plan that is "*established* or maintained by an employer . . . for the purpose of

11  providing [disability insurance] for its participants or their beneficiaries," is governed by ERISA. 29

12  U.S.C. § 1002(1).  Thus, ERISA governs the Group Long Term Disability Benefits Plan (the "Plan")

13  that plaintiff both established and maintained for her Site For Sore Eyes employees, and under which

14  she filed the claim at issue in this lawsuit.  Correspondingly, plaintiff's remedies are limited to those

15  available under ERISA.  ERISA also limits discovery and precludes a jury trial.

16         Given that a determination that ERISA governs the Plan will substantially alter the  arc of

17  this matter, reduce party expenditures and preserve judicial resources, UNUM respectfully requests

18  that the Court grant summary adjudication as to the applicability of ERISA, and dismiss the

19  unavailable claims and remedies plaintiff seeks.

20

21

## II. __STATEMENT OF FACTS__

22  **A.    PLAINTIFF APPLIES FOR A GROUP LONG TERM DISABILITY BENEFITS
        PLAN TO COVER THE ELIGIBLE EMPLOYEES OF HER BUSINESS, SITE**
23      **FOR SORE EYES.**

24         On October 2, 1995, plaintiff Sheri Garay executed an  an *Application for Participation in*

25  *the Select Group Insurance Trust* ("Application") which provided in pertinent part:

26              To: The Trustee(s) of The Select Group Insurance Trust and UNUM
                Life Insurance Company of America
27
                Name of Employer/Applicant: *Sheri A. Garay dba Site For Sore Eyes*
28

---

**-1-**

1

2

> . . . requests approval to participate in the above named Insurance and for its eligible employees under the terms of the group policy(ies) issued to the Trustee(s) of the Trust for the following coverage(s):

3

> . . . Group Long Term Disability Benefits

4

5

6

7

8

> By this application, the Employer/Applicant:
> 1.    agrees and accepts the terms of the Trust Agreement (including all amendments to the Trust Agreement) for the Insurance Trust named above for so long as it elects to participate in the Trust:
> 2.    agrees to remit regularly the required premium payments; and
> 3.    elects coverage as shown in the Summary of Benefits and agrees that only those provisions which appear in the Summary of Benefits provided to the Employer/Applicant apply to its insurance coverage.

9

10

> Dated at *Concord, CA*
> By (Employer/Applicant) [*signature of Sheri Garay*]
> on *10-2-95* By [*signature of agent/broker*]

11    (Decl. Stein, Exh. A, at UACL01206).  Thus it was clear from the outset that plaintiff was acting as

12    an employer, seeking to establish a plan for group long term disability benefits.  (*Id.*)

13

14    **B.    THE PLAN MAKES CLEAR THAT THE "EMPLOYER" IS THE CLIENT, AND THAT ACTIVE EMPLOYEES ARE THE ONLY ELIGIBLE PARTICIPANTS**

15    In reliance on plaintiff's Application, UNUM issued Group Long Term Disability Benefits

16    Plan, Group Identification No. 108121 (the "Plan"), to Site for Sore Eyes.

17    The Plan itself makes clear that it is the "employer" that is the client:

18

> CERTIFICATE OF COVERAGE

19

20

> Unum Life Insurance Company of America . . . welcomes your employer as a client.

21    (Decl. Stein, Exh. A, at UACL00072).

22    The Plan confirms that the sole participating employer is "Site For Sore Eyes," and describes

23    the eligible class of participants as follows:

24    •    DESCRIPTION OF ELIGIBLE CLASSES

25    All employees of each participating employer.

26    (*Id.*, at UACL01201).  The Plain is thus only available to employees of Site For Sore Eyes.

27    The Plan describes what entity pays for contributions to the Plan as follows:

28    •    CONTRIBUTIONS

**-2-**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

For Partners or Sole Proprietors
•        The cost of your insurance is paid by you.

For All Others
•        The cost of your insurance is paid entirely by your
         employer.
(Decl. Stein, Exh. A, at UACL01202).

The Plan contains the following pertinent definitions:

TERMS YOU SHOULD KNOW

Many terms used in your certificate of coverage have special
meanings. A list of these terms and meanings follows:

•        "**Active employment**" means you must be working:

         1.      for your employer on a full-time basis and paid
                 regular earnings (temporary or seasonal employees are
                 excluded);
         2.      at least the minimum number of hours shown in the
                 summary of benefits; and either
         3.      at your employer's usual place of business; or
         4.      at a location to which your employer's business
                 requires you to travel.

•        "**Basic monthly earnings**" - if you are:

         1.      a Partner, means your average monthly earnings as
                 figured:
                 a.      from the line which shows "net earnings (loss)
                         from self-employment" from schedule K-1 of
                         the partnership federal income tax return for
                         the tax year just prior to the date disability
                         begins; or
                 b.      for the period that you have been a partner if
                         you were not a partner during the year for
                         which the most recent partnership federal
                         income tax return was filed.

         2.      a Sole Proprietor, means your annual net profit
                 averaged over:
                 a.      the 3 most recent years; or
                 b.      the period that you have been a sole
                         proprietor, if you have been a sole proprietor
                         for less than 3 years,
                 then divided by 12.

                 Annual net profit is figured on form 1040 Schedule C
                 as the gross income less total deductions minus
                 depreciation.

         3.      an employee other than Partners or Sole Proprietors,
                 means your average monthly earnings as figured:

-3-

**POINTS AND AUTHORITIES IN SUPPORT OF**
**DEF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**          CASE NO.  3:08-cv-01059 SBA

1
2
3

    a.    from the W-2 form (from the box which reflects wages, tips and other compensation) received from the employer for the calendar year just prior to the date disability begins; or

    b.    for the period of employment if no W-2 form was received.

4
    . . .

5
6
7

•    "**Employer**" means a proprietorship, partnership or corporation which becomes a participating employer by completing an application for participation and having the application approved by the Company and the trustees of the fund.

8
(Decl. Stein, Exh. A, at UACL00074-75.)

9
    Thus, the Plan makes clear that the only persons eligible to participate in the coverage offered

10
by the Plan are "active" employees of Site For Sore Eyes:

11
    ENROLLMENT AND DATE INSURANCE STARTS

12
13
14

    When can you enroll?
    You can enroll if you are:
    1.    in active employment with your employer; and
    2.    in a class eligible for insurance.

15
(*Id.*, at UACL00077.)  Further, the Plan warns that coverage can be terminated if the number of

16
covered employees ever falls below two.

17
18

**C.    AT ITS INCEPTION, THE PLAN COVERED FOUR EMPLOYEES, INCLUDING PLAINTIFF AS A WORKING OWNER.**

19
    A *Long Term Disability Mini-Plan Proposal* dated October 6, 1995, shows that plaintiff was

20
seeking long term disability benefits coverage for herself and three other employees:

21
22

| | First Name | Last Name | . . . | Occupation |
|---|---|---|---|---|
| 1. | SHERRI | A[*****] | . . . | SALES |
| 2. | WAYNE | C[*******] | . . . | LAB TECH |
| 3. | SHERI | GARAY | . . . | OWNER-SALES |
| 4. | STACY | S[*****] | . . . | SALES |

23
24

    . . .
    TOTAL MONTLY LTD PREMIUM    $110.83

25

26
(Decl. Stein, Exh. B; see also Exh. C, *Mini-Plan Benefits & Cost Summary*, at 3.)  Plaintiff thus

27
represented herself as a working owner, who would thereby be entitled to participate in the Plan.

28
    Plaintiff's business, Site For Sore Eyes,  paid the initial premium for the period from October

**-4-**

1, 1995 to October 31, 1995, and Unum subsequently issued the Group Long Term Disability

Benefits Plan, Identification No. 108121, to Site For Sore Eyes, Inc. (The "Plan") with an effective

date of October 1, 1995. (Decl. Stein, ¶ 7.) The Plan initially covered Sheri Garay and three

employees of Site For Sore Eyes, including non-owner employee Sherri A. (*Id.*, at ¶¶ 7, 8.)

**D.    AT THE TIME PLAINTIFF APPLIED FOR BENEFITS, THE PLAN STILL COVERED MULTIPLE EMPLOYEES**

Plaintiff submitted a Disability Claim form seeking coverage under the Plan on or about June

13, 2002. (Decl. Stein, Exh. QQ.) When plaintiff applied for disability benefits, she claimed

entitlement to disability benefits precisely because she was a working owner. (*Id.*, at UACL00017

(listing plaintiff's duties as "Sales"); UACL00020 (listing plaintiff's job title as "Optician").)

A *Group Insurance Premium Statement* for Plan No. 0108121, dated February 7, 2003,

names six employees, including plaintiff. (Decl. Stein, Exh. LL.) That document shows that

employee Sherri A. was still employed at plaintiff's Site For Sore Eyes, and was still a participant

in the Plan. In fact, employee Sherri A. was a plan participant from the Plan's inception through the

time plaintiff sold her business to new owners in 2004. (Decl. Stein, ¶ 8.)

**E.    AT NO TIME BETWEEN THE ESTABLISHMENT OF THE PLAN AND THE DATE PLAINTIFF SOLD HER BUSINESS DID THE PLAN EVER COVER LESS THAN TWO EMPLOYEES**

On January 9, 2004, Sheri Garay sold her Site For Sore Eyes business to New Age Optical,

Inc. (Decl. Stein, Exh. RR.)

Between the inception of the Plan and the date the business was sold to new owners, Site For

Sore Eyes repeatedly added and subtracted employees from participation in the Plan. (*Id.*, ¶¶ 7, 8,

Exhs. E – PP). **Never** did the number of employee participants fall below two. (*Id.*) In addition to

plaintiff Sheri Garay, non-owner, employee Sherri A. was a Plan participant from inception through

the date plaintiff sold her business to new owners. (Id. at ¶ 8.)

Thus, from its inception, the Plan was both established and maintained by plaintiff's business

to cover both plaintiff, as a working owner, and at least one other employee. The number of

employee participants never fell below two.

1

### III. LEGAL STANDARDS

2

**A.      SUMMARY JUDGMENT**

3        Summary judgment is appropriate where "there is no genuine issue as to any material fact"

4   and "the moving party is entitled to a judgment as a matter of law. Fed.R.Civ.P. 56(c). The moving

5   party has the initial burden of identifying relevant portions of the record that demonstrate the absence

6   of a fact or facts necessary for one or more essential elements of each cause of action upon which

7   the moving party seeks judgment. *See Celotex Corp. v. Catrett,* 477 U.S. 317, 323 (1986).

8        If the moving party sustains its burden, the nonmoving party must then identify specific facts,

9   drawn from materials on file, that demonstrate that there is a dispute as to material facts on the

10  elements that the moving party has contested. *See* Fed.R.Civ.P. 56(c). The nonmoving party must

11  not simply rely on the pleadings and must do more than make conclusory allegations in an affidavit.

12  *Lujan v. National Wildlife Fed'n,* 497 U.S. 871, 888 (1990). Summary judgment must be granted

13  for the moving party if the nonmoving party "fails to make a showing sufficient to establish the

14  existence of an element essential to that party's case, and on which that party will bear the burden

15  of proof at trial." *Celotex.* at 322.

16       In light of the facts presented by the nonmoving party, along with any undisputed facts, the

17  Court must decide whether the moving party is entitled to judgment as a matter of law. *See T.W.*

18  *Elec. Serv., Inc. v. Pacific Elec. Contractors Ass'n,* 809 F.2d 626, 631 n. 3 (9th Cir.1987). "[T]he

19  inferences to be drawn from the underlying facts . . . must be viewed in the light most favorable to

20  the party opposing the motion." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.,* 475 U.S. 574,

21  587 (1986). Summary judgment for the moving party is proper when a rational trier of fact would

22  not be able to find for the nonmoving party on the claim or claims at issue. *Id.*

23       Where a case "is not fully adjudicated by a motion for summary judgment, the court is

24  empowered to grant summary adjudication as to specific issues if it will narrow the issues for trial."

25  *Bernstein v. Travelers Ins. Co.*, 2006 WL 2567875, *2 (N.D.Cal., Sept. 5, 2006) (*citing* Fed.R.Civ.P.

26  56(d)); *see Robi v. Five Platters, Inc.*, 918 F.2d 1439, 1441-42 (9th Cir. 1990).

27  / / /

28  / / /

**B.    ERISA APPLICABILITY**

"The existence of an ERISA plan is a question of fact, to be answered in light of all the surrounding facts and circumstances from the point of view of a reasonable person." *Kanne v. Conn. Gen. Life Ins.*, 867 F.2d 489, 492 (9th Cir.1988).  "A policy is governed by ERISA if it is '*established* or maintained by an employer . . . for the purpose of providing [disability insurance] for its participants or their beneficiaries.'" *Peterson v. American Life & Health Ins. Co.*, 48 F.3d 404, 408 (9th Cir. 1995) (quoting 29 U.S.C. § 1002(1)).

A plan whose sole beneficiary is the company's owner does not qualify as a plan under ERISA.  *Kennedy v. Allied Mut. Ins. Co.*, 952 F.2d 262, 264 (9th Cir.1991).  However, if the plan covers one or more employees in addition to than the business owner, the plan is governed by ERISA.  *Raymond B. Yates, M.D., P.C. Profit Sharing Plan v. Hendon,* 541 U.S. 1, 6 (2004). Further, if the plan was "established" (i.e. originally purchased) for the purpose of providing benefits to employees as well as the business owner, the policy is governed by ERISA even if the number of non-owner employee participants subsequently drops to zero.  *See Peterson*, 48 F.3d at 408.

## IV. <u>ARGUMENT</u>

In October 1995, plaintiff Sheri Garay established a Group Long Term Disability Benefits plan with UNUM on behalf of her business, Site For Sore Eyes, to cover its employees. (Decl. Stein, Exh. A, at UACL01206).  Plaintiff did not seek an individual policy, but rather a group plan, which would cover all eligible employees of her business, including herself.  (*Id.*)  In addition to plaintiff, at least one non-owner employee was a Plan participant for the entire time the Plan covered plaintiff's business.  (*Id.*, at ¶¶ 7, 8.)

A group plan such as the Plan plaintiff obtained "qualifies for the protections ERISA affords . . . and is governed by the rights and remedies ERISA specifies."  *Yates*, 541 U.S. at 6.

Correspondingly, UNUM respectfully requests that the Court grant partial summary judgment, affirm that the Plan at issue is governed by ERISA, and hold that plaintiff's potential remedies are limited to those provided by ERISA.

/ / /

---

**-7-**

**A.    THE GROUP LONG TERM DISABILITY PLAN AT ISSUE IN THIS ACTION IS GOVERNED BY ERISA.**

The Plan at issue in the Complaint, which plaintiff established with UNUM on behalf of her business, Site For Sore Eyes, in 1995, was a Group Long Term Disability Plan, which covered the business's eligible, "active" employees.  As a group plan established to cover, and covering, Site For Sore Eye's employees (including plaintiff as a working owner), the Plan is governed by ERISA, and plaintiff's remedies are thus circumscribed by ERISA.

While it is true that a benefit plan that, from the outset, covers only a sole business owner is not an employee benefit plan under ERISA, a plan that covers working owners and at least one nonowner employee, "fall[s] entirely within ERISA's compass." *Yates*, 541 U.S. at 21. Additionally, if a plan was "established" (i.e. originally purchased) or maintained for the purpose of providing benefits to employees as well as the business owner, the policy is governed by ERISA even if the number of non-owner employee participants subsequently drops to zero. *See Peterson*, 48 F.3d at 408

The Plan here unquestionably was established to cover, and has covered, both plaintiff as working owner and plaintiff's nonowner employees.   Plaintiff sought and obtained group long term disability coverage, not individual coverage.  The Plan plaintiff obtained for her business covered four employees (including plaintiff) at the outset of coverage.  (Decl. Stein, ¶ 7.)   Plaintiff maintained the Plan to cover both herself and a number of employees, and repeatedly added and terminated coverage for her various employees during the time between establishment of th eplan and the sale of the business.  (*See Id.*, ¶¶ 7, 8, Exhs. E – PP.)  At no time did the number of non-owner employee participants drop to zero.  (*See Id*.)  The Plan is governed by ERISA.

**B.    PLAINTIFF'S CAUSES OF ACTION AND REMEDIES ARE LIMITED TO THOSE AVAILABLE UNDER ERISA.**

Plaintiff's Complaint contains three causes of action: (1) breach of contract; (2) declaratory relief; and (3) breach of the implied covenant of good faith and fair dealing.  The Complaint also seeks a trial by jury and a number of remedies, including general damages for emotional distress, punitive damages, compensation for purportedly improperly withheld taxes, and compensation for

1   unidentified "financial injury." Plaintiff's causes of action and prayer for extra-contractual, non-

2   benefit remedies are preempted by ERISA. Because the Plan is governed by ERISA, plaintiff's sole

3   remedy, as provided for in 29 U.S.C. § 1132, is a " civil action . . . to recover benefits due" to

4   plaintiff, if any, under the terms of the Plan.

5          "There are two strands to ERISA's powerful preemptive force. First, ERISA section 514(a)

6   expressly preempts all state laws 'insofar as they may now or hereafter relate to any employee benefit

7   plan,'" though state laws which regulate insurance, banking, or securities are saved from this

8   preemption. *Cleghorn v. Blue Shield of California,* 408 F.3d 1222, 1225 (9th Cir. 2005) (*quoting*

9   29 U.S.C. §§ 1144(a), (b)(2)(A)).

10         "Second, ERISA section 502(a) contains a comprehensive scheme of civil remedies to

11  enforce ERISA's provisions." *Id.* (*citing* 29 U.S.C. § 1132(a)). Section 502(a) of ERISA provides,

12  among other things, that "[a] civil action may be brought . . . by a participant or beneficiary . . . to

13  recover benefits due to him under the terms of his plan . . . ." 29 U.S.C. § 1132(a). Thus, a "state

14  cause of action that would fall within the scope of this scheme of remedies is preempted as

15  conflicting with the intended exclusivity of the ERISA remedial scheme, even if those causes of

16  action would not necessarily be preempted by section 514(a)." *Cleghorn*, 408 F.3d at 1225 (*citing*

17  *Aetna Health Inc. v. Davila,* 542 U.S. 200, 214, n. 4 (2004)).

18         Because the Plan here is governed by ERISA, plaintiff's sole available cause of action is a

19  " civil action . . . to recover benefits due" under the terms of the Plan. 29 U.S.C. § 1132. Plaintiff's

20  state law causes of action and prayer for extra-contractual remedies are preempted.

21         Additionally, "there is no right to a jury trial in ERISA cases." *Ingram v. Martin Marietta*

22  *Long Term Disability Income Plan for Salaried Employees of Transferred GE Operations*, 244 F.3d

23  1109, 1114 (9th Cir. 2001). Rather, "[d]epending upon the language of an ERISA plan, a district

24  court reviews a plan administrator's decision to deny benefits either *de novo* or for abuse of

25  discretion." *Id.*, at 1112.

26         Plaintiff both established and maintained a group long term disability benefits plan from

27  UNUM in 1995, to cover the employees of her business, Site For Sore Eyes, including herself.

28  Plaintiff obtained the benefits and protections offered by ERISA to group benefit plans, but now

1   seeks to escape ERISA and pursue otherwise unavailable causes of action seeing otherwise

2   unavailable remedies.  UNUM  respectfully requests that the Court grant its motion for partial

3   summary judgment, and affirm that the Plan is governed by ERISA, that plaintiff's sole available

4   remedy is through ERISA, where a jury trial is unavailable, and dismiss plaintiff's state law causes

5   of action and prayers for extra-contractual remedies.

6

7                                   **V.  <u>CONCLUSION</u>**

8          For the foregoing reasons, Unum respectfully requests that the Court grant its motion for

9   partial summary judgment, confirm that the insurance policy at issue is governed by ERISA, and find

10  that plaintiff's sole available cause of action is a " civil action . . . to recover benefits due" under the

11  terms of the Plan, where a trial by jury and extra-contractual damages are unavailable.

12

13                                      Respectfully submitted,

                                        RIMAC & MARTIN, P.C.
14

15  DATED:  June 17, 2008          By:      /s/  **ANNA M. MARTIN**
16                                         ANNA M. MARTIN
                                           Attorneys for Defendant
17                                         UNUM LIFE INSURANCE COMPANY OF
                                           AMERICA
18

19

20

21

22

23

24

25

26

27

28

                                        **-10-**

**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - CSBN 154279
KEVIN G. GILL - CSBN 226819
*amartin@rimacmartin.com*
*kgill@rimacmartin.com*
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| SHERI GARAY,<br><br>                Plaintiff,<br><br>        vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1-10,<br><br>                Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO.  **3:08-cv-01059 SBA**

**DECLARATION OF ANNA M. STEIN IN SUPPORT OF  MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE APPLICABILITY OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA)**

Date    July 22, 2008
Time:  1:00 p.m.
Ctrm:  3

The Honorable Saundra Brown Armstrong

I,  Anna M. Stein, hereby declare as follows:

1.        I am an Assistant Vice President, Regional Operations, Client Service Center for defendant UNUM LIFE INSURANCE COMPANY OF AMERICA (" UNUM").   As a result, I am responsible for all Group Core Market, less than 2000 lives, business for UNUM U.S.  My responsibilities include the following:

                *        Overseeing billing functions;

                *        Overseeing new business functions, including the issuance of

-1-
**DECLARATION OF ANNA M. STEIN IN SUPPORT OF**
**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT        CASE NO.  3:08-cv-01059 SBA**

1                                            contracts and initial customer deliverables for non standard Home

2                                            Office issued business; and,

3                     \*          Overseeing the premium collection and accounting functions.

4         2.         In my capacity as  Assistant Vice President, Regional Operations, Client Service

5 Center, I have personal knowledge of the proposal provided for the issuance of Long Term

6 Disability Coverage to the employee group, Site For Sore Eyes, the premiums billed and

7 collected for the Long Term Disability Coverage issued to Site For Sore Eyes, and the employees

8 insured by the Site For Sore Eyes Long Term Disability Coverage, Group Identification Number

9 108121.  I have personal knowledge of all the matters stated herein, and, if called to testify, I

10 could competently do so.

11         3.         I also have personal knowledge of UNUM's practices and procedures for

12 maintaining records in the ordinary course of business.  It was and currently is the ordinary

13 course of business for UNUM to maintain records relative to group disability insurance, such as

14 the exhibits attached hereto, which records were made at or near the time of the acts,

15 transactions, occurrences, and/or events reflected in the records, or within a reasonable time

16 thereafter, by someone with personal knowledge of such acts, transactions, occurrences, and/or

17 events.

18         4.         Attached as "**Exhibit A**" is a true and correct copy of the *Group Long Term*

19 *Disability Benefits Plan,* Identification No. 108121, issued to Site For Sore Eyes, Inc.

20         5.         Attached as "**Exhibit B**" is a true and correct copy of the *Long Term Disability*

21 *Mini-Plan Proposal* dated October 6, 1995 which was prepared for Sheri Garay and Site For Sore

22 Eyes, Inc..  Ms. Garay was the sole owner of Site For Sore Eyes a franchise doing business as

23 New Age Optical, Inc..  The Mini Plan Proposal demonstrates that Ms. Garay was seeking long

24 term group disability coverage for herself and at least one other non-owner, employee.

25         6.         Attached as "**Exhibit C**" is a true and correct copy of the *Mini-Plan Benefits &*

26 *Cost Summary*, prepared for Sheri Garay and Site For Sore Eyes, Inc., which demonstrates that

27 Ms. Garay was seeking to obtain long term group disability coverage for herself and at least one

28 other employee.

---

**-2-**
**DECLARATION OF ANNA M. STEIN IN SUPPORT OF**
**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**      **CASE NO.  3:08-cv-01059 SBA**

1    7.    Attached as "**Exhibit D**" is a true and correct copy of the *Select Risk*

2   *Questionnaire* signed by Ms. Garay as owner of Site For Sore Eyes, dated October 2, 1995.

3    8.    The initial premium was paid for the period from October 1, 1995 to October 31,

4   1995 by Site For Sore Eyes and UNUM issued the Group Long Term Disability Benefits Plan,

5   Identification No. 108121, to Site For Sore Eyes, Inc. (The "Plan") with an effective date of

6   October 1, 1995.  The Plan  initially covered Sheri Garay and three employees of Site For Sore

7   Eyes.  The three other employees were not owners of the business Site For Sore Eyes.   Ms.

8   Garay established the Plan by arranging for the issuance of the Plan to Site For Sore Eyes to

9   provide disability insurance to Ms. Garay and the eligible employees of Site For Sore Eyes.

10  Moreover, Ms. Garay maintained the Plan by making all premium payments for herself and the

11  eligible non-owner employees of Site For Sore Eyes.

12   9.    The Plan remained in effect covering the employees of Site For Sore Eyes, with

13  Sheri Garay as sole owner, until Site For Sore Eyes was sold to new owners in January, 2004.

14  From the inception of the Plan on October 1, 1995 through January, 2004 (when Site For Sore

15  Eyes was sold to new owners), the Plan continuously insured at least one other non-owner

16  employee.   In fact, the Plan continuously insured two other non-owner employees from October

17  1, 1995 through January, 2004.  At no time was plaintiff Sheri Garay the sole plan participant.

18  For example, non-owner, employee Sherri A. was a Plan participant from October 1, 1995 (the

19  inception of the Plan) through the date of her termination of employment on March 20, 2004,

20  which was after Site For Sore Eyes was sold to new owners.   Moreover, as demonstrated below,

21  Site For Sore Eyes repeatedly added and subtracted employees as participants under the Plan.

22   10.    Attached as "**Exhibit E**" is a true and correct copy of the *Group Insurance*

23  *Premium Statement* with a due date of December 1, 1995 for the Plan.  The premium statement

24  also indicates the amount of premium owed, and as yet unpaid, for the period of November 1,

25  1995 to November 30, 1995.  This document demonstrates that the Plan insured Sheri Garay and

26  at least one other non-owner, employee at its inception.

27   11.    Attached as "**Exhibit F**" is a true and correct copy of the *Group Insurance*

28  *Premium Statement* with a due date of January 1, 1996 for the Plan.  The premium statement also

1  included the amount of premium owing for the periods of November 1, 1995 to November 30,

2  1995 and December 1, 1995 to December 31, 1995.  The total premium in the amount of $337.56

3  was paid and collected by UNUM.  This document demonstrates that the Plan continued to insure

4  Sheri Garay and at least one other non-owner, employee.

5      12.    Attached as "**Exhibit G**" is a true and correct copy of the *Group Insurance*

6  *Premium Statement* with a due date of February 1, 1996.   Premium was paid for the period

7  February 1, 1996 in which Sheri Garay and at least one other non-owner employee were insured

8  under the Plan.

9      13.    Attached as "**Exhibit H**" is a true and correct copy of the *Group Insurance*

10  *Premium Statement* with due date from March 1, 1996.  This document demonstrates that

11  multiple employees were insured under the Plan.   Premiums were paid for the periods March 1,

12  1996 through September 30, 1996 in which Sheri Garay and at least one other non-owner

13  employee were  insured under the Plan.

14      14.    Attached as "**Exhibit I**" is a true and correct copy of the *Group Insurance*

15  *Premium Statement* with due date of October 1, 1996.  This document demonstrates that one

16  employee was terminated and thus no longer insured under the Plan.  Premiums were paid for the

17  period October 1, 1996 through November 30, 1996. This document demonstrates that the Plan

18  continued to insure Sheri Garay and at least one other non-owner, employee.

19      15.    Attached as "**Exhibit J**" is a true and correct copy of the *Group Insurance*

20  *Premium Statement* with a due date of December 1, 1996.   Premium was paid for the period

21  December 1, 1996 through December 31, 1996, during which time the Plan continued to insure

22  Sheri Garay and at least one other non-owner employee.

23      16.    Attached as "**Exhibit K**" are true and correct copies of the *Group Insurance*

24  *Premium Statements* with due dates of January 1, 1997 and February 1, 1997.   Premiums were

25  paid for the period January 1, 1997 through February 28, 1997, during which time the Plan

26  continued to insure Sheri Garay and at least one other non-owner employee.

27      17.    Attached as "**Exhibit L**" is a true and correct copy of the *Group Insurance*

28  *Premium Statement* with a due date of March 1, 1997.  This document demonstrates that multiple

---

**DECLARATION OF ANNA M. STEIN IN SUPPORT OF**
**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT      CASE NO.  3:08-cv-01059 SBA**

1    employees were insured the Plan.  Premium was paid for the period March 1, 1997 through

2    January 31, 1998, during which time the Plan insured Sheri Garay and four other non-owner,

3    employees.

4         18.    Attached as "**Exhibit M**" are true and correct copies of the *Group Insurance*

5    *Premium Statement*s  with due dates of February 1, 1998 through April 1, 1998.  These

6    documents demonstrate, among other things, that two additional employees were added as

7    insureds under the Plan effective February 1, 1998.  Premiums were paid for the period February

8    1, 1998 through May 31, 1998, during which time the Plan insured Sheri Garay and six other

9    non-owner, employees.

10        19.    Attached as "**Exhibit N**" are true and correct copies of the *Group Insurance*

11   *Premium Statement*s with due dates of June 1, 1998 through October 1, 1998.  These documents

12   demonstrate that two employees were terminated effective June 1, 1998.  Premiums were paid

13   for the period June 1, 1998 through October 31, 1998, during which time the Plan insured Sheri

14   Garay and four other non-owner, employees.

15        20.    Attached as "**Exhibit O**" are true and correct copies of the *Group Insurance*

16   *Premium Statement* with a due date of November 1, 1998 and the corresponding premium check

17   from Site For Sore Eyes.  These document demonstrate that an employee was terminated

18   effective October 26, 1998 and thus, no longer insured under the Plan.   Premium was paid for

19   the period November 1, 1998 through November 30, 1998, during which time the Plan insured

20   Sheri Garay and at least one other non-owner, employee.

21        21.    Attached as "**Exhibit P**" are true and correct copies of the *Group Insurance*

22   *Premium Statement* with a due date of December 1, 1998, the Group Enrollment Form for a new

23   employee, and checks for premiums paid in December 1998 by Site For Sore Eyes.  This

24   document demonstrates that an employee was terminated effective November 18, 1998 and thus,

25   no longer insured under the Plan.  Premium was paid for the period December 1, 1998 through

26   December 31, 1998, during which time the Plan insured Sheri Garay and at least one other non-

27   owner, employee.

28   / / /

---

**-5-**

**DECLARATION OF ANNA M. STEIN IN SUPPORT OF**
**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**    **CASE NO.  3:08-cv-01059 SBA**

1    22.    Attached as "**Exhibit Q**" is a true and correct copy of the *Group Insurance*

2  *Premium Statement* with a due date of January 1, 1999.  The document demonstrates that two

3  employees were terminated effective November 30, 1998 and December 13, 1998 and thus, no

4  longer insured under the Plan.  This document further demonstrates that an employee of Site For

5  Sore Eyes was added as an insured.  Premium was paid for the period January 1, 1999 through

6  January 31, 1999, during which time the Plan insured Sheri Garay and at least one other non-

7  owner, employee.

8    23.    Attached as "**Exhibit R**" are true and correct copies of the *Group Insurance*

9  *Premium Statement*s with  due dates of February 1, 1999 through June 1, 1999, two Group

10  Enrollment forms for adding new employees to the plan, and checks for premiums paid.  These

11  documents demonstrate that two employees were added  as insureds under the Plan.  Premium

12  was paid for the period February 1, 1999 through June 1, 1999, during which time the Plan

13  insured Sheri Garay and at least one other non-owner, employee.

14    24.    Attached as "**Exhibit S**" are true and correct copies of the *Group Insurance*

15  *Premium Statement* with a due date of July 1, 1999, a Group Enrollment Form for the addition of

16  a new employee, and a premium check.  These documents demonstrate that an employee was

17  added as an insured under the Plan.

18    25.    Attached as "**Exhibit T**" are true and correct copies of the *Group Insurance*

19  *Premium Statement* with a due date of August 1, 1999 and a premium check.  These documents

20  demonstrate one employee was terminated effective July 31, 1999 and thus, no longer insured

21  under the Plan.  This document further demonstrates that an employee of Site For Sore Eyes was

22  added as an insured effective August 1, 1999.

23    26.    Attached as "**Exhibit U**" are true and correct copies of the *Group Insurance*

24  *Premium Statement*s with due dates of September 1, 1999 through February 1, 2000, Group

25  Enrollment Forms for new employees, and premium checks.  These documents demonstrate that

26  an employee of Site For Sore Eyes was terminated effective August 24, 1999 and thus, no longer

27  insured under the Plan.  Premium was paid for the period July 1, 1999 through February 29,

28  / / /

**DECLARATION OF ANNA M. STEIN IN SUPPORT OF**
**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT      CASE NO.  3:08-cv-01059 SBA**

1    2000, during which time the Plan insured Sheri Garay and at least one other non-owner,

2    employee.

3        27.    Attached as "**Exhibit V**" are true and correct copies of the *Group Insurance*

4    *Premium Statement*s with due dates of March 1, 2000 through May 1, 2000.  These documents

5    demonstrate that an employee of Site For Sore Eyes was added as an insured effective February

6    1, 2000.  Premium was paid for the period March 1, 2000 through May 31, 2000, during which

7    time the Plan insured Sheri Garay and at least one other non-owner, employee.

8        28.    Attached as "**Exhibit W**" are true and correct copies of the *Group Insurance*

9    *Premium Statements* with a due date of June 1, 2000, a Group Enrollment Form, and a premium

10   check.   The two page statement demonstrates that an employee of Site For Sore Eyes was added

11   as an insured under the Plan effective May 4, 2000.

12       29.    Attached as "**Exhibit X**" are true and correct copy of the *Group Insurance*

13   *Premium Statement* with a due date of July 1, 2000, a Notice of Address Change, and one

14   premium check.  This statement demonstrates that an employee of Site For Sore Eyes was

15   terminated effective June 8, 2000 and thus, no longer insured under the Plan.

16       30.    Attached as "**Exhibit Y**" is a true and correct copies of the *Group Insurance*

17   *Premium Statements* with due dates of August 1, 2000 and September 1, 2000, a Group

18   Enrollment Form for a new employee, and premium checks.   These document s demonstrate that

19   an employee of Site For Sore Eyes was added as an insured under the Plan effective August 1,

20   2000.

21       31.    Attached as "**Exhibit Z**" are true and correct copies of the *Group Insurance*

22   *Premium Statement*s with due dates of October 1, 2000 and November 1, 2000, and premium

23   checks.  These documents demonstrate that an employee of Site For Sore Eyes was terminated

24   effective September 30, 2000 and thus, no longer insured under the Plan.

25       32.    Attached as "**Exhibit AA**" is a true and correct copies of the *Group Insurance*

26   *Premium Statements* with due dates of December 1, 2000 and January 1, 2001, and premium

27   checks.  These documents demonstrate that an employee of Site For Sore Eyes was terminated

28   effective September 28, 2000 and thus, no longer insured under the Plan.   Premium was paid for

1    the period June 1, 2000 through December 31, 2000, during which time the Plan insured Sheri

2    Garay and at least one other non-owner, employee.    A Summary of Current Period Premiums,

3    which is included with the statement for January 1, 2001, indicates that there are five employees

4    with coverage.

5           33.    Attached as "**Exhibit BB**" are true and correct copies of the *Group Insurance*

6    *Premium Statement* with a due date of February 1, 2001 and March 1, 2001, a Group Enrollment

7    Form, and premium checks.  These documents demonstrate that an employee of Site For Sore

8    Eyes was terminated effective January 1, 2001 and thus, no longer insured under the Plan.

9           34.    Attached as "**Exhibit CC**" are true and correct copies of the *Group Insurance*

10    *Premium Statement* with a due date of April 1, 2001, a Group Enrollment Form, and a premium

11    check.  These documents demonstrate that an employee of Site For Sore Eyes was terminated

12    effective March 1, 2001 and thus, no longer insured under the Plan.   These documents further

13    demonstrate that an employee of Site For Sore Eyes was added as an insured under the Plan

14    effective March 1, 2001.

15           35.    Attached as "**Exhibit DD**" are true and correct copies of the *Group Insurance*

16    *Premium Statement* with a due date of May 1, 2001, and a premium check.  The statement

17    demonstrates that an employee of Site For Sore Eyes was terminated effective March 22, 2001

18    and thus, no longer insured under the Plan.

19           36.    Attached as "**Exhibit EE**" are true and correct copies of the *Group Insurance*

20    *Premium Statement*s with due date of June 1, 2001 and July 1 2001, and premium checks.  These

21    documents demonstrate that a new employee of Site For Sore Eyes was added an insured under

22    the Plan effective May 1, 2001.

23           37.    Attached as "**Exhibit FF**" are true and correct copies of the *Group Insurance*

24    *Premium Statement* with a due date of August 1, 2001, and a premium check.  This two page

25    document demonstrates and an employee of Site For Sore Eyes was terminated effective July 1,

26    2001 and thus, no longer insured under the Plan.

27           38.    Attached as "**Exhibit GG**" are true and correct copies of the *Group Insurance*

28    *Premium Statements* with due dates of October 1, 2001 through December 1, 2001, three Group

---

**-8-**

1    Enrollment Forms, three premium checks, and an INS Employment Eligibility Verification Form.

2    These documents demonstrate that two employees of Site For Sore Eyes were terminated

3    effective October 1, 2001 and thus, no longer insured under the Plan.  These documents further

4    demonstrate that three new employees of Site For Sore Eyes were added as insured under the

5    Plan effective September 1, 2001 and October 4, 2001.  Premium was paid for the period January

6    1, 2001 through December 31, 2001, during which time the Plan insured Sheri Garay and at least

7    one other non-owner, employee.

8        39.    Attached as "**Exhibit HH**" are true and correct copies of the *Group Insurance*

9    *Premium Statement*s with due dates of January 1, 2002 and February 1, 2002, and premium

10    checks.  These documents demonstrated that two employees of Site For Sore Eyes were

11    terminated and thus, no longer insured under the Plan.

12        40.    Attached as "**Exhibit II**" are true and correct copies of the *Group Insurance*

13    *Premium Statement* with a due date of March 1, 2002, and a premium check.  This statement

14    demonstrates that two new employees of Site For Sore Eyes were added as insureds under the

15    Plan effective March 6, 2002 and February 1, 2002.

16        41.    Attached as "**Exhibit JJ**" are true and correct copies of the *Group Insurance*

17    *Premium Statement*s with due dates of April 1, 2002 through June 1, 2002, and three premium

18    checks.  These documents demonstrate that an employee of Site For Sore Eyes was terminated

19    effective April 1, 2002 and thus, no longer insured under the Plan.

20        42.    Attached as "**Exhibit KK**" are true and correct copies of the *Group Insurance*

21    *Premium Statement*s with due dates of July 1, 2002 and August 1, 2002, and premium checks.

22    These documents demonstrate that an employee of Site For Sore Eyes was terminated effective

23    July 1, 2002 and thus, no longer insured under the Plan.  Premium was paid for the period

24    January 1, 2002 through April 30, 2003, during which time the Plan insured Sheri Garay and at

25    least one other non-owner, employee.

26        43.    Attached as "**Exhibit LL**" is a true and correct copy of a *Group Insurance*

27    *Premium Statement* with a due date of March 1, 2003, which names six employees, including

28    Ms. Garay.

**DECLARATION OF ANNA M. STEIN IN SUPPORT OF**
**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT    CASE NO.  3:08-cv-01059 SBA**

1    44.    Attached as "**Exhibit MM**" are true and correct copies of the *Group Insurance*

2    *Premium Statement* with a due date of May 1, 2003, and premium check.  This document

3    demonstrates that an employee of Site For Sore Eyes was terminated effective May 1, 2003 and

4    thus, no longer insured under the Plan.

5    45.    Attached as "**Exhibit NN**" are true and correct copies of the *Group Insurance*

6    *Premium Statements* with due date of June 1, 2003 and July 1, 2003, two Group Enrollment

7    Forms, and premium checks.  These documents demonstrate that an employee of Site For Sore

8    Eyes was terminated effective June 1, 2003 and thus, no longer insured under the Plan.  These

9    documents further demonstrate that two new employees were added as insureds under the Plan

10    effective June 1, 2003 and April 1, 2003.

11    46.    Attached as "**Exhibit OO**" are true and correct copies of the *Group Insurance*

12    *Premium Statement* with a due date of August 1, 2003, and premium check.  This document

13    demonstrates that an employee of Site For Sore Eyes was terminated effective May 1, 2003 and

14    thus, no longer insured under the Plan.

15    47.    Attached as "**Exhibit PP**" are true and correct copies of the *Group Insurance*

16    *Premium Statements* with a due date of September 1, 2003 through January 1, 2004, and

17    premium checks.  These documents demonstrate that a new employee of Site For Sore Eyes was

18    added as an insured under the Plan.  Premium was paid for the period May 1, 2003 through

19    December 31, 2003, during which time the Plan insured Sheri Garay and at least one other non-

20    owner, employee.

21    48.    I have been informed and believe that attached as "**Exhibit QQ**" is a true and

22    correct copy of a Disability Claim form completed by plaintiff and received by UNUM on OR

23    about June 19, 2002.

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

-10-
**DECLARATION OF ANNA M. STEIN IN SUPPORT OF**
**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT    CASE NO.  3:08-cv-01059 SBA**

49.    I have been informed and believe that attached as "**Exhibit RR**" is a true and correct copy of Asset Purchase Agreement dated January 9, 2004 which was received by UNUM on or about February 18, 2004.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of June, 2008 at Portland, Maine.

Anna M. Stein

DECLARATION OF ANNA M. STEIN IN SUPPORT OF
DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT    CASE NO.  3:08-cv-01059 SBA

# EXHIBIT A

UG-000001

# TABLE OF CONTENTS

CERTIFICATE OF COVERAGE . . . . . . . . . . . . . . . . . . . . . 1

SUMMARY OF BENEFITS . . . . . . . . . . . . . . . 2

TERMS YOU SHOULD KNOW . . . . . . . . . . . . 3

ENROLLMENT AND DATE INSURANCE STARTS . . . . . . . . . . . . 6

DISABILITY . . . . . . . . . . . . . . . . . . . . . . . . 7

RECURRENT DISABILITY . . . . . . . . . . . . . . . . . . . . . 10

SURVIVOR BENEFIT . . . . . . . . . . . . . . . . . . . . . 10

GENERAL EXCLUSIONS . . . . . . . . . . . . . . . . . . . . . 11

PRE-EXISTING CONDITION EXCLUSION . . . . . . . . . . . . . . . 11

MENTAL ILLNESS LIMITATION . . . . . . . . . . . . . . . 11

CONTINUITY OF COVERAGE UPON TRANSFER OF
INSURANCE CARRIERS . . . . . . . . . . . . . . . 12

TERMINATION . . . . . . . . . . . . . . . . . . . . . 13

CONVERSION PRIVILEGE . . . . . . . . . . . . . . . . . . . . . 13

SOME GENERAL INFORMATION TO KNOW . . . . . . . . . . . . . . . 15

LC-IND-1

UACL.00071

Claimant Name: Sheri Garay    Claim #: 322239

UG-000002

# CERTIFICATE OF COVERAGE

Unum Life Insurance Company of America (referred to as "we," "our" and "us") welcomes your employer as a client.

This is your certificate of coverage as long as you are eligible for insurance and you become and remain insured. Keep it in a safe place.

A few words about this certificate of coverage.....

We have written it in plain English. But a few terms and provisions are written as required by insurance law. You will want to read it carefully. If you have any questions about any terms and provisions, please contact the Insurance Administrator at your work location or write to our claims paying office. We will assist you in any way we can to help you understand your benefits.

Also, if the terms of your certificate of coverage and the policy differ, the policy will govern. Your coverage may be terminated or modified in whole or in part under the terms and provisions of the policy.

President

UACL00072

LC-CC-1                                                          1

UG-000003

# SUMMARY OF BENEFITS

**Description of Eligible Classes**
Refer to certificate rider LC-CR-RIDER.

**Amount of Insurance**

Refer to certificate rider LC-CR-RIDER.

**Definition of 'Disability' or 'Disabled'**

Refer to certificate rider LC-CR-RIDER.

**Minimum Requirement for Active Employment:  30 hours per week**

**Changes Effective**

Subject to the delayed effective date exceptions, changes in insurance take effect immediately.

LC-SB-1                                                    2

## TERMS YOU SHOULD KNOW

Many terms used in your certificate of coverage have special meanings. A list of these terms and meanings follows:

- "Active employment" means you must be working:
  1. for your employer on a full-time basis and paid regular earnings (temporary or seasonal employees are excluded);
  2. at least the minimum number of hours shown in the summary of benefits; and either
  3. at your employer's usual place of business; or
  4. at a location to which your employer's business requires you to travel.

- "Basic monthly earnings" - if you are:

  1. a Partner, means your average monthly earnings as figured:

     a. from the line which shows "net earnings (loss) from self-employment" from schedule K-1 of the partnership federal income tax return for the tax year just prior to the date disability begins; or

     b. for the period that you have been a partner if you were not a partner during the year for which the most recent partnership federal income tax return was filed.

  2. a Sole Proprietor, means your annual net profit averaged over:

     a. the 3 most recent years; or

     b. the period that you have been a sole proprietor, if you have been a sole proprietor for less than 3 years,

     then divided by 12.

     Annual net profit is figured on form 1040 Schedule C as the gross income less total deductions minus depreciation.

  3. an employee other than Partners or Sole Proprietors, means your average monthly earnings as figured:

     a. from the W-2 form (from the box which reflects wages, tips and other compensation) received from the employer for the calendar year just prior to the date disability begins; or

     b. for the period of employment if no W-2 form was received.

- "Disability benefits," when used with the term retirement plan, means money which:

  1. is payable under a retirement plan due to disability as defined in that plan; and

  2. does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the disability had not occurred. (If the payment does cause such a reduction, it will be deemed a retirement benefit as explained in this certificate of coverage.)

LC-DEF-1                                                        3

UACL00074

Claimant Name: Sheri Garay    Claim #: 322239

UG-000005

- "Eligibility date" means the date you become eligible for insurance after completing the waiting period shown in the certificate rider.

- "Elimination period" means a period of consecutive days of disability for which no benefit is payable. The elimination period is shown in the certificate rider and begins on the first day of disability.

  Note: If disability stops during the elimination period for up to any 7 days for a 90 day elimination period or for any 14 days for a 180 day elimination period, then the disability will be treated as continuous. But days that you are not disabled will not count toward the elimination period.

- "Employer" means a proprietorship, partnership or corporation which becomes a participating employer by completing an application for participation and having the application approved by the Company and the trustees of the fund.

- "Gross monthly benefit" means your benefit amount before any reduction for other income benefits and earnings.

- "Home office" means the Unum Life Insurance Company of America, 2211 Congress Street, Portland, Maine 04122.

- "Indexed pre-disability earnings" means your basic monthly earnings in effect just prior to the date your disability began adjusted on the first anniversary of benefit payments and each following anniversary. Each adjustment will be based on the lesser of 10% or the current annual percentage increase in the Consumer Price Index.

  Note: The Consumer Price Index (CPI-W) is published by the U.S. Department of Labor. We reserve the right to use some other similar measurement if the Department of Labor changes or stops publishing the CPI-W.

- "Injury" means bodily injury resulting directly from an accident and independently of all other causes. The injury must occur and disability must begin while you are insured under the policy.

- "Monthly benefit" means the amount we will pay you when you are disabled.

- "Physician" means a person who is:

  1. operating within the scope of his license; and either

  2. licensed to practice medicine and prescribe and administer drugs or to perform surgery; or

  3. legally qualified as a medical practitioner and required to be recognized, under the policy for insurance purposes, according to the insurance statutes or the insurance regulations of the governing jurisdiction.

  It will not include you or your spouse, daughter, son, father, mother, sister or brother.

UACL00075

LC-DEF-2

4

UG-000006

- "Retirement benefits", when used with the term retirement plan, means money which:

  1. is payable under a retirement plan either in a lump sum or in the form of periodic payments;

  2. does not represent contributions made by you (payments which represent your contributions are deemed to be received over your expected remaining life regardless of when such payments are actually received); and

  3. is payable upon:
     a. early or normal retirement; or
     b. disability if the payment does reduce the amount of money which would have been paid at the normal retirement age under the plan if the disability had not occurred.

- "Retirement plan" means a plan which provides your retirement benefits and which is not funded wholly by your contributions. The term shall not include a profit-sharing plan, a thrift plan, an individual retirement account (IRA), a tax sheltered annuity (TSA), a stock ownership plan, or a non-qualified plan of deferred compensation.

- "Sickness" means illness or disease. It includes pregnancy unless excluded in the General Exclusion section of this certificate of coverage. Disability must begin while you are insured under the policy.

- "Waiting period," as shown in the certificate rider, means the continuous length of time you must serve in an eligible class to reach your eligibility date.

- "You" and "your" means you, the employee.

UACL00076

LC-DEF-3                                                     5

Claimant Name: Sheri Garay    Claim #: 322239

UG-000007

## ENROLLMENT AND DATE INSURANCE STARTS

**When can you enroll?**
You can enroll if you are:

1. in active employment with your employer; and

2. in a class eligible for insurance.

**When does insurance start?**
Insurance will start at 12:01 a.m. on the day determined as follows, but only if you enroll for insurance with us through your employer on a form satisfactory to us.

1. If you do not contribute toward the plan's cost, your insurance will start on your eligibility date.

2. If you do contribute toward the plan's cost, your insurance will start on the latest of these dates:

   a. your eligibility date. But you must enroll on or before this date.

   b. the date you enroll if you do so within 31 days after your eligibility date.

   c. the date we give approval, if you:

      i. apply more than 31 days after your eligibility date; or

      ii. terminated your insurance while still eligible.

   In the case of i. and ii. above, you must submit, at your expense, an application and evidence of insurability to us for approval.

   "Evidence of insurability" means a statement or proof of your medical history upon which we will determine your acceptance for insurance.

But no initial, increased or additional insurance will apply to you if you are not in active employment on the effective date of such insurance because of a disability. Such insurance will start for you on the day you return to active employment.

UACL00077

Claimant Name: Sheri Garay     Claim #: 322239

UG-000008

# DISABILITY

**When do disability benefits become payable?**
We will pay you a monthly benefit after the end of the elimination period when we receive proof that you:

1. are disabled due to sickness or injury; and

2. require the regular attendance of a physician.

**What conditions must be met for benefit payments to continue?**
We will pay you as long as you remain disabled and require the regular attendance of a physician. But we will not pay any longer than the maximum benefit period shown below:

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | To age 65 but not less than 60 months |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

Also, you must give us proof of these facts, at your own expense, when we ask for it.

**When do disability benefits for partial disability become payable?**
When we receive proof that you are partially disabled within 31 days of the end of a period during which you received disability benefits, we will pay a monthly benefit. The partial disability must result from the injury or sickness that caused disability.

**How is the benefit figured?**

To figure the amount of your monthly benefit:

Refer to certificate rider LC-CR-RIDER.

UACL00078

Claimant Name: Sheri Garay    Claim #: 322239

UG-000009

But, if you are earning more than 20% of your indexed pre-disability earnings in your regular occupation or another occupation, then the monthly benefit will be figured as follows:

1. During the first 12 months, the monthly benefit will not be reduced by any earnings until the gross monthly benefit plus your earnings exceed 100% of your indexed pre-disability earnings. The monthly benefit will then be reduced by that excess amount.

2. After 12 months, the following formula will be used to figure the monthly benefit.

$$(A \text{ divided by } B) \times C$$

A = Your "indexed pre-disability earnings" minus your monthly earnings received while you are disabled.

B = Your "indexed pre-disability earnings".

C = The benefit as figured above.

The benefit payable will never be less than the minimum monthly benefit shown in the certificate rider.

Proof of your monthly earnings must be given to us on a quarterly basis. Benefit payments will be adjusted upon receipt of this proof of earnings.

What are "other income benefits"?
Other income benefits means those benefits as follows.

1. The amount for which you are eligible under:

   a. Workers' or Workmen's Compensation Law;
   b. occupational disease law; or
   c. any other act or law of like intent.

2. The amount of any disability income benefits for which you are eligible under any compulsory benefit act or law.

3. The amount of any disability income benefits for which you are eligible under:

   a. any other group insurance plan;
   b. any governmental retirement system as a result of your job with your employer.

4. The amount of benefits from your employer's retirement plan you:

   a. receive as disability benefits;
   b. voluntarily elect to receive as retirement benefits; or
   c. receive as retirement benefits when you reach the greater of age 62 or normal retirement age, as defined in your employer's retirement plan.

   As used here, "received" does not include any amount rolled over or transferred to any eligible retirement plan as that term is defined in Section 402 of the Internal Revenue Code and any future amendments which affect the definition of an eligible retirement plan.

UACL00079

LC-BEN-2                                                          8

Claimant Name: Sheri  Garay     Claim #: 322239

UG-000010

5. The amount of disability or retirement benefits under the United States Social Security Act, The Canada Pension Plan, or the Quebec Pension Plan, or any similar plan or act, as follows:

   a. disability benefits for which:

      i. you are eligible; and
      ii. your spouse, child or children are eligible because of your disability; or

   b. retirement benefits received by:

      i. you; and
      ii. your spouse, child or children because of your receipt of the retirement benefits.

These other income benefits, except retirement benefits, must be payable as a result of the same disability for which we pay a benefit.

Item 5.b will not apply to disabilities which begin after age 70 if you are already receiving Social Security retirement benefits while continuing to work beyond age 70.

Benefits under item 5.a above will be estimated if such benefits:

1. have not been awarded; and

2. have not been denied; or

3. have been denied and the denial is being appealed.

The monthly benefit will be reduced by the estimated amount. But, these benefits will not be estimated provided that you:

1. apply for benefits under item 5.a; and

2. request and sign our Agreement Concerning Benefits.

This agreement states that you promise to repay us any overpayment caused by an award received under item 5.a. If benefits have been estimated, the monthly benefit will be adjusted when we receive proof:

1. of the amount awarded; or

2. that benefits have been denied and the denial is not being appealed.

In the case of 2. directly above, a lump sum refund of the estimated amounts will be made.

"Law", "plan", or "act" means the initial enactment and all amendments.

For Connecticut and Maryland employers only:
What happens if you receive increases in these other income benefits?
After the first deduction for each of the other income benefits, we will not further reduce your monthly benefit due to any increases payable under these other income benefits.

For All Other Employers:
What happens if you receive increases in these other income benefits?
After the first deduction for each of the other income benefits, we will not further reduce your monthly benefit due to any cost of living increases payable under these other income benefits.

What if you receive a lump sum payment?
We will prorate other income benefits which are paid in a lump sum on a monthly basis over the time period for which the sum is given. If no time period is stated, the sum will be prorated on a monthly basis over your expected lifetime as determined by us.

UACL00080

LC-BEN-3                                    9

Claimant Name: Sheri  Garay      Claim #: 322239

**When do these benefits cease?**
Disability benefits will cease on the earliest of:

1. the date you are no longer disabled;

2. the date you die;

3. the end of the maximum benefit period;

4. the date your current earnings exceed 80% of your indexed pre-disability earnings.

**Must premium payments be made when you are receiving benefits?**
No, we will waive premium payments during any period for which benefits are payable.

## RECURRENT DISABILITY

**What happens if you try to return to work and become disabled again?**
"Recurrent Disability" is a disability which is related to a prior disability for which you received a monthly benefit.

We will treat a recurrent disability as part of the prior disability if, after receiving disability benefits, you:

1. return to your regular occupation on a full-time basis for less than six months; and

2. perform all the material duties of your occupation.

Benefit payments will be subject to the terms of this plan for the prior disability.

If you return to your regular occupation on a full-time basis for six months or more, a recurrent disability will be treated as a new period of disability. You must complete another elimination period.

In order to prevent overinsurance because of duplication of benefits, benefits payable under this Recurrent Disability provision will cease if benefits are payable to you under any other group long term disability policy.

## SURVIVOR BENEFIT

**What happens to your benefit if you die?**
We will pay a benefit to your eligible survivor when we receive proof that you died:

1. after disability had continued for 180 or more consecutive days; and

2. while receiving a monthly benefit.

The benefit will be an amount equal to three times your gross monthly benefit.

If payment becomes due to your children, payment will be made to:

1. your children; or

2. a person named by us to receive payments on your children's behalf. This payment will be valid and effective against all claims by others representing or claiming to represent your children.

"Eligible survivor" means your spouse, if living, otherwise your children under age 25. But, if there are no eligible survivors, payment will be made to your estate.

UACL00081

Claimant Name: Sheri  Garay     Claim #: 322239

## GENERAL EXCLUSIONS

**What disabilities aren't covered?**
We will not cover any disability due to:

1. war, declared or undeclared, or any act of war;

2. intentionally self-inflicted injuries;

3. active participation in a riot.

## PRE-EXISTING CONDITION EXCLUSION

If your certificate rider shows a Pre-existing Condition provision, then the following Pre-existing Condition Exclusion provision does not apply to you. The Pre-existing Condition provision shown in your certificate rider applies to you.

**Are there any other disabilities not covered?**
Yes, we will not cover any disability that is caused by, contributed to by, or results from a pre-existing condition.   But that disability will be covered if it begins after a period of 12 consecutive months starting on or after your effective date of coverage, during which you have not:

1. received medical treatment, consultation, care or services including diagnostic measures; or

2. taken prescribed drugs or medicines.

"Pre-existing condition" means a sickness or injury for which you received medical treatment, consultation, care or services including diagnostic measures, or had taken prescribed drugs or medicines in the 24 months prior to your effective date.

## MENTAL ILLNESS LIMITATION

**Are benefits limited for mental illness?**
Benefits for disability due to mental illness will not exceed 24 months of monthly benefit payments unless you meet one of these situations.

1. You are in a hospital or institution at the end of the 24-month period. We will pay the monthly benefit during the confinement.

   If you are still disabled when discharged, we will pay the monthly benefit for a recovery period of up to 90 days.

   If you become reconfined during the recovery period for at least 14 days in a row, we will pay benefits for the confinement and another recovery period up to 90 more days.

2. You continue to be disabled and become confined:

   a. after the 24-month period; and

   b. for at least 14 days in a row.

   We will pay the monthly benefit during the confinement.

We will not pay the monthly benefit beyond the maximum benefit period.

"Hospital" or "institution" means facilities licensed to provide care and treatment for the condition causing your disability.

"Mental illness" means mental, nervous or emotional diseases or disorders of any type.

LC-BEN-5

11

UACL00082

UG-000013

## CONTINUITY OF COVERAGE UPON TRANSFER OF INSURANCE CARRIERS

**Are you covered if you are not in active employment due to injury or sickness?**
We will cover you, subject to premium payments, if you:

1. were insured with the prior carrier at the time of transfer; and

2. are not in active employment due to injury or sickness.

The benefit payable will be that which would have been paid by the prior carrier had coverage remained in force, less any benefit for which the prior carrier is liable.

**Will a disability due to a pre-existing condition be covered?**
Benefits may be payable for a disability due to a pre-existing condition if you:

1. were insured by the prior carrier at the time of transfer; and

2. were in active employment and insured under this plan on its effective date.

We will pay you the benefits under this plan if you satisfy the pre-existing condition provision under:

1. this plan; or

2. the prior carrier's policy, considering continuous time insured under both policies.

The benefit will be determined according to this plan's benefit schedule but it will not exceed the prior carrier's maximum monthly benefit.   No benefit will be paid if you cannot satisfy the pre-existing condition provision of 1. or 2. directly above.

UACL00083

LC-BEN-6                                                   12

UG-000014

## TERMINATION

**When does your insurance terminate?**
You will cease to be insured on the earliest of the following dates:

1. the date the policy terminates;

2. the date your employer's coverage under the policy terminates;

3. the date you are no longer in an eligible class;

4. the date your class is no longer included for insurance;

5. the last day for which you made any required employee contribution;

6. the date employment terminates.   Cessation of active employment will be deemed termination of employment, except:

    a. if you are disabled your insurance will be continued during:

        i.  the elimination period; and
        ii. while benefits are being paid.

    b. your employer may continue your insurance by paying the required premium, subject to the following:

        i.  Insurance may be continued to the end of the insurance month following the insurance month in which you are:

            a) temporarily laid off; or
            b) given leave of absence.

        ii. The employer must act so as not to discriminate unfairly among employees in similar situations.

## CONVERSION PRIVILEGE

**Under what conditions can you convert?**
When your coverage under this plan terminates because you end employment with your employer, you may obtain converted disability income coverage without medical evidence of insurability.   But you must have been insured for at least twelve consecutive months just before your insurance under this plan terminated.   These twelve months will be considered to include the time you were insured for group long term disability under both this plan and the one it replaced, if any.

**Who may not convert?**
The conversion privilege is not available to you if:

1. your insurance under this plan terminates for any of the following reasons:

    a. this plan terminates;

    b. your employer's coverage under this plan terminates;

    c. this plan is amended to exclude from coverage the class of employees to which you belong;

    d. you no longer belong to a class of employees eligible for coverage under this plan;

    e. you retire (when you receive payment from any employer's retirement plan as recognition of past services or have concluded your working career);

    f. you failed to pay any required premium;

LC-TERM-1                                                13

UACL00084

---

*Claimant Name: Sheri  Garay    Claim #: 322239*

UG-000015

2.  you are or become insured for long term disability insurance under another group plan within 31 days after termination; or

3.  you are disabled under the terms of this plan.

4.  you recover from a disability and do not return to work for your employer; or

5.  you are on a leave of absence.

**When must you apply for the conversion coverage?**
You must apply for and pay the first quarterly premium for the conversion coverage within 31 days after your insurance terminates under this plan.

**Is the conversion coverage the same as that provided under this plan?**
The Company governs the form of coverage, the benefits and the amounts. The benefits and amounts may differ from those under this plan.

LC-TERM-2                                          14

Claimant Name: Sheri Garay    Claim #: 322239

UACL00085

## SOME GENERAL INFORMATION TO KNOW

**When must we be notified of a claim?**
You must give us written notice of claim within 30 days of the date disability starts. If that is not possible, you must notify us as soon as you can.

When we receive your written notice of claim, we will send you our claim forms. If you do not receive the forms within 15 days after you sent the notice, you can send written proof of claim without waiting for the form.

**When does proof of claim have to be given?**
You must give us proof of claim no later than 90 days after the end of the elimination period.

If it is not possible for you to give proof within these time limits, it must be given as soon as reasonably possible. But you may not give proof later than one year after the time it is otherwise required.

You must give us proof of continued disability and regular attendance of a physician within 30 days of the date we request the proof.

The proof must cover:

1. the date disability started;

2. the cause of disability; and

3. how serious the disability is.

**When are claims paid?**
When we receive proof of claim, benefits payable under the policy will be paid monthly during any period for which we are liable.

**Who are claims paid to?**
All benefits are payable to you. But if a benefit is payable to your estate, or if you are a minor, or you are not competent, we have the right to pay up to $1,000 to any of your relatives whom we consider entitled. If we pay benefits in good faith to a relative, we will not have to pay such benefits again.

**What are our examination rights?**
We, at our expense, will have the right and opportunity to have an employee, whose injury or sickness is the basis of claim:

1. examined by a physician, other health professional, or vocational expert of our choice; and/or

2. interviewed by an authorized Company representative. This right may be used as often as reasonably required.

**How can statements made in any application for this insurance be used?**
In the absence of fraud, all statements you made when applying for this insurance and providing evidence of insurability are considered representations and not warranties (absolute guarantees). No statements by you will be used to reduce or deny a claim unless a copy of your statements has been given to you.

**Can legal proceedings be started at any time?**
No, you or your authorized representative cannot start any legal action:

1. until 60 days after proof of claim has been given; nor

2. more than 3 years after the time proof of claim is required.

LC-GI-1

15

UACI.00086

**What happens if facts are misstated?**
If relevant facts about you were not accurate:

1.  a fair adjustment of premium will be made; and

2.  the true facts will decide if and in what amount insurance is valid.

**Does this coverage affect workers' or workmen's compensation?**
The policy is not in lieu of, and does not affect, any requirement for coverage by workers' or workmen's compensation insurance.

**Can the policyholder act as our agent?**
For all purposes of the policy, the policyholder acts on its own or as your agent.  Under no circumstances will the policyholder be deemed our agent.

UACL00087

LC-GI-2                                        16

Claimant Name: Sheri  Garay      Claim #: 322239

UG-000018

# UNUM.

This rider is attached to and made a part of the certificate which was issued to you under the coverage provided for:

**Site for Sore Eyes**

Group Identification No. 108121

● DESCRIPTION OF ELIGIBLE CLASSES

All employees of each participating employer.

● AMOUNT OF INSURANCE

1. 60% (benefit percentage) of basic monthly earnings not to exceed the maximum monthly benefit, less other income benefits.

   Note:   This benefit is subject to reductions for earnings as provided in the section titled "How is the benefit figured?"

2. The maximum monthly benefit is $6000.

3. The minimum monthly benefit is the greater of:
   a.   $100.00; or
   b.   10% of the monthly benefit before deductions for other income benefits.

● ELIMINATION PERIOD

180 Days

● WAITING PERIOD

If you were in an eligible class on or before the policy effective date:  **NONE**

If you entered an eligible class after the policy effective date:  **30 Days**

You must be in continuous active employment in an eligible class during the specified waiting period.

Previous service in an eligible or an ineligible class will apply toward the waiting period to determine your date of eligibility.

UACL.01201

**LC-CR-RIDER**

Claimant Name: Sheri  Garay    Claim #: 322239

UG-000019

- CONTRIBUTIONS

    For Partners or Sole Proprietors

    - The cost of your insurance is paid by you.

    For All Others

    - The cost of your insurance is paid entirely by your employer.

- DEFINITION OF DISABILITY

    "Disability" and "disabled" mean that because of injury or sickness:

    1. you cannot perform each of the material duties of your regular occupation; and

    2. after benefits have been paid for 24 months, you cannot perform each of the material duties of any gainful occupation for which you are reasonably fitted by training, education or experience; or

    3. you, while unable to perform all of the material duties of your regular occupation on a full-time basis, are:

        a. Performing at least one of the material duties of your regular occupation or another occupation on a part-time or full-time basis; and

        b. Currently earning at least 20% less per month than your indexed pre-disability earnings due to that same injury or sickness.

    Note:  Reference to a partial disability, in the accompanying booklet which describes your benefits, does not apply to you when you have this definition of disability.

    **Definition of Disability for employees employed as airplane pilots, co-pilots or crew members.**

    "Disability" and "disabled" mean that because of injury or sickness you cannot perform each of the material duties of any gainful occupation for which you are reasonably fitted by training, education or experience.  The loss of a pilot's license for any reason does not, in itself, constitute disability.

UACL01202

**LC-CR-RIDER**

Claimant Name: Sheri  Garay     Claim #: 322239

UG-000020

• HOW IS THE BENEFIT FIGURED?

To figure the amount of your monthly benefit:

    a.  Take the lesser of:

        i.  60% of your basic monthly earnings; or

        ii.  the amount of the maximum monthly benefit; and

    b.  Deduct other income benefits from this amount.

The effective date of this rider is **October 1, 1995**, or the effective date of your certificate, whichever is later.

These provisions only apply to disabilities which start on or after the effective date.

Dated at Portland, Maine this **23rd** day of **October, 1995**.

UNUM Life Insurance Company of America

UACL01203

**LC-CR-RIDER**

UG-000021

## FOR HOME OFFICE USE ONLY

Please write in the BOOKLET used in conjunction with this rider and attach this sheet to the HOME OFFICE copy of this rider only.  THANK YOU!!

Booklet Used:      mp/standard

OTHER COMMENTS:

UACL01204

Claimant Name: Sheri  Garay    Claim #: 322239

UG-000022

The changes shown below are made a part of the certificate which was issued to:

## Site for Sore Eyes

Group Identification No. 108121

1.  If the employer fails to pay any premium within the grace period, the employer's coverage under the policy will automatically terminate at 12:00 midnight of the last day of the grace period. The employer may terminate coverage under the policy by advance written notice delivered to the Insurance Company at least 31 days prior to the termination day. But this coverage will not terminate during any period for which premium has been paid. The employer will be liable to the Insurance Company for all premiums due and unpaid for the full period the employer's coverage is in force.

2.  The Insurance Company may terminate the employer's coverage under the policy on any premium due date by giving written notice to the employer at least 31 days in advance if:

    a.  the number of employees insured is less than 2; or

    b.  for employers with under 10 lives, less than 100% of the employees eligible for insured for it; or

    c.  for employers with 10 or more lives, less than 75% of the employees eligible for any contributory insurance are insured for it; or

    d.  for employers with 10 or more lives, less than 100% of the employees eligible for any non-contributory insurance are insured for it; or

    e.  the employer fails:
        i.  to furnish promptly any information which the Insurance Company may require; or
        ii. to perform any other obligations pertaining to this plan of insurance.

3.  Termination may take effect on an earlier date when both the employer and the Insurance Company agree.

The effective date of this rider is October 1, 1995.

Dated at Portland, Maine this 23rd day of October, 1995.

UNUM Life Insurance Company of America



UACL01205

CR-TERM-1

Claimant Name: Sheri Garay    Claim #: 322239

UNUM.

## APPLICATION FOR PARTICIPATION IN
## THE SELECT GROUP INSURANCE TRUST

To:  The Trustee(s) of The Select Group Insurance Trust and UNUM Life Insurance Company of America

Name of Employer/Applicant: *Sheri A. Garay DBA Site for Sore Eyes*

Address: *1003 Willow Pass Rd*

*Concord*                          *CA*                          *94520*
(City)                              (State)                         (Zip)

requests approval to participate in the above named insurance and for its eligible employees under the terms of the group policy(ies) issued to the Trustee(s) of the Trust for the following coverage(s):

☐ Group Life Benefits                          ☐ Group Short Term Disability Benefits
☐ Group Accidental Death and                    ☒ Group Long Term Disability Benefits
   Dismemberment Benefits

By this application, the Employer/Applicant:

1. agrees and accepts the terms of the Trust Agreement (including all amendments to the Trust Agreement) for the Insurance Trust named above for so long as it elects to participate in the Trust;
2. agrees to remit regularly the required premium payments; and
3. elects coverage as shown in the Summary of Benefits and agrees that only those provisions which appear in the Summary of Benefits provided to the Employer/Applicant apply to its insurance coverage.

The effective date of coverage is to be _____
or the date the Insurance Company approves, whichever is later. No insurance for which evidence of insurability is required will become effective until approved by the Insurance Company at its home office.

Dated at *Concord CA*     By (Employer/Applicant) _____

on *10-2-95*               By _____
                                        (Agent or Broker Signature)

1525-99 (7/94)                                                          Mini-Pla

UACL01206

---

Claimant Name: Sheri   Garay      Claim #: 322239

UG-000024

# EXHIBIT B

UG-000025

LONG TERM DISABILITY MINI-PLAN PROPOSAL                    Ver. 2.5

Prepared for: SHERI A. GRAY DBA SITE FOR SORE EYES
Prepared by : LEON I. BILLANT, CLU

Industry    : 5912 - Drug & Proprietary Stores
Eligibility : This proposal for Long Term Disability coverage includes all
              active full-time employees working a minimum of 30 hours per
              week.

Definition of Disability      : Two Year Own Occupation w/Residual
Integration Method            : Primary & Family (Full Integration)
Number of eligible employees  : 4
Monthly Benefit Amount        : 60% of salary to a maximum benefit of $6,000 pe
                                month. This insures a monthly salary of $10,000
Elimination Period            : 180 Days
Total Monthly Covered Payroll:    $15,499

| # | First Name | Last Name | Social Security # | Birth Date | Age | Occupation |
|---|------------|-----------|-------------------|------------|-----|------------|
| 1. | SHERRI | A |  | 9/02/62 | 33 | SALES |
| 2. | WAYNE | C. |  | 1/24/64 | 31 | LAB TECH |
| 3. | SHERI | GARAY |  | 7/17/52 | 43 | OWNER-SALES |
| 4. | STACY | S |  | 2/15/72 | 23 | SALES |
| 5. |  |  |  |  |  |  |
| 6. |  |  |  |  |  |  |
| 7. |  |  |  |  |  |  |
| 8. |  |  |  |  |  |  |
| 9. |  |  |  |  |  |  |

| # | Last Name | Mth. Earn. | ID Cover | Covered Payroll | x Rate | x Adj. Fact. | = Mth. Premium |
|---|-----------|------------|----------|-----------------|--------|--------------|----------------|
| 1. | A | 3,000 |  | 3,000 | .0040 | 1.25 | $15.00 |
| 2. | C. | 1,916 |  | 1,916 | .0040 | 1.25 | $9.58 |
| 3. | GARAY | 8,333 |  | 8,333 | .0072 | 1.25 | $75.00 |
| 4. | S | 2,250 |  | 2,250 | .0040 | 1.25 | $11.25 |
| 5. |  |  |  |  |  |  |  |
| 6. |  |  |  |  |  |  |  |
| 7. |  |  |  |  |  |  |  |
| 8. |  |  |  |  |  |  |  |
| 9. |  |  |  |  |  |  |  |

                                                          ==========
TOTAL MONTHLY LTD PREMIUM                                  $110.83
                                                          ==========

The above is based on census data received by UNUM.  Actual costs will be
based on the final enrollment data of employees insured under the plan on
its effective date.  Benefits and rates shown are effective until the case
is issued or until UNUM gives notice of a rate change, whichever is earlier.
Other product features, exclusions and limitations can be found in
Proposal Highlights.

Effective Date: 10/01/95
Proposal  Date: 10/06/95

                              UNUM Life Insurance Company of America

REDACTED

UG-000026

.

**EXHIBIT C**

UG-000027

## Mini-Plan℠ Benefits & Cost Summary

Prepared for:

Submitted by:



**MINI-PLAN**™
GROUP INSURANCE FOR
SMALL BUSINESSES

This proposal for Mini-Plan℠ coverage includes all active full-time
employees working a minimum of 30 hours per week.

*The Mini-Plan coverage\* being proposed:* ☒ LTD   ☐ STD   ☐ Life/AD&D

Number of Eligible Employees:

Waiting Period for new hires: ☒ 30 Days   ☐ 60 Days   ☐ 90 Days

### LTD Benefits

Monthly Benefit Amount:\*\* $3,000 - $6,000   (4),000
   60% of salary to a maximum benefit of $5,000 per month.

Definition of Disability:   ☐ 2 Year Own Occupation with Partial
                       ☒ 2 Year Own Occupation with Residual

Benefits reduced by amounts from:
   ☒ Primary and Family   ☐ 70% All Sources

Elimination Period: ☐ 90 Days   ☒ 180 Days

Total LTD Monthly Covered Payroll: $_____

### STD Benefits

Benefit Duration: ☐ 13 Weeks   ☐ 26 Weeks
   (Elimination period: 0 days injury and 7 days sickness.)
   (60% of salary to a maximum benefit of $500 per week.)

### Life Benefits

Life Benefit Amount (and matching AD&D):
   ☐ $25,000
   ☐ 1 x salary ($50,000 max. benefit)
   ☐ 2 x salary ($50,000 max. benefit)

**TOTAL MONTHLY COST: LTD** $ *1,580*   **STD** $ _____   **Life/AD&D** $ _____

Special features and pre-existing condition exclusions are outlined in the proposal
highlights.

The above is based on census data received by UNUM. Actual costs will be based
on the final enrollment data of employees insured under the plan on its effective
date. Benefits and rates shown are effective until the case is issued or until UNUM
gives notice of a rate change, whichever is earlier.

---

\* Short Term Disability benefits are not available where statutory disability income benefits are
  mandated; and Evidence of Insurability is required in some states for certain Mini-Plan coverages.
  Please talk to your UNUM representative regarding individual state requirements.

\*\* Maximum benefit is $3,000 in South Carolina.

UNUM®
UNUM Life Insurance Company
of America
Portland, Maine 04122
©1994 UNUM Life Insurance
Company of America

523-94

**PLEASE FILL OUT CLIENT INFORMATION ON THE BACK OF THIS PAGE.**

UG-000028

# Mini Plan℠ Premium Calculation Worksheet

Company Name: _SHERI GARAY DBA SICE FOR SORE EYES_

Nature of Business: _RETAIL EYEGLASS STORE_          SIC Code: _____

## Instructions for Completion of this Worksheet:

1) Complete Census Information Section. Note: Employee age is age as of effective date.
2) For each coverage (LTD, STD, Life/AD&D) determine employee premium as described on the right hand side of this worksheet. All employees must have the same plan design.
3) Enter the total premium for each coverage in the space provided.

## Census Information

| Employee's Name | Social Security # | Date of Birth | Age | Occupation | Annual Earnings |
|---|---|---|---|---|---|
| A     + SHERRI | | 9-2-61 | 33 | SALES | 36,000 |
| C        WAYNE | REDACTED | 1-24-64 | 31 | LAB TECH | 23,000 |
| GARAY, SHERI | | 7-17-52 | 43 | OWNER-SALES | 100,000 |
| S        STACY | | 2-15-72 | 23 | SALES | 27,000 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Rate Information

### Long Term Disability Rates

| Definition of Disability: | 2 Year Own Occupation with Partial | | | | 2 Year Own Occupation with Residual | | | |
|---|---|---|---|---|---|---|---|---|
| Benefit Integration: | Family | | 70% All Sources | | Family | | 70% All Sources | |
| Elimination Period: | 90-Day | 180-Day | 90-Day | 180-Day | 90-Day | 180-Day | 90-Day | 180-Day |
| Age | ☐ Plan A | ☐ Plan B | ☐ Plan C | ☐ Plan D | ☐ Plan I* | ☐ Plan J* | ☐ Plan K* | ☐ Plan L* |
| <30 | $0.49 | $0.39 | $0.58 | $0.45 | $0.50 | $0.40 | $0.59 | $0.46 |
| 30-34 | 0.49 | 0.39 | 0.58 | 0.45 | 0.50 | 0.40 | 0.59 | 0.46 |
| 35-39 | 0.68 | 0.47 | 0.79 | 0.55 | 0.69 | 0.48 | 0.81 | 0.56 |
| 40-44 | 1.02 | 0.71 | 1.21 | 0.84 | 1.04 | 0.72 | 1.23 | 0.86 |
| 45-49 | 1.65 | 1.26 | 1.95 | 1.49 | 1.68 | 1.29 | 1.99 | 1.52 |
| 50-54 | 2.52 | 2.02 | 2.99 | 2.40 | 2.57 | 2.06 | 3.05 | 2.45 |
| 55-59 | 3.12 | 2.58 | 3.70 | 3.06 | 3.18 | 2.63 | 3.77 | 3.12 |
| 60-64 | 3.27 | 2.71 | 3.88 | 3.22 | 3.34 | 2.76 | 3.96 | 3.28 |
| 65+ | 3.29 | 2.78 | 3.90 | 3.29 | 3.36 | 2.84 | 3.98 | 3.36 |

*Plans E-H are no longer available

### Life/AD&D Rates/All Plans

| | $25,000 | 1 x earnings | 2 x earnings |
|---|---|---|---|
| Age | ☐ Plan A | ☐ Plan B | ☐ Plan C |
| <30 | | $0.20 | |
| 30-34 | | 0.21 | |
| 35-39 | | 0.27 | |
| 40-44 | | 0.39 | |
| 45-49 | | 0.62 | |
| 50-54 | | 1.06 | |
| 55-59 | | 1.69 | |
| 60-64 | | 1.95 | |
| 65-69 | | 3.35 | |
| 70+ | | 8.21 | |

### Short Term Disability Rates

| | 13 Weeks | 26 Weeks |
|---|---|---|
| Age | ☐ Plan A | ☐ Plan B |
| <30 | $0.80 | $1.01 |
| 30-34 | 0.73 | 0.90 |
| 35-39 | 0.73 | 0.90 |
| 40-44 | 0.73 | 1.04 |
| 45-49 | 0.81 | 1.16 |
| 50-54 | 0.96 | 1.45 |
| 55-59 | 1.21 | 1.93 |
| 60-64 | 1.36 | 2.59 |
| 65-69 | 1.49 | 2.77 |
| 70+ | 2.21 | 4.11 |

Rates are subject to change. Initial base rate tables are guaranteed for two years from effective date.

UG-000029

# EXHIBIT D

UG-000030



UNUM.

UNUM LIFE

<u>SELECT RISK QUESTIONNAIRE</u>

Employer Name: _SHERi A. GARAY DBA SiTe FOR SORE EYES_

Address: _1003 Willow PASS Rd. CONCORd CA 94520_

Please answer the following two questions to the best of your knowledge with
regard to all eligible employees and dependents.

1.  Have any eligible employees or dependents been treated for a serious medical
    condition during the past 12 months?  If yes, please provide details.

2.  Are any eligible employees or dependents presently disabled?  If yes, please
    provide details.

Applicant's Signature

_Owner_                    _10-2-95_
Title                          Date

208 (7/94)

UG-000031

# EXHIBIT E

UG-000032



UNUM

SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 110.84 |
| Adjustments to Prior Period's Premium | |
| Prior Period<br>(A) Amount Billed<br>(B) Amount Paid | 115.88 |
| Balance from Prior Period (A-B) | 115.88 |
| TOTAL PREMIUM DUE | 226.72 |

For billing questions, please call
(800) 421-0344

GROUP INSURANCE PREMIUM STATEMENT

Division No. C01
Policy No. 0108121
Due Date 12/01/95    Statement Date 12/06/95    PAGE 002

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA BOX 21195
PASADENA CA 91185-1195

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

EMPLOYEE DETAIL

| EMPLOYEE NAME<br>SOCIAL SECURITY NO. | M-TD<br>COVERAGE | CURRENT<br>PREMIUM* | ADJ<br>CODE | ADJ<br>DATE | NEW ANNUAL<br>SALARY |
|---|---|---|---|---|---|
| A    ,SHERRI | 3000 | 15.00 | | | |
| C    ,WAYNE | 1917 | 9.59 | | | |
| S  GARAY,SHERI | 6333 | 75.00 | | | |
| S    ,STACY | 2250 | 11.25 | | | |

SHOW EMPLOYEE
ADJUSTMENTS HERE

* Current premium due excluding adjustments - refer to adjustment page

ADJUSTMENT CODES:  A = Addition - Include completed enrollment form or card.
                   S = Salary change - Report salary not benefit amount.
                   T = Termination - Include last day worked.

R = Reinstatement - Include completed enrollment form or card.
C = Class change.
O = Other. IF OTHER, PLEASE SPECIFY.

PLEASE RETURN WITH PAYMENT

K6-14409  06

REDACTED

UG-000033

# EXHIBIT F

UG-000034



# UNUM.

## GROUP INSURANCE PREMIUM STATEMENT

| Policy No: | 0106121 | Division No: | 001 |
| Due Date | 02/01/96 | Statement Date | 12/15/95 |
| | | PAGE | 002 |

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT 1A BOX 21195
PASADENA CA  91185-1195

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 110.84 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 226.72 |
| (B) Amount Paid | |
| Balance from Prior Period (A-B) | 226.72 |
| TOTAL PREMIUM DUE | 337.56 |

For billing questions, please call
(800) 421-0344

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

### EMPLOYEE DETAIL

| EMPLOYEE NAME<br>SOCIAL SECURITY NO. | HI-LTD<br>COVERAGE | CURRENT<br>PREMIUM* | ADJ<br>CODE | ADJ<br>DATE | NEW ANNUAL<br>SALARY |
|---|---|---|---|---|---|
| A  ,SHERI | 3000 | 15.00 | | | |
| C  ,MAYNE | 1917 | 9.59 | | | |
| GARAY,SHERI | 8333 | 75.00 | | | |
| S  ,STACY | 2850 | 11.25 | | | |

SHOW EMPLOYEE
ADJUSTMENTS HERE

* Current premium due excluding adjustments - refer to adjustment page

ADJUSTMENT CODES: A = Addition - Include completed enrollment form or card.
S = Salary change - Report salary not benefit amount.
C = Class change - Include completed enrollment form or card.
T = Termination - Include last day worked.

R = Reinstatement - Include completed enrollment form or card.
C = Class change
IF OTHER, PLEASE SPECIFY.

PLEASE RETURN WITH PAYMENT

K6-14609  04

REDACTED

# EXHIBIT G

UG-000036

# UNUM.

## GROUP INSURANCE PREMIUM STATEMENT

PAGE 002

Policy No. - 0108121        Division No. 001 4
Due Date   02/01/96         Statement Date 01/19/96

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA BOX 21195
PASADENA CA 91185-1195

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 110.84 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 337.56 |
| (B) Amount Paid | 337.56 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 110.84 |

For billing questions, please call
(800) 421-0344

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

### EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | H-LID COVERAGE | CURRENT PREMIUM* | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| A  ,SHERI | 3600 | 15.00 | | | |
| C  ,MAYHE | 1917 | 9.59 | | | |
| GARAY,SHERI | 8333 | 75.00 | | | |
| S  ,STACY | 2250 | 11.25 | | | |

SHOW EMPLOYEE ADJUSTMENTS HERE

REDACTED

* Current premium due excluding adjustments - refer to adjustment page
R = Reinstatement - Include completed enrollment form or card.
C = Class change.
IF OTHER, PLEASE SPECIFY.

ADJUSTMENT CODES:  A = Addition - Include completed enrollment form or card.
S = Salary change - Report salary not benefit amount.
T = Termination - Include last day worked.

PLEASE RETURN WITH PAYMENT

K6-14409 04

UG-000037

# EXHIBIT H

UG-000038



# UNUM.

## GROUP INSURANCE PREMIUM STATEMENT

Policy No. 0108121    Division No. 001
Due Date 03/01/96    Statement Date 02/10/96    PAGE 003

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT 1A BOX 21195
PASADENA CA 91185-1195

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 119.59 |
| Adjustments to Prior Period's Premium | 26.25 |
| Prior Period | |
| (A) Amount Billed | 110.84 |
| (B) Amount Paid | 110.84 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 145.84 |

For billing questions, please call
(800) 421-0364

### EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | H-LTD COVERAGE | CURRENT PREMIUM* | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| A ,SHERI | 3000 | 15.00 | | | |
| A ,CASSANDRA | 1750 | 8.75 | | | |
| C ,WAYNE | 1917 | 9.59 | | | |
| GARAY,SHERI | 8333 | 75.00 | | | |
| S ,STACY | 2250 | 11.25 | | | |

SHOW EMPLOYEE ADJUSTMENTS HERE

\* Current premium due excluding adjustments – refer to adjustment page

ADJUSTMENT CODES:
A = Addition – Include completed enrollment form or card.
C = Class change – Include completed enrollment form or card.
R = Reinstatement.
S = Salary change – Report salary not benefit amount.
T = Termination – Include last day worked.
If OTHER, PLEASE SPECIFY.

PLEASE RETURN WITH PAYMENT

K4-16409  04

REDACTED



# UNUM®

## GROUP INSURANCE PREMIUM STATEMENT

| | |
|---|---|
| Policy No. 0373331 | Division No. 001 3 |
| Due Date 04/01/96 | Statement Date 03/19/96 |
| | Page 003 |

ROSEN CONSULTING GROUP

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA BOX 21195
PASADENA CA  91185-1195

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 484.69 |
| Adjustments to Prior Period's Premium | 9.24 |
| Prior Period | |
| (A) Amount Billed | 389.09 |
| (B) Amount Paid | 389.09 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 493.93 |

For billing questions, please call
(800) 421-0344

### EMPLOYEE DETAIL

| EMPLOYEE NAME<br>SOCIAL SECURITY NO. | | H-LTD<br>COVERAGE | CURRENT<br>PREMIUM* | ADJ<br>CODE | ADJ<br>DATE | SHOW EMPLOYEE<br>ADJUSTMENTS HERE<br>NEW ANNUAL SALARY |
|---|---|---|---|---|---|---|
| ,MATTHEW | | 4166 | 16.50 | | | |
| ,NANCY | | 5408 | 76.90 | | | |
| ,LORI | | 2333 | 9.24 | | | |
| (A-L-M) | | 7083 | 39.82 | | | |
| ,GREGORY | | 3333 | 13.20 | | | |
| JOHN | | 1000 | 11.88 | | | |
| MICHAEL | | 10000 | 55.00 | | | |
| ,SUSAN | | 5583 | 22.11 | | | |
| ,DANIEL | | 8333 | 103.79 | | | |
| ,ARIANNA | | 10000 | 55.00 | | | |

ADJUSTMENT CODES:   A = Addition - include completed enrollment form or card.
L = Leave
S = Salary change - Report salary or net benefit amount.
T = Termination - Include last day worked.

* Current premium due excluding adjustments - refer to adjustment page.
R = Reinstatement - Include completed enrollment form or card.
C = Claim change.
IF OTHER, PLEASE SPECIFY.

PLEASE RETURN WITH PAYMENT

KG-15408  04

UG-000040

REDACTED



# UNUM®

## GROUP INSURANCE PREMIUM STATEMENT

| Policy No. | 01743S3 | Division No. | 001 |
| Due Date | 05/01/96 | Statement Date | 04/04/96 |

PAGE 002

ORTHOPEDIC REHABILITATION
SPECIALISTS

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA BOX 21195
PASADENA CA 91185-1195

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 39.24 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 63.90 |
| (B) Amount Paid | 63.90 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 39.24 |

For billing questions, please call

(800) 421-0344

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

### EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | LIFE COVERAGE | XLIFE COVERAGE | ADAD COVERAGE | XADAD COVERAGE | CURRENT PREMIUM | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
|---|---|---|---|---|---|---|---|---|
| C ,SANDY RV | 21000 | | 21000 | | | | | |
| H ,EDMOND H | 21000 | | 21000 | | 3.78 | | | |
| N ,CRAIG B | 60000 | 20000 | 60000 | 20000 | 14.40 | | | |
| N ,CURT K | 45000 | | 45000 | | 8.10 | | | |
| Y ,JAN A | 28000 | | 28000 | | 5.04 | | | |
| Y ,OLIVIA C | 23000 | | 23000 | | 4.14 | | | |

SHOW EMPLOYEE
ADJUSTMENTS HERE

* Current premium due excluding adjustments - refer to adjustment page.
R = Reinstatement - Include completed enrollment form or card.
C = Class change
  IF OTHER, PLEASE SPECIFY.

ADJUSTMENT CODES: A = Addition - Include completed enrollment form or card.
S = Salary Change - Report salary not benefit amount.
T = Termination - Include last day worked.

PLEASE RETURN WITH PAYMENT

L7-18411 04

REDACTED

UG-000041



# UNUM.

**GROUP INSURANCE PREMIUM STATEMENT**

| Policy No. | 0108121 | Division No. | 001 |
| Due Date | 06/01/96 | Statement Date | 05/09/96 |
| | | | PAGE 002 |

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA BOX 21195
PASADENA CA 91185-1195

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 119.59 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 119.59 |
| (B) Amount Paid | 119.59 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 119.59 |

For billing questions, please call
(800) 421-0394

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

## EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | M-LTD COVERAGE | CURRENT PREMIUM* | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| A | ,SHERI | 3000 | 15.00 | | | |
| A | ,CASSANDRA H | 1750 | 8.75 | | | |
| C | ,WAYNE | 1917 | 9.59 | | | |
| GARAY,SHERI | | | | | | |
| S | ,STACY | 2250 | 11.25 | | | |
| | | 8333 | 75.00 | | | |

SHOW EMPLOYEE ADJUSTMENTS HERE

**ADJUSTMENT CODES:**  A = Addition - Include completed enrollment form or card.
S = Salary change - Report salary not benefit amount.
T = Termination- Include last day worked.

* Current premium due excluding adjustments - refer to adjustment page
R = Reinstatement - Include completed enrollment form or card.
C = Class change.
IF OTHER PLEASE SPECIFY.

**PLEASE RETURN WITH PAYMENT**

K4-19409 04

REDACTED

UG-000042



# UNUM.

**GROUP INSURANCE PREMIUM STATEMENT**

| Policy No. 0108121 | Division No. 001 | PAGE 002 |
| Due Date 07/01/96 | Statement Date 06/07/96 | |

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA BOX 21195
PASADENA CA 91185-1195

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 119.59 |
| Adjustments to Prior Period's Premium | |
| Prior Period (A) Amount Billed | 119.59 |
| (B) Amount Paid | 119.59 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 119.59 |

For billing questions, please call
(800) 421-0344

## EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | M-LTD COVERAGE | CURRENT PREMIUM* | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| ,SHERI | 3000 | 15.00 | | | |
| A ,CASSANDRA M | 1750 | 8.75 | | | |
| C ,WAYNE | 1917 | 9.59 | | | |
| GARAY,SHERI | 8333 | 75.00 | | | |
| S ,STACY | 2250 | 11.25 | | | |

\* Current premium due excluding adjustments - refer to adjustment page
R = Reinstatement - Include completed enrollment form or card.
C = Class change
T = Termination - Include last day worked.
If OTHER, PLEASE SPECIFY.

**ADJUSTMENT CODES:** A = Addition - Include completed enrollment form or card.
S = Salary change - Report salary or benefit amount.
T = Termination - Include last day worked.

**PLEASE RETURN WITH PAYMENT**

K4-14469 D6

REDACTED

UG-000043

# UNUM.

**GROUP INSURANCE PREMIUM STATEMENT**

| | |
|---|---|
| Policy No. 0268981 | Division No. 002 |
| Due Date 08/01/96 | Statement Date 07/19/96 |

PAGE 002

RIEDE MCCALL & MASON

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA 91185-1195

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 561.26 |
| Adjustments to Prior Period's Premium | |
| Prior Period (A) Amount Billed | 561.26 |
| (B) Amount Paid | 561.26 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 561.26 |

For billing questions, please call
(800) 421-0344

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

## EMPLOYEE DETAIL

| EMPLOYEE NAME / SOCIAL SECURITY NO. | | M-LTD COVERAGE | CURRENT PREMIUM* | ADJ CODE | SHOW EMPLOYEE ADJUSTMENTS HERE | |
|---|---|---|---|---|---|---|
| | | | | | ADJ DATE | NEW ANNUAL SALARY |
| M | TERREL | 10000 | 126.40 | | | |
| M | JOHN | 10000 | 196.00 | | | |
| M | EILEEN C | 1750 | 22.12 | | | |
| R | RICHARD | 10000 | 196.00 | | | |
| Y | CAROLYN | 2700 | 20.74 | | | |

* Current premium due excluding adjustments - refer to adjustment page

**ADJUSTMENT CODES:**  A = Addition - Include completed enrollment form or card.
S = Salary Change - Report salary not benefit amount.
T = Termination - Include last day worked.

R = Reinstatement - Include completed enrollment form or card.
C = Class Change
IF OTHER, PLEASE SPECIFY.

K0-14408  04

PLEASE RETURN WITH PAYMENT

REDACTED

UG-000044



UNUM.

GROUP INSURANCE PREMIUM STATEMENT

Policy No. D100121      Division No. 001   4
Due-Date  09/01/96      Statement Date  08/05/96

PAGE 002

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT L42114S
PASADENA CA  91185-1145

SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 119.59 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 119.59 |
| (B) Amount Paid | 119.59 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 119.59 |

For billing questions, please call
(800) 421-0344

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | M-LTD COVERAGE | CURRENT PREMIUM | SHOW EMPLOYEE ADJUSTMENTS HERE | | |
|---|---|---|---|---|---|
| | | | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
| A  SHERRI | 3000 | 15.00 | | | |
| A  CASSANDRA M | 1750 | 8.75 | | | |
| C  MAYNE | 1917 | 9.59 | | | |
| S  GARAY,SHERI | 8333 | 75.00 | | | |
| S  STACY | 2250 | 11.25 | | | |

ADJUSTMENT CODES:  A = Addition - Include completed enrollment form or card.
$ = Salary change - Report salary not benefit amount.
C = Class change - Include completed enrollment form or card.
T = Termination - Include last day worked.

* Current premium due excluding adjustments - refer to adjustment page
R = Reinstatement - Include completed enrollment form or card.
IF OTHER, PLEASE SPECIFY.

PLEASE RETURN WITH PAYMENT

X4-14409  04

REDACTED

UG-000045

# EXHIBIT I

UG-000046

# UNUM®

## GROUP INSURANCE PREMIUM STATEMENT

| | |
|---|---|
| Policy No. 0108121 | Division No. 001 |
| Due Date 10/01/96 | Statement Date 08/18/96 |
| | PAGE 002 |

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA 91185-1195

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 120.01 |
| Adjustments to Prior Period's Premium | |
| Prior Period (A) Amount Billed | 119.59 |
| (B) Amount Paid | 119.59 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | **120.01** |

For billing questions, please call
(800) 421-0344

### EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | LTD COVERAGE | CURRENT PREMIUM | ADJ CODE | ADJ DATE | SHOW EMPLOYEE ADJUSTMENTS HERE NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| A  SHERI CASSANDRA H | 3000 | 18.00 | | | |
| A  HAYNE | 1750 | 8.75 | | | |
| C  GARAY-SHERI | 1917 | 9.59 | | | |
| H  AVA A | 0313 | 75.00 | | | |
| S  STACY | 1083 | 5.92 | T | 2/1/94 | |
| | 2250 | 11.25 | T | 4/28/94 | |

* Current premium due excluding adjustments - refer to adjustment page
R = Reinstatement - Include completed enrollment form or card.
C = Class change - Include completed enrollment form or card.
If OTHER, PLEASE SPECIFY.

ADJUSTMENT CODES:  A = Addition - Include completed enrollment form or card.
3 = Salary change - Report salary not benefit amount.
T = Termination - Include last day worked.

PLEASE RETURN WITH PAYMENT

KA-14409  04

REDACTED

UG-000047

# UNUM

## GROUP INSURANCE PREMIUM STATEMENT

| Policy No. | 0107403 | Division No. | 001 7 |
|---|---|---|---|
| Due Date | 11/01/96 | Statement Date | 10/20/96 |

PAGE 003

SUGARMAN & COMPANY

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA 91185-1195

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 519.86 |
| Adjustments to Prior Period's Premium | -136.00 |
| Prior Period | |
| (A) Amount Billed | 509.59 |
| (B) Amount Paid | 509.59 |
| Balance from Prior Period (A+B) | |
| **TOTAL PREMIUM DUE** | **383.86** |

For billing questions, please call
(800) 421-0344

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

### EMPLOYEE DETAIL

| EMPLOYEE NAME / SOCIAL SECURITY NO. | LT-LTD COVERAGE | CURRENT PREMIUM* | SHOW EMPLOYEE ADJUSTMENTS HERE | | |
|---|---|---|---|---|---|
| | | | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
| C   DIANE | 3043 | 31.86 | | | |
| E   KYLE | 8333 | 57.50 | | | |
| F   DAVID | 7500 | 78.00 | | | |
| N   STUART | 5000 | 34.50 | | | |
| S   RANDY | 10000 | 318.00 | | | |

ADJUSTMENT CODES:  A = Addition - Include completed enrollment form or card.
E = Salary change - Report salary not benefit amount.
C = Class change - Include completed enrollment form or card.
T = Termination - Include last day worked.

* Current premium due excluding adjustments - refer to adjustment page
R = Reinstatement - Include completed enrollment form or card.
C = Class change
If OTHER, PLEASE SPECIFY.

**PLEASE RETURN WITH PAYMENT**

R6-16409 09



REDACTED

UG-000048

# EXHIBIT J

UG-000049



UNUM.

GROUP INSURANCE PREMIUM STATEMENT

Policy No.      010612J      Division No.      001    4
Due Date        12/01/96     Statement Date    11/16/96     PAGE 002

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT L421195
PASADENA CA  91185-1195

SUMMARY OF PREMIUMS DUE

| Current Period Premium | 142.57 |
| Adjustments to Prior Period's Premium | |
| Prior Period  (A) Amount Billed | 125.40 |
| (B) Amount Paid | 125.40 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | **142.57** |

For billing questions, please call
(800) 421-0344.

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | PT-TD COVERAGE | CURRENT PREMIUM | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| SHERI | 3000 | 18.00 | | | |
| A  CASSANDRA M | 1750 | 8.75 | | | |
| C  WAYNE | 1917 | 4.50 | | | |
| GARAY,SHERI | 8351 | 75.00 | | | |
| S  AGNES K | 1211 | 31.23 | | | |

SHOW EMPLOYEE
ADJUSTMENTS HERE

ADJUSTMENT CODES:
A = Addition - Include completed enrollment form or card.
B = Reinstatement- Include completed enrollment form or card
C = Class change - Report salary not bill amount.
S = Salary change- Report salary not bill amount.
T = Termination- Include last day worked.

* Current premium due excluding adjustments - refer to adjustment page
if OTHER, PLEASE SPECIFY

PLEASE RETURN WITH PAYMENT

K4-16-1- 04

REDACTED

UG-000050

# EXHIBIT K

UG-000051



# UNUM.

**GROUP INSURANCE PREMIUM STATEMENT**

| | |
|---|---|
| Policy No. | 0108121 |
| Due Date | 01/01/97 |
| Division No. | 001 |
| Statement Date | 12/19/96 |
| PAGE | 003 |

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT L421195
PASADENA CA  91185-1195

For billing questions, please call
(800) 421-0364

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 111.34 |
| Adjustments to Prior Period's Premium | -31.23 |
| Prior Period (A) Amount Billed | 142.57 |
| (B) Amount Paid | 142.57 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 80.11 |

## EMPLOYEE DETAIL

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

| EMPLOYEE NAME / SOCIAL SECURITY NO. | M-LTD COVERAGE | | | | | | CURRENT PREMIUM* | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
|---|---|---|---|---|---|---|---|---|---|---|
| A  SHERI | 3000 | | | | | | 18.00 | | | |
| A  CASSANDRA M | 1750 | | | | | | 8.75 | | | |
| C  WAYNE | 1917 | | | | | | 9.59 | | | |
| GARAY,SHERI | 8333 | | | | | | 75.00 | | | |

SHOW EMPLOYEE ADJUSTMENTS HERE

* Current premium due excluding adjustments - refer to adjustment page

**ADJUSTMENT CODES:**  A = Addition - Include completed enrollment form or card.
S = Salary change - Report salary not benefit amount.
T = Termination - Include last day worked.

R = Reinstatement - Include completed enrollment form or card.
C = Class change
O = Other. IF OTHER, PLEASE SPECIFY.

**PLEASE RETURN WITH PAYMENT**

K6-19409  04

REDACTED

UG-000052



# UNUM.

## GROUP INSURANCE PREMIUM STATEMENT

| | | PAGE 002 |
|---|---|---|
| Policy No. D190121 | Division No. 001 4 | |
| Due Date 02/01/97 | Statement Date 01/09/97 | |

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT 1A221195
PASADENA CA 91185-1195

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 111.36 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 80.11 |
| (B) Amount Paid | 80.11 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 111.36 |

For billing questions, please call
(800) 421-0344

### EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | H-LTD COVERAGE | CURRENT PREMIUM* | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| SHERI | 3000 | 18.00 | | | |
| A CASSANDRA H | 1750 | 8.75 | | | |
| MAXINE | 1917 | 9.59 | | | |
| C GARAY,SHERI | 8333 | 75.00 | | | |

SHOW EMPLOYEE ADJUSTMENTS HERE

* Current premium due excluding adjustments - refer to adjustment page

A = Addition - Include completed enrollment form or card.
R = Reinstatement - Include completed enrollment form or card.
C = Class change.
S = Salary change - Report salary not benefit amount.
T = Termination - Include last day worked.
IF OTHER, PLEASE SPECIFY.

ADJUSTMENT CODES: A = Addition - Include completed enrollment form or card.
R = Reinstatement - Include completed enrollment form or card.
C = Class change.
S = Salary change - Report salary not benefit amount.
T = Termination - Include last day worked.

N4-14449 04

PLEASE RETURN WITH PAYMENT

PAID
BSU
( 97

REDACTED

UG-000053

# EXHIBIT L

UG-000054

# UNUM.

## GROUP INSURANCE PREMIUM STATEMENT

| | | |
|---|---|---|
| Policy No. | 0108121 | Division No. 001 4 |
| Due Date | 03/01/97 | Statement Date 02/16/97 |
| | | PAGE 003 |

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA 91185-1195

Please pay as billed. Adjustments for charges
received will be reflected on your next bill.

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 169.28 |
| Adjustments to Prior Period's Premium | 115.88 |
| Prior Period (A) Amount Billed | 111.34 |
| (B) Amount Paid | 111.34 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 285.16 |

For billing questions, please call
(800) 821-0594

### EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | M-TD COVERAGE | CURRENT PREMIUM* | ADJ CODE | ADJ DATE | SHOW EMPLOYEE ADJUSTMENTS HERE NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| A  SHERI | 5000 | 18.00 | | | |
| A  CASSANDRA M | 1350 | 8.75 | | | |
| B  NORMA R | 2250 | 57.94 | | | |
| C  WAYNE | 1917 | 9.59 | | | |
| GARAY,SHERI | 8333 | 75.00 | | | |

*Current premium due excluding adjustments - refer to adjustments page

ADJUSTMENT CODES:
A = Addition - Include completed enrollment form or card.
S = Salary change - Report salary not benefit amount.
C = Class change.
T = Termination- Include last day worked.

A = Addition - Include completed enrollment form or card.
R = Reinstatement - Include completed enrollment form or card.
C = Class change.
IF OTHER, PLEASE SPECIFY.

K6-14409 04

PLEASE RETURN WITH PAYMENT



REDACTED

# UNUM®

## GROUP INSURANCE PREMIUM STATEMENT

Policy No. 0108121
Division No. 001
(Due Date 04/01/97)
Statement Date 05/19/97

PAGE 002

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNAM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA 91185-1195

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 169.28 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 285.16 |
| (B) Amount Paid | 285.16 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 169.28 |

For billing questions, please call
(800) 421-0344

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

### EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | M-YTD COVERAGE | CURRENT PREMIUM* | ADJ CODE | ADJ DATE | SHOW EMPLOYEE ADJUSTMENTS HERE NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| A  SHERAT | 3000 | 18.00 | | | |
| A  CASSANDRA H | 1750 | 8.75 | | | |
| B  NORMA R | 2250 | 57.94 | | | |
| C  WAYNE | 1917 | 9.59 | | | |
| GARAY,SHERI | 8333 | 75.00 | | | |

* Current premium due excluding adjustments - refer to adjustment page
R = Reinstatement - include completed enrollment form or card.
C = Class change.
IF OTHER, PLEASE SPECIFY.

ADJUSTMENT CODES:  A = Addition - include completed enrollment form or card.
S = Salary change - report salary not benefit amount.
T = Termination - include last day worked.

PLEASE RETURN WITH PAYMENT

K6-14409  04

REDACTED

UG-000056



# UNUM.

## GROUP INSURANCE PREMIUM STATEMENT

| Policy No. | 010812J | Division No. | 001 |
| Due Date | 05/01/97 | Statement Date | 04/18/97 |

SHERI A. GARAY DBA
SITE FOR SORE EYES

PAGE 002

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA  91185-1195

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 169.28 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 169.28 |
| (B) Amount Paid | 169.28 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 169.28 |

For billing questions, please call
(800) 421-0344

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

### EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | M-LTD COVERAGE | CURRENT PREMIUM* | ADJ CODE | UNUM EMPLOYEE ADJUSTMENTS HERE ADJ DATE | NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| GARAY,SHERI | | | | | |
| SHERI A | | | | | |
| SHERI2 | 3000 | 18.00 | | | |
| CASSANDRA H | 1750 | 8.75 | | | |
| NORMA R | 2250 | 57.94 | | | |
| WAYNE | 1917 | 9.59 | | | |
| SHERI | 8333 | 75.00 | | | |

\* Current premium due excluding adjustments - refer to adjustment page.

ADJUSTMENT CODES:  A = Addition - Include completed enrollment form or card.
S = Salary Change - Report salary and benefit amount.
C = Class Change - Include completed enrollment form or card.
T = Termination - Include last day worked.

R = Reinstatement.
C = Class Change.
O = Other.
IF OTHER: PLEASE SPECIFY.

## PLEASE RETURN WITH PAYMENT

08-16411 04

REDACTED

UG-000057



# UNUM®

## GROUP INSURANCE PREMIUM STATEMENT

| Policy No. 0108121 | Division No. 001 | PAGE 002 |
|---|---|---|
| Due Date 08/01/97 | Statement Date 07/20/97 | |

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT L&2119S
PASADENA CA 91185-119S

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 228.49 |
| Adjustments to Prior Period's Premium | |
| Prior Period (A) Amount Billed | 169.28 |
| (B) Amount Paid | 169.28 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 228.49 |

For billing questions, please call
(800) 421-0344

### EMPLOYEE DETAIL

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

| EMPLOYEE NAME SOCIAL SECURITY NO. | | M-LTD COVERAGE | | | | | | | | CURRENT PREMIUM* | ADJ CODE | SIGN EMPLOYEE ADJUSTMENTS HERE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | ADJ. DATE | NEW ANNUAL SALARY |
| A | SHERI | 3000 | | | | | | | | 18.00 | | | |
| | CASSANDRA M | 1750 | | | | | | | | 8.75 | | | |
| | NORMA R | 2250 | | | | | | | | 57.96 | | | |
| | HAYNE | 1917 | | | | | | | | 9.59 | | | |
| | GARAY,SHERI | 6333 | | | | | | | | 134.41 | | | |

* Current premium due excluding adjustments - refer to adjustment page

**ADJUSTMENT CODES:**
A = Addition - Include completed enrollment form or card.
S = Salary change - Report salary net benefit amount.
C = Class change.
T = Termination - Include last day worked.

R = Reinstatement - Include completed enrollment form or card.
IF OTHER, PLEASE SPECIFY.

### PLEASE RETURN WITH PAYMENT

REDACTED



## GROUP INSURANCE PREMIUM STATEMENT

Policy No. 0890121
Due Date 08/01/97

Division No. 001 4
Statement Date 08/19/97

PAGE 002

SHERI A. GARAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT L421195
PASADENA CA 91185-1195

Please pay as billed. Adjustments for changes received will be reflected on your next bill.

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 228.69 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 228.69 |
| (B) Amount Paid | 228.69 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 228.69 |

For billing questions, please call
(800) 421-0344

### EMPLOYEE DETAIL

| EMPLOYEE NAME/<br>SOCIAL SECURITY NO. | H-LTD<br>COVERAGE | CURRENT<br>PREMIUM** | ADJ<br>CODE | ADJ<br>DATE | NEW ANNUAL<br>SALARY |
|---|---|---|---|---|---|
| SHERI | 3000 | 16.00 | | | |
| A  CASSANDRA M | 1750 | 8.75 | | | |
| B  NORMA R | 2250 | 57.99 | | | |
| C  HAYNE | 1917 | 9.59 | | | |
| GARAY,SHERI | 6333 | 136.41 | | | |

SIGN EMPLOYEE
ADJUSTMENTS HERE

** Current premium due excluding adjustments - refer to adjustment page

ADJUSTMENT CODES:

A = Addition - Include completed enrollment form or card.
R = Reinstatement - Include completed enrollment form or card.
C = Class change.
S = Salary change - Report salary not benefit amount.
T = Termination - Include last day worked.
IF OTHER, PLEASE SPECIFY.

PLEASE RETURN WITH PAYMENT

K4-14411 04

REDACTED

UG-000059

# ☤ UNUM.

**GROUP INSURANCE PREMIUM STATEMENT**

| | | | PAGE 002 |
|---|---|---|---|
| Policy No. | 0108121 | Division No. | 001 |
| Due Date | 12/01/97 | Statement Date | 09/16/97 |

SHERI A. GRAY DBA
SITE FOR SORE EYES

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA 91185-1195

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 228.69 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 228.69 |
| (B) Amount Paid | 228.69 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | **228.69** |

For billing questions, please call
(800) 421-0344

Please pay as billed. Adjustments for changes
received will be reflected on your next bill.

## EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | H-LTD COVERAGE | CURRENT PREMIUM** | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| SHERI | 3000 | 18.00 | | | |
| CASSANDRA H | 1750 | 8.75 | | | |
| NORMA R | 2250 | 57.94 | | | |
| WAYNE | 1917 | 9.59 | | | |
| GRAY, SHERI | 8111 | 134.41 | | | |

SHOW EMPLOYEE
ADJUSTMENTS HERE

** Current premium due excluding adjustments - refer to adjustment page
R = Reinstatement - Include completed enrollment form or card.
C = Class change - Include completed enrollment form or card.
If OTHER, PLEASE SPECIFY.

**ADJUSTMENT CODES:**
A = Addition - Include completed enrollment form or card.
S = Salary Change - Report salary not benefit amount.
T = Termination - Include last day worked.

**PLEASE RETURN WITH PAYMENT**

UG-000060

REDACTED



## U·N·U·M

### GROUP INSURANCE PREMIUM STATEMENT

| Policy No. 0392105 | Division No. 001 |
| Due Date 11/01/97 | Statement Date 10/15/97 |

PAGE 002

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA 91185-1195

GARY B CALLAHAN INC DBA
CALLAHAN & BEACON

Please pay as billed. Changes received prior
to the statement date are reflected on this bill.

### SUMMARY OF PREMIUMS DUE

| Current Period Premium | | 335.12 |
| Adjustments to Prior Period's Premium | | |
| Prior Period | | |
| (A) Amount Billed | 391.99 | |
| (B) Amount Paid | 391.99 | |
| Balance from Prior Period (A-B) | | |
| TOTAL PREMIUM DUE | | 335.12 |

Billing questions, please call
(800) 421-0144

### EMPLOYEE DETAIL

| EMPLOYEE NAME SOCIAL SECURITY NO. | H-LTD COVERAGE | CURRENT PREMIUM* | ADJ CODE | ADJ DATE | SHOW EMPLOYEE ADJUSTMENTS HERE NEW ANNUAL SALARY |
|---|---|---|---|---|---|
| GARY | 18000 | 243.20 | | | |
| EDWARD | 5182 | 45.50 | | | |
| ·MINA | 2400 | 13.89 | | | |
| MARI B | 1080 | 1.80 | | | |
| CYNTHIA V | 1760 | 6.73 | | | |

* Current premium due excluding adjustments - refer to adjustment page

ADJUSTMENT CODES:
A = Addition - Include completed enrollment form or card.
R = Reinstatement - Include completed enrollment form or card.
S = Salary Change - Report salary not benefit amount.
C = Class Change - Include completed enrollment form or card.
T = Termination - Include last day worked.
IF OTHER, PLEASE SPECIFY.

REDACTED

UG-000061



# UNUM.

**GROUP INSURANCE PREMIUM STATEMENT**

| Policy No. | 0108121 | Division No. | 001 |
| Due Date | 12/01/97 | Statement Date | 11/18/97 |

SHERI A. GRAY DBA
SITE FOR SORE EYES

PAGE 012

UNUM LIFE INSURANCE
COMPANY OF AMERICA
UNIT 1473195
PASADENA CA 91185-1195

**SUMMARY OF PREMIUMS DUE**

| | |
| --- | --- |
| Current Period Premium | 228.69 |
| Adjustments to Prior Period's Premium | |
| Billing Periods | |
| (A) Amount Billed | 228.69 |
| (B) Amount Paid | 228.69 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 228.69 |

Billing questions, please call
(800) 421-0344

**EMPLOYEE DETAIL**

Please pay as billed. Changes received prior
to the statement date are reflected on this bill.

| EMPLOYEE NAME SOCIAL SECURITY NO. | M-LID COVERAGE | CURRENT PREMIUM | SHOW EMPLOYEE ADJUSTMENTS HERE | | |
| --- | --- | --- | --- | --- | --- |
| | | | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
| SHERI | 3000 | 18.00 | | | |
| CASSANDRA N | 1750 | 8.75 | | | |
| NONNA A | 2250 | 57.94 | | | |
| WAYNE | 1917 | 9.59 | | | |
| GARY SHERI | 6513 | 156.41 | | | |

* Current premium due excluding adjustments - refer to adjustment page

ADJUSTMENT CODES:    A = Addition - include completed enrollment form or card.
S = Salary change - Report salary not benefit amount.
C = Class change - include completed enrollment form or card.
T = Termination - include last day worked.

H = Reinstatement.
If OTHER, PLEASE SPECIFY.

**PLEASE RETURN THIS PAGE WITH PAYMENT**

UG-000062

REDACTED

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

# UNUM.

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 228.69 |
|---|---|
| Policy No. 0108T21 | Division No. 001  4 |
| Due Date  01/01/1998 | Statement Date 12/19/1997 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA  91185-1195

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Fold

Our fax number is (207) 770-6739. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions,
please call (800) 421-0344.

| SUMMARY OF PREMIUMS DUE | |
|---|---|
| Current Period Premium | 228.69 |
| Adjustments to Prior Period's Premium | |
| Prior Period (A) Amount Billed | 228.69 |
| (B) Amount Paid | 228.69 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 228.69 |

Addition - All Fields
Salary Change - Name, Effective Date and Salary
Termination - Name and Last Day Worked (In Effective Date field)
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T Y P E | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-1G411  04    H



Please remit this page with your payment.

# EXHIBIT M

UG-000064

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

**UNUM.**

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 170.75 |
|---|---|---|
| Policy No. 0108121 | Division No. 001  4 | |
| Due Date 02/01/1998 | Statement Date 01/19/1998 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA  91185-1195

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

PD AS RENDERED

FEB -9 1998

BSU

Our fax number is (207) 770-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions,
please call (800) 421-0344.

## SUMMARY OF PREMIUMS DUE

| Current Period Premium | 170.75 |
|---|---|
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 228.69 |
| (B) Amount Paid | 228.69 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 170.75 |

Addition - All Fields
Salary Change - Name, Effective Date and Salary
Termination - Name and Last Day Worked (in Effective Date field)
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T Y P E | | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| A | S | Stacy J | | 2/5/72 | 1/1/98 | 2/1/98 | | 25,000 |
| S | A | Casey ? | | | | 2/1/98 | | 26,000 |
| M | M | Jessica | | 6/15/71 | 1/6/98 | 2/1/98 | | 21,000 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## REDACTED



X6-1443b  04    N

Please remit this page with your payment

UG-000065

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

UNUM®

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 200.34 | |
|---|---|---|---|
| Policy No. | 0108121 | Division No. | 001  4 |
| Due Date | 03/01/1998 | Statement Date 02/16/1998 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA  91185-1195

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Our fax number is (207) 770-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill

For billing questions, please call
(800) 421-0344

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 189.92 |
| Adjustments to Prior Period's Premium | 10.42 |
| Prior Period | |
| (A) Amount Billed | 170.75 |
| (B) Amount Paid | 170.75 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | **200.34** |

Addition - All Fields
Salary Change - Name Effective Date Salary and SSN
Termination - Name Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name Effective Date and Class
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14455  06      N



Please remit this page with your payment.

UG-000066

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

UNUM®

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 196.19 | |
|---|---|---|
| Policy No. 0108121 | Division No. 001 | 4 |
| Due Date 04/01/1998 | Statement Date 03/19/1998 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
DEPT LA21195
PASADENA CA 91185-1195

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA 94520

Fold

Our fax number is (207) 770-6730. Additions / Changes may be faxed to expedite adjustments to your next bill. (Please continue to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed. Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 192.01 |
| Adjustments to Prior Period's Premium | 4.18 |
| Prior Period | |
| (A) Amount Billed | 200.36 |
| (B) Amount Paid | 200.36 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 196.19 |

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K4-14435 04 N



Please remit this page with your payment.

UG-000067

# EXHIBIT N

UG-000068

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

**UNUM.**

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 192.01 |
|---|---|---|
| Policy No.  0108121 | Division No.  001  4 | |
| Due Date  06/01/1998 | Statement Date 05/19/1998 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL   60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

JUN - 4 1998

Our fax number is (207) 770-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.
Please check here if faxed ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

| SUMMARY OF PREMIUMS DUE | |
|---|---|
| Current Period Premium | 192.01 |
| Adjustments to Prior Period's Premium | 192.01 |
| Prior Period | |
| (A) Amount Billed | 192.01 |
| (B) Amount Paid | 192.01 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 192.01 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T Y P E | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| T C | Wayne | | 1/24/6V | 1/2/9T | 6/1/98 | | |
| T S | Stacy | | 2/15/72 | 11/29/97 | 6/1/98 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## REDACTED

K6-14420  04    N



Please remit this page with your payment.

UG-000069

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

# UNUM.

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 192.01 | | |
|---|---|---|---|
| Policy No. 0108121 | Division No. 001 4 | | |
| Due Date 07/01/1998 | Statement Date 06/18/1998 | | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Our fax number is (207) 770-8730. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

## SUMMARY OF PREMIUMS DUE

| | | |
|---|---|---|
| Current Period Premium | | 172.00 |
| Adjustments to Prior Period's Premium | | |
| Prior Period | | |
| (A) Amount Billed | 192.01 | |
| (B) Amount Paid | 172.00 | |
| Balance from Prior Period (A-B) | | 20.01 |
| TOTAL PREMIUM DUE | | 192.01 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14420  04    R



UG-000070

**UNUM.**
Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 172.00 | |
|---|---|---|---|
| Policy No. 0108121 | Division No. | 001 | 4 |
| Due Date 08/01/1998 | Statement Date 07/17/1998 | | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Fold

Our fax number is (207) 770-6730. Additions / Changes may be faxed to expedite adjustments to your next bill. (Please continue to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed. Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344

| SUMMARY OF PREMIUMS DUE | |
|---|---|
| Current Period Premium | 172.00 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 192.01 |
| (B) Amount Paid | 192.01 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 172.00 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T Y P e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14420  04      N



Please remit this page with your payment.

UG-000071

UNUM.

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 194,10 |
|---|---|

| Policy No. 0108121 | Division No. 001 4 |
|---|---|
| Due Date  09/01/1998 | Statement Date 08/10/1998 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Our fax number is (207) 770-6730.  Additions / Changes may be faxed to expedite adjustments to your next bill.  (Please continue to return this form with your premium payment.)
**Please check here if faxed** ☐

Please pay as billed.  Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name  Effective Date and Class
Other Change

| SUMMARY OF PREMIUMS DUE | | |
|---|---|---|
| Current Period Premium | | 183.05 |
| Adjustments to Prior Period's Premium | | 11.05 |
| Prior Period | | |
| (A) Amount Billed | 172.00 | |
| (B) Amount Paid | 172.00 | |
| Balance from Prior Period (A-B) | | |
| TOTAL PREMIUM DUE | | 194.10 |

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14420  04     N



Please remit this page with your payment.

UG-000072

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

UNUM®

# Group Insurance
# Premium Statement

Please Remit To:

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

| TOTAL PREMIUM DUE | 183.05 | |
|---|---|---|
| Policy No. 0108121 | Division No.  001   4 | |
| Due Date  10/01/1998 | Statement Date 09/18/1998 | |

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Fold

Our fax number is (207) 770-6730. Additiona / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

## SUMMARY OF PREMIUMS DUE

| | | |
|---|---|---|
| Current Period Premium | | 183.05 |
| Adjustments to Prior Period's Premium | | |
| Prior Period | | |
| (A) Amount Billed | 194.10 | |
| (B) Amount Paid | 194.10 | |
| Balance from Prior Period (A-B) | | |
| **TOTAL PREMIUM DUE** | | 183.05 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14420   04      N



Please remit this page with your payment.

# EXHIBIT O

UG-000074

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

**UNUM.**

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 183.05 | |
|---|---|---|---|
| Policy No.  0108121 | Division No.   001   4 | | |
| Due Date   11/01/1998 | Statement Date 10/19/1998 | | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Fold

Our fax number is (207) 770-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

| SUMMARY OF PREMIUMS DUE | | 183.05 |
|---|---|---|
| Current Period Premium | | |
| | | |
| Adjustments to Prior Period's Premium | | |
| | | |
| Prior Period | | |
| (A) Amount Billed | 183.05 | |
| (B) Amount Paid | 183.05 | |
| Balance from Prior Period (A-B) | | |
| TOTAL PREMIUM DUE | | 183.05 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| T A | Casandra | | 7/07/69 | 1/2/96 | 10/26/98 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14420  04     N



Please remit this page with your payment.

REDACTED

UG-000075

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(510) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

12231

11/1/98

PAY TO THE
ORDER OF ___ Unum _____ $ **183.05

One Hundred Eighty-Three and 05/100**********************************************************************

DOLLARS
Security features
included.
Details on back.

Unum
Dept LA21195
Pasadena, Ca 91185

50

MEMO __ 0108121 _____

MP

REDACTED

# EXHIBIT P

UG-000077

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

**UNUM.**

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 161.37 |
| --- | --- |
| Policy No. 0108121 | Division No.  001  4 |
| Due Date  12/01/1998 | Statement Date 11/17/1998 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
-- CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

*Fold*

---

Our fax number is (207) 770-6730. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

| SUMMARY OF PREMIUMS DUE | |
| --- | --- |
| Current Period Premium | 172.21 |
| Adjustments to Prior Period's Premium | -10.84 |
| Prior Period | |
| (A) Amount Billed | 183.05 |
| (B) Amount Paid | 183.05 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 161.37 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
| --- | --- | --- | --- | --- | --- | --- | --- |
| A | M   Jessica | | 6/15/71 | 1/6/98 | 11/18/98 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14428  84    N



Please remit this page with your payment.

# REDACTED

UG-000078

UNUM Life Insurance Company of America
Portland, Maine  04122-1670

**Group
Enrollment
Form**

| 1. Policy | 2. Division # | 3. Policyholder's Name |
|---|---|---|
| 0108121 | 001   4 | Sheri A. Garay dba Site for Sore Eyes |

| 4. Employee's Last Name | First | Middle Initial | 5. Social Security Number |
|---|---|---|---|
| M | Jennifer | M. | |

| 6. Birthdate | 7. Employment Date | 8. Sex | 9. Salary | | 10. Hours Worked |
|---|---|---|---|---|---|
| 05/04/1975 | 12/02/1998 | ☒ F ☐ M | $ 7.00 ph hr | ☐ Weekly ☐ Monthly ☐ Annually | Weekly 40 |

| 11. Occupation/Title | 12. Your employer will inform you of available coverages. Check yes to enroll. Check no if you decline or coverage is not available. |
|---|---|
| Receptionist | Life/AD&D ☐ Yes ☐ No     LTD ☐ Yes ☐ No<br>STD ☐ Yes ☐ No     Dependent Life ☐ Yes ☐ No |

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |
|---|---|---|---|
| M | Ida | M. | Mother |

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above.  This signature also verifies the accuracy of the information on this form.  If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature Jennifer                                                    Date: 12/02/1998

16. For UNUM Use:

| Class | Effective Date of Coverage | Class | Effective Date of Coverage |
|---|---|---|---|
| ____ Life/AD&D | __/__/__ | ____ STD | __/__/__ |
| ____ Dep Life | __/__/__ | ____ LTD | __/__/__ |

**NOTICE:** Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage.  Please consult your employee booklet.

1002-91   (2/98)                              **UNUM COPY**

REDACTED

UG-000079

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(510) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

12319

12/1/98

PAY TO THE
ORDER OF ___ Unum _____ $ **161.37

One Hundred Sixty-One and 37/100*********************************************************** DOLLARS

Security features
included
Details on back

Unum
Dept LA21195
Pasadena, Ca 91185

13

MEMO ___0108121_____

AP

REDACTED

UG-000080

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(510) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

12416

12/26/98

PAY TO THE
ORDER OF ___ Unum _____  $ **173.17

One Hundred Seventy-Three and 17/100**********************************************************  DOLLARS

Security features
included
Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO_0108121_____

REDACTED

UG-000081

# EXHIBIT Q

UG-000082



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

**UNUM**

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 173.17 |
|---|---|

| Policy No. 0108121 | Division No.  001   4 |
|---|---|
| Due Date  01/01/1999 | Statement Date 12/18/1998 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

Fold

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Our fax number is (207) 770-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 181.92 |
| Adjustments to Prior Period's Premium | -8.75 |
| Prior Period | |
| (A) Amount Billed | 161.37 |
| (B) Amount Paid | 161.37 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 173.17 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| T E | Kimberly | | 1/3/80 | | 11/30/98 | | |
| T S | Kael | | 4/8/61 | | 12/13/98 | | |
| A M | Jennifer M | | 05/4/75 | 12/4/98 | | | 7.00 per hr |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



K6-14411  04     N

Please remit this page with your payment.

REDACTED

UG-000083

# EXHIBIT R

UG-000084

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

**U**NUM®

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 157.14 |
|---|---|---|
| Policy No. 0108121 | Division No. 001 | 4 |
| Due Date 02/01/1999 | Statement Date 01/19/1999 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

*Fold*

> Our fax number is (207) 770-6730. Additions / Changes may be faxed
> to expedite adjustments to your next bill. (Please continue
> to return this form with your premium payment.)
> Please check here if faxed ☐

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 169.53 |
| Adjustments to Prior Period's Premium | -12.39 |
| Prior Period | |
| (A) Amount Billed     173.17 | |
| (B) Amount Paid       173.17 | |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 157.14 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| A | B     Christine | | 3/9/47 | 1/16/99 | | | 460.00 per week |
| A | L     Richard | | 12/7/49 | 1/19/99 | | | 560.00 per week |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14411  04   N



Please remit this page with your payment.

REDACTED

UG-000085

UNUM Life Insurance Company of America
Portland, Maine 04122-1670

**Group Enrollment Form**

| 1. Policy # | 2. Division # | 3. Policyholder's Name |
|---|---|---|
| 10821 | | Site for Sore Eyes |

| 4. Employee's Last Name | First | Middle Initial | 5. Social Security Number |
|---|---|---|---|
| L | RICHARD | J | |

| 6. Birthdate | 7. Employment Date | 8. Sex | 9. Salary | 10. Hours Worked |
|---|---|---|---|---|
| 12.17.49 | 1.16.99 | ☐ F  ☒ M | $560.00  ☒ Weekly  ☐ Monthly  ☐ Annually | 40 Weekly |

11. Occupation/Title
optician

12. Your employer will inform you of available coverages. Check yes to enroll. Check no if you decline or coverage is not available.

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Life/AD&D | ☐ | ☐ | LTD | ☐ | ☐ |
| STD | ☐ | ☐ | Dependent Life | ☐ | ☐ |

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |
|---|---|---|---|
| L | Yvette | S | wife |

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of _____ y expense.

Employee's Signature _Rick L_

| 16. For UNUM Use: | Date: 1.19.99 |
|---|---|

| Class | Effective Date of Coverage | Class | Effective Date of Coverage |
|---|---|---|---|
| ___ Life/AD&D | ___/___/___ | ___ STD | ___/___/___ |
| ___ Dep Life | ___/___/___ | ___ LTD | ___/___/___ |

**NOTICE:** Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

1002-91   (2/98)

**UNUM COPY**

REDACTED

UG-000086

UNUM.
Unum Life Insurance Company of America
Portland, Maine 04122-1570

**Group Enrollment Form**

| 1. Policy | 2. Division # | 3. Policyholder's Name |
|---|---|---|
| 108121 | | Site for Sore Eyes |

| 4. Employees's Last Name | First | Middle Initial | 5. Social Security Number |
|---|---|---|---|
| B | CHRISTINE | A | |

| 6. Birthdate | 7. Employment Date | 8. Sex | 9. Salary | 10. Hours Worked Weekly |
|---|---|---|---|---|
| 03/09/47 | 01/12/99 | ☒F ☐M | $ 460.00 ☒Weekly ☐Monthly ☐Annually | 40 |

| 11. Occupation/Title |
|---|
| Optician |

12. Your employer will inform you of available coverages. Check yes to enroll. Check no if you decline or coverage is not available.

| Life/AD&D | ☐ Yes ☐ No | LTD | ☐ Yes ☐ No |
|---|---|---|---|
| STD | ☐ Yes ☐ No | Dependent Life | ☐ Yes ☐ No |

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |
|---|---|---|---|
| B | CHARLES | U. | Husband |

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature _____

Date: 1/16/99

16. For UNUM Use:

| Class | Effective Date of Coverage | Class | Effective Date of Coverage |
|---|---|---|---|
| Life/AD&D | ___/___/_____ | STD | ___/___/_____ |
| Dep Life | ___/___/_____ | LTD | ___/___/_____ |

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

1002-91 (2/93)

**UNUM COPY**

REDACTED

UG-000087

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

12525

1/25/99

PAY TO THE
ORDER OF    Unum                                                                    $ **157.14

One Hundred Fifty-Seven and 14/100*********************************************************    DOLLARS

Unum
Dept LA21195
Pasadena, Ca 91185

44

MEMO    0108121

REDACTED



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 260.00 | |
|---|---|---|---|
| Policy No. 0108121 | | Division No.  001   4 | |
| Due Date   03/01/1999 | | Statement Date  02/16/1999 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

*Fold*

Our fax number is (207) 770-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 260.00 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 157.14 |
| (B) Amount Paid | 157.14 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 260.00 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14411  04      N



Please remit this page with your payment.

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

12636

03/01/1999

PAY TO THE
ORDER OF    Unum                                                    $  **260.00

Two Hundred Sixty and 00/100****************************************************

DOLLARS

Unum
Dept LA21195
Pasadena,Ca 91185

Security features
included
Details on back.

MEMO    0108121

MP

REDACTED

UG-000090



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 260.00 |
|---|---|
| Policy No. 0108121 | Division No. 001 4 |
| Due Date 04/01/1999 | Statement Date 03/19/1999 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL 60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA 94520

*Paid*

Our fax number is (207) 770-6730. Additions / Changes may be faxed to expedite adjustments to your next bill. (Please continue to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed. Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 260.00 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 260.00 |
| (B) Amount Paid | 260.00 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 260.00 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14427  04    N



Please remit this page with your payment.

UG-000091

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

12737

03/27/1999

PAY TO THE
ORDER OF ___ Unum

$ **260.00

Two Hundred Sixty and 00/100*********************************************************

DOLLARS
Security features
included
Details on back.

Unum
Dept LA21195
Pasadena, Ca 91185

27

MEMO ___ 0108121

RP

REDACTED

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

.UM.

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 260.00 |
|---|---|

| Policy No. 0108121 | Division No.  001  4 |
|---|---|
| Due Date  05/01/1999 | Statement Date 04/19/1999 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
53223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

fold

Our fax number is (207) 575-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 260.00 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 260.00 |
| (B) Amount Paid | 260.00 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 260.00 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

K6-14627  04    N

Please remit this page with your payment.

UG-000093

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

12843

RECEIVED IN
ENV. $ 33222

05/01/1999

PAY TO THE
ORDER OF ___ Unum _____ $ **260.00

Two Hundred Sixty and 00/100 ******************************************************************** DOLLARS

Security features
Included.
Details on back

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO___0108121_____

AP

REDACTED

UG-000094



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 260.00 |
|---|---|
| Policy No. 0108121 | Division No.  001  4 |
| Due Date  06/01/1999 | Statement Date 05/19/1999 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33225 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Fold

UG-000095

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

12934

05/28/1999

PAY TO THE
ORDER OF    Unum

RECEIVED IN
33223

$  **260.00

Two Hundred Sixty and 00/100************************************************************ DOLLARS

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

Security features
included
Details on back

Unum
Dept LA21195
Pasadena, Ca 91185

MEMO    0108121

MP

REDACTED

UG-000096

# EXHIBIT S

UG-000097



Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 260.00 | |
|---|---|---|
| Policy No. 0108121 | Division No. 001   4 | |
| Due Date   07/01/1999 | Statement Date  06/18/1999 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33225 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

*Paid*

Our fax number is (207) 575-6730.  Additions / Changes may be faxed
to **expedite** adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 260.00 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 260.00 |
| (B) Amount Paid | 260.00 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 260.00 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14410  04    N



Please remit this page with your payment.

UG-000098



REDACTED

UG-000099

UNUM Life Insurance Company of America
UNUM Life Insurance Company of Maine 04-37-1670

**Group Enrollment Form**

| 1. Policy | 2. Division # | 3. Policyholder's Name |
|---|---|---|
| 0108121 | 001 | Site for Sore Eyes |

| 4. Employee's Last Name | First | Middle Initial | 5. Social Security Number |
|---|---|---|---|
| T | Jamie | L. | |

| 6. Birthdate | 7. Employment Date | 8. Sex | 9. Salary | 10. Hours Worked |
|---|---|---|---|---|
| 06/30/1977 | 06/04/1999 | ☒ F ☐ M | $ 8.50/hr ☐ Weekly ☐ Monthly ☐ Annually | Weekly 40 |

| 11. Occupation/Title | 12. Your employer will inform you of available coverages. Check yes to enroll. Check no if you decline or coverage is not available. |
|---|---|
| Receptionist | Life/AD&D ☐ Yes ☒ No    LTD ☐ Yes ☒ No |
| | STD ☐ Yes ☒ No    Dependent Life ☐ Yes ☒ No |

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |
|---|---|---|---|
| C | Phyllis | L. | mother |

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature _Jamie_   Date: 06/26/1999

| 16. For UNUM Use: | | | | |
|---|---|---|---|---|
| Class | Effective Date of Coverage | | Class | Effective Date of Coverage |
| Life/AD&D | __/__/__ | | STD | __/__/__ |
| Dep Life | __/__/__ | | LTD | __/__/__ |

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

1002-91 (2/98)   **UNUM COPY**

REDACTED

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

Bank of America
CONCORD, CA 95420
11-35/1210

13036

06/26/1999

PAY TO THE
ORDER OF ___ Unum _____ $ **260.00

Two Hundred Sixty and 00/100************************************************************************** DOLLARS

Security features
included
Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO___0108121_____

UG-000101

REDACTED

# EXHIBIT T

UG-000102

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

# Group Insurance
# Premium Statement

**UNUM.**

Please Remit To:

| TOTAL PREMIUM DUE | 267.37 |
|---|---|
| Policy No. 0108121 | Division No. 001  4 |
| Due Date  08/01/1999 | Statement Date 07/19/1999 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33225 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Fold

Our fax number is (207) 575-6730.  Additions / Changes may be faxed to expedite adjustments to your next bill.  (Please continue to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 267.37 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 260.00 |
| (B) Amount Paid | 260.00 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 267.37 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| T | M    Jennifer | | 5/4/7t | | 7/31/99 | | |
| A | Y   Audrey | | 10/20/47 | 7/20/99 | 8/1/99 | | 460.00 per week |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14610  04    N



Please remit this page with your payment.

REDACTED

UG-000103

13131

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

Bank of America
CONCORD, CA 95420
11-35/1210

07/31/1999

PAY TO THE
ORDER OF ___ Unum _____    $  **267.37

Two Hundred Sixty-Seven and 37/100******************************************************    DOLLARS

Unum
Dept LA21195
Pasadena,Ca 91185

36

MEMO___0108121_____

# EXHIBIT U

UG-000105

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

**UNUM®**

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 306.55 |
|---|---|---|
| Policy No. 0108121 | Division No.  001   4 | |
| Due Date   09/01/1999 | Statement Date 08/19/1999 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

*Fold*

Our fax number is (207) 575-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 512.62 |
| Adjustments to Prior Period's Premium | -6.07 |
| Prior Period | |
| (A) Amount Billed | 267.37 |
| (B) Amount Paid | 267.37 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 306.55 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| T | Jamie | | | | 8/24/99 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14410   04      N



Please remit this page with your payment.

REDACTED

UG-000106

SITE FOR SURE FIELDS
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

09/03/1999

PAY TO THE
ORDER OF _____ Unum _____    $ **306.55

Three Hundred Six and 55/100************************************************************    DOLLARS

🔒 Security features
Included
Details on back

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO___0108121_____                                           MP

REDACTED

UG-000107

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

UNUM®

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 619.17 |
|---|---|---|
| Policy No. 0108121 | Division No.  001  4 | |
| Due Date  10/01/1999 | Statement Date 09/07/1999 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Fold

Our fax number is (207) 575-8730.  Additions / Changes may be faxed to expedite adjustments to your next bill.  (Please continue to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 312.62 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 306.55 |
| (B) Amount Paid | |
| Balance from Prior Period (A-B) | 306.55 |
| TOTAL PREMIUM DUE | 619.17 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14410  04    N



Please remit this page with your payment.

UG-000108

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

09/20/1999

PAY TO THE
ORDER OF ___ Unum _____ $ **312.62

Three Hundred Twelve and 62/100************************************************** DOLLARS

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO  0108121

REDACTED

UG-000109

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

# Group Insurance
# Premium Statement

UNUM®

Please Remit To:

| TOTAL PREMIUM DUE | 290.51 | |
|---|---|---|
| Policy No. 0109121 | Division No.  001   4 | |
| Due Date  11/01/1999 | Statement Date 10/05/1999 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
35223 TREASURY CENTER
CHICAGO IL 60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA 94520

Paid

Our fax number is (207) 575-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**SUMMARY OF PREMIUMS DUE**

| | |
|---|---|
| Current Period Premium | 305.25 |
| Adjustments to Prior Period's Premium | -14.74 |
| Prior Period | |
| (A) Amount Billed | 619.17 |
| (B) Amount Paid | 619.17 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 290.51 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14410  04    N

Please remit this page with your payment.

UG-000110

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

10/15/1999

PAY TO THE
ORDER OF ___ Unum _____    $ **290.51

Two Hundred Ninety and 51/100**************************************************    DOLLARS

🔒 Security features
included
Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO __ 0108121 _____

MP

REDACTED

UG-000111

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

UNUM®

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 595.76 |
|---|---|---|
| Policy No.  0108121 | Division No.   001     4 | |
| Due Date   12/01/1999 | Statement Date  11/04/1999 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Fold

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call:
(800) 421-0344

Our fax number is (207) 575-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

| SUMMARY OF PREMIUMS DUE | |
|---|---|
| Current Period Premium | 305.25 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 290.51 |
| (B) Amount Paid | |
| Balance from Prior Period (A-B) | 290.51 |
| TOTAL PREMIUM DUE | 595.76 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| O | Audrey | | 10/20/47 | 7/20/99 | 11/20/99 | Part time | |
| R | Kristina | | 10/14/82 | 10/5/99 | 12/1/99 | 2 days a week only | |

K6-14419  04     N

Please remit this page with your payment.

REDACTED

UG-000112



REDACTED

UG-000113

13475

SEE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

11/19/1999

PAY TO THE
ORDER OF __Unum_____  $ **305.25

__Three Hundred Five and 25/100************************************************************ DOLLARS

Security features
included.
Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO__0108121_____

REDACTED

UG-000114

SITE FOR SORE EYES

1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

13578

12/28/1999

PAY TO THE
ORDER OF     Unum                                                                $ **183.64

One Hundred Eighty-Three and 64/100******************************************************     DOLLARS

Security features
Included
Details on back

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO   0108121

REDACTED

UG-000115

PRINTED BY STANDARD REGISTER U.S.A. ZIPSET ®

## UNUM.

UNUM Life Insurance Company of America
Portland, Maine  04122-1670

**Group Enrollment Form**

| 1. Policy | 2. Division # | 3. Policyholder's Name |
|---|---|---|
| 0108121 | | Site for Sore Eyes |

| 4. Employees's Last Name | First | Middle Initial | 5. Social Security Number |
|---|---|---|---|
| | Daisy  R | | |

| 6. Birthdate | 7. Employment Date | 8. Sex | 9. Salary | 10. Hours Worked Weekly |
|---|---|---|---|---|
| 01.17.1970 | 12.21.1999 | ☐ F ☐ M | 12.50 ☐ Weekly ☑ Monthly ☐ Annually | 40 |

| 11. Occupation/Title | 12. Your employer will inform you of available coverages. Check yes to enroll. Check no if you decline or coverage is not available. |
|---|---|
| Optician | Life/AD&D  ☐ Yes ☐ No     LTD       ☐ Yes ☐ No<br>STD       ☐ Yes ☐ No     Dependent Life ☐ Yes ☐ No |

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |
|---|---|---|---|
| | | | |

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above.  This signature also verifies the accuracy of the information on this form.  If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature _____    Date: 12.21.1999

16. For UNUM Use:

| Class | Effective Date of Coverage | | Class | Effective Date of Coverage |
|---|---|---|---|---|
| Life/AD&D | 2/1/99 | | STD | __/__/__ |
| Dep Life | __/__/__ | | LTD | __/__/__ |

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage.  Please consult your employee booklet.

1002-91   (2/98)                    **EMPLOYEE COPY**

REDACTED

UG-000116

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

UNUM.

# Group Insurance
# Premium Statement

**Please Remit To:**

| TOTAL PREMIUM DUE | 230.46 |
|---|---|

| Policy No. 0108121 | Division No.  001   4 |
|---|---|
| Due Date   02/01/2000 | Statement Date 01/05/2000 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
32223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1005 WILLOW PASS RD
CONCORD CA  94520

*Fold*

Our fax number is (207) 575-6730.  Additions / Changes may be faxed to expedite adjustments to your next bill.  (Please continue to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 230.46 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 183.64 |
| (B) Amount Paid | 183.64 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | **230.46** |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14427  04    N



Please remit this page with your payment.

UG-000117

13680

ID

SEE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

01/31/2000

PAY TO THE
ORDER OF ___ **Unum** _____ $ **230.46

Two Hundred Thirty and 46/100**********************************************************************    DOLLARS

🔒 Security feature
Included.
Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO__0108121_____

REDACTED

UG-000118

# EXHIBIT V

UG-000119

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

**UNUM®**

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 427.77 | |
|---|---|---|
| Policy No. 0108121 | Division No. 001  4 | |
| Due Date  03/01/2000 | Statement Date 02/03/2000 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Fold

Our fax number is (207) 575-6730.  Additions / Changes may be faxed to **expedite** adjustments to your next bill.  (Please continue to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344

| SUMMARY OF PREMIUMS DUE | |
|---|---|
| Current Period Premium | 219.41 |
| Adjustments to Prior Period's Premium | -22.10 |
| Prior Period (A) Amount Billed | 230.46 |
| (B) Amount Paid | |
| Balance from Prior Period (A-B) | 230.46 |
| TOTAL PREMIUM DUE | 427.77 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| A C | Daisy | | 01/17/70 | 12/21/00 | 2/1/00 | | 500.00 per week |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14427  84    N



Please remit this page with your payment.

REDACTED

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

Bank of America
CONCORD, CA 95420
11-35/1210

02/09/2000

PAY TO THE
ORDER OF _____ Unum                                                $ **219.41

Two Hundred Nineteen and 41/100******************************************************* DOLLARS

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO___0108121___

REDACTED

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

**UNUM**

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 197.31 |
|---|---|

| Policy No. 0108121 | Division No.  001  4 |
| Due Date  04/01/2000 | Statement Date 03/06/2000 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33225 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1005 WILLOW PASS RD
CONCORD CA  94520

Fold

Our fax number is (207) 575-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 219.41 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 427.77 |
| (B) Amount Paid | 449.87 |
| Balance from Prior Period (A-B) | -22.10 |
| TOTAL PREMIUM DUE | 197.31 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T Y P E | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| A  C | Dairy | | 04/17/70 | 01/2000 | 02/2000 | | 000 perweek |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14439  04   N

Please remit this page with your payment.

REDACTED

SITE FOR SORE EYES

13845

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 576-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

03/17/2000

PAY TO THE
ORDER OF ___ Unum _____ $ **197.31

One Hundred Ninety-Seven and 31/100************************************************ DOLLARS

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO__0108121_____

REDACTED

UG-000123

# Group Insurance Premium Statement

Unum Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122

UNUM.

**Please Remit To:**

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL 60694-3200

| TOTAL PREMIUM DUE | 219.41 |
|---|---|
| Policy No. 0108121 | Division No. 001 4 |
| Due Date 05/01/2000 | Statement Date 04/04/2000 |

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA 94520

Fold

Our fax number is (207) 575-6730. Additions / Changes may be faxed to **expedite** adjustments to your next bill. (Please continue to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed. Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call (800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 219.41 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 197.31 |
| (B) Amount Paid | 197.31 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 219.41 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

K6-14439 04   N



Please remit this page with your payment.

UG-000124

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

13961

04/21/2000

PAY TO THE
ORDER OF ___Unum_____ $ **219.41

Two Hundred Nineteen and 41/100*********************************************************

DOLLARS
🔒 Security features
included
Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

RECEIVED IN
ENV. $ 3322

MEMO__0108121

UG-000125

REDACTED

# EXHIBIT W

UG-000126



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

UNUM®

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 438.82 |
|---|---|
| Policy No. 0108121 | Division No.  001   4 |
| Due Date  06/01/2000 | Statement Date  05/05/2000 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Fold

Our fax number is (207) 575-6730.  Additions / Changes may be faxed to expedite adjustments to your next bill. (Please continue to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call (800) 421-0344

| SUMMARY OF PREMIUMS DUE | | |
|---|---|---|
| Current Period Premium | | 219.41 |
| Adjustments to Prior Period's Premium | | |
| Prior Period<br>(A) Amount Billed | 219.41 | |
| (B) Amount Paid | | |
| Balance from Prior Period (A-B) | | 219.41 |
| TOTAL PREMIUM DUE | | 438.82 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14439  04     N



Please remit this page with your payment.

Policy No. 0108121    Division No.  001    4

| | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| T Y P E O | Addition - All Fields<br>Salary Change - Name, Effective Date and Salary<br>Termination - Name and Last Day Worked (in Effective Date field)<br>Reinstatement - All Fields<br>Class Change - Name, Effective Date and Class<br>Other Change | | | | | | |
| | Melana | | 9/6/1980 | 4/4/00 | 5/4/00 | | 8.50 per hour |

REDACTED

UG-000128

PRINTED BY STANDARD REGISTER U.S.A. ZIPSET ®

| UNUM. | UNUM Life Insurance Company of America<br>Portland, Maine 04122-1670 | **Group<br>Enrollment<br>Form** |
|---|---|---|

| 1. Policy<br>010812/ | 2. Division # | 3. Policyholder's Name<br>Site for Sore Eyes | |
|---|---|---|---|

| 4. Employee's Last Name<br>G | First<br>MELANA | Middle Initial<br>J | 5. Social Security Number |
|---|---|---|---|

| 6. Birthdate<br>09/06/1980 | 7. Employment Date<br>Y 141 00 | 8. Sex<br>☒ F<br>☐ M | 9. Salary<br>$ 8.50 | ☐ Weekly<br>☐ Monthly<br>☐ Annually | 10. Hours Worked<br>Weekly<br>40 |

| 11. Occupation/Title<br>RECEPTIONIST | 12. Your employer will inform you of available coverages. Check yes to enroll.<br>Check no if you decline or coverage is not available. | | |
|---|---|---|---|
| | Life/AD&D ☐ Yes ☐ No | LTD | ☐ Yes ☐ No |
| | STD ☐ Yes ☐ No | Dependent Life | ☐ Yes ☐ No |

| 13. Beneficiary(ies) Last Name<br>R | First<br>NICHOLAS | Middle Initial<br>R | 14. Relationship |
|---|---|---|---|

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature _Melany S_      Date: 08/16/2000

16. For UNUM Use:

| Class | Effective Date of Coverage | Class | Effective Date of Coverage |
|---|---|---|---|
| Life/AD&D | _/_/_ | STD | _/_/_ |
| Dep Life | _/_/_ | LTD | _/_/_ |

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

1002-91   (2/98)                    **EMPLOYEE COPY**

REDACTED

UG-000129

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

14051

05/01/2000

PAY TO THE
ORDER OF ___ Unum _____ $ **219.41

___ Two Hundred Nineteen and 41/100************************************************************* DOLLARS

🔒 Security features
included
Details on back.

Unum
Dept LA21195
Pasadena, Ca 91185

MEMO ___ 0108121 _____

REDACTED

# EXHIBIT X

UG-000131

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

UNUM®

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 581.21 |
|---|---|---|
| Policy No. 0108121 | Division No. 001  4 | |
| Due Date  07/01/2000 | Statement Date  06/05/2000 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
1003 WILLOW PASS RD
CONCORD CA  94520

Fold

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

Our fax number is (207) 575-6730.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

| SUMMARY OF PREMIUMS DUE | |
|---|---|
| Current Period Premium | 241.30 |
| Adjustments to Prior Period's Premium | 120.50 |
| Prior Period (A) Amount Billed   —   438.82 (B) Amount Paid   —   219.41 | |
| Balance from Prior Period (A-B)  — | 219.41 |
| TOTAL PREMIUM DUE   — | 581.21 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN.
Termination - Name, Last Day Worked (Effective Date) and SSN.
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| T  S | Paul | | 10/4/70 | | 6/8/00 (last day) | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14439  84    N

Please remit this page with your payment.

# REDACTED

UG-000132

Dear Vender _Unum_ :

Acc. # _0108121_

We are not moving but as of August 1st our address is
changing to 901 Sunvalley Blvd. 94520 our
telephone number will remain the same.

                                        Thank You,
                                        Site For Sore Eyes
                                        901 Sunvalley Blvd.
                                        Concord, Ca 94520

                        Page 1

UG-000133

14124

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

06/13/2000

PAY TO THE
ORDER OF ___ Unum _____  $ **438.82

___ Four Hundred Thirty-Eight and 82/100**************************************************************  DOLLARS

Security features
Included.
Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO ___ 0108121 _____

REDACTED

# EXHIBIT Y

UG-000135

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

UNUM.

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 164.29 |
|---|---|---|
| Policy No. 0108121 | Division No.  001   4 | |
| Due Date  08/01/2000 | Statement Date 07/05/2000 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

Our fax number is (207) 575-6730. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

### SUMMARY OF PREMIUMS DUE

| | | |
|---|---|---|
| Current Period Premium | | 237.62 |
| Adjustments to Prior Period's Premium | | 5.69 |
| Prior Period<br>(A) Amount Billed<br>(B) Amount Paid | 581.21<br>658.23 | |
| Balance from Prior Period (A-B) | | -77.02 |
| **TOTAL PREMIUM DUE** | | 164.29 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name<br>(last, first, middle initial) | Social Security<br>Number | Date of<br>Birth | Date of<br>Hire | Effective<br>Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| A | K    Donovan | | 12/21/67 | 06/30/00 | 08/01/00 | | 3083.00 per month |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14439  84    N

Please remit this page with your payment.

# REDACTED

UG-000136

**UNUM.** UNUM Life Insurance Company of America
Portland, Maine 04122-1670

**Group Enrollment Form**

| 1. Policy | 2. Division # | 3. Policyholder's Name |
|---|---|---|
| 0 108 12 1 | | Site for Sore Eyes |

| 4. Employee's Last Name | | First | Middle Initial | 5. Social Security Number |
|---|---|---|---|---|
| K | | Donavan | A | |

| 6. Birthdate | 7. Employment Date | 8. Sex | 9. Salary | | 10. Hours Worked Weekly |
|---|---|---|---|---|---|
| 12 12 1967 | 06 30 00 | ☐ F ☐ M | 3083.00 | ☐ Weekly ☑ Monthly ☐ Annually | |

11. Occupation/Title
Assistance Manager

12. Your employer will inform you of available coverages. Check yes to enroll.
Check no if you decline or coverage is not available.
Life/AD&D ☐ Yes ☐ No    LTD ☐ Yes ☐ No
STD ☐ Yes ☐ No    Dependent Life ☐ Yes ☐ No

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |
|---|---|---|---|
| Andrea K | | B | Sister |

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature   Donavan    Date: 07 17 1900

16. For UNUM Use:
| Class | Effective Date of Coverage | Class | Effective Date of Coverage |
|---|---|---|---|
| ___ Life/AD&D | __/__/__ | ___ STD | __/__/__ |
| ___ Dep Life | __/__/__ | ___ LTD | __/__/__ |

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

1002-91  (2/98)    **EMPLOYEE COPY**

REDACTED

UG-000137

14244

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5538

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

07/18/2000

PAY TO THE
ORDER OF ___ Unum                                                    $ **164.29

___ One Hundred Sixty-Four and 29/100************************************************    DOLLARS

Security features
included
Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO ___ 0108121

MP

REDACTED

UG-000138

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

**UNUM.**

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 237.62 |
|---|---|

| Policy No. 0108121 | Division No. 001  4 |
|---|---|
| Due Date  09/01/2000 | Statement Date 08/07/2000 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33225 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

Our fax number is (207) 575-6989.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 237.62 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 164.29 |
| (B) Amount Paid | 164.29 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 237.62 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14639  04     N

Please remit this page with your payment.

UG-000139

14369

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

08/28/2000

PAY TO THE
ORDER OF __Unum_____    $ **237.62

__Two Hundred Thirty-Seven and 62/100************************************************************ DOLLARS
                                                                                    Security features
                                                                                    included.
                                                                                    Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO__0108121_____

REDACTED

UG-000140

# EXHIBIT Z

UG-000141



Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

UNUM®

# Group Insurance
# Premium Statement

Please Remit To: _

| TOTAL PREMIUM DUE | | 283.88 |
|---|---|---|
| Policy No. 0108121 | Division No.  001  4 | |
| Due Date  10/01/2000 | Statement Date  09/07/2000 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

---

Our fax number is (207) 575-6989.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

## SUMMARY OF PREMIUMS DUE

| | | |
|---|---|---|
| Current Period Premium | | 253.04 |
| Adjustments to Prior Period's Premium | | 30.84 |
| Prior Period | | |
| (A) Amount Billed | 237.62 | |
| (B) Amount Paid | 237.62 | |
| Balance from Prior Period (A-B) | | |
| TOTAL PREMIUM DUE | | 283.88 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| 6 | Melana | | 9/6/80 | 4/4/00 | 9/30/00 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14439  04    N



Please remit this page with your payment.

# REDACTED

UG-000142

14464

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

09/21/2000

PAY TO THE
ORDER OF ___ Unum                                            $ **283.88

_Two Hundred Eighty-Three and 88/100_********************************************************   DOLLARS

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO___0108121

REDACTED

UG-000143



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

**UNUM®**

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 536.92 | |
|---|---|---|
| Policy No. 0108121 | Division No. 001 4 | |
| Due Date 11/01/2000 | Statement Date 10/05/2000 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL 60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA 94520

Fold

Our fax number is (207) 575-6989.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

| SUMMARY OF PREMIUMS DUE | |
|---|---|
| Current Period Premium | 253.04 |
| Adjustments to Prior Period's Premium | |
| Prior Period<br>(A) Amount Billed | 283.88 |
| (B) Amount Paid | |
| Balance from Prior Period (A-B) | 283.88 |
| TOTAL PREMIUM DUE | 536.92 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| G | Melana | | | | 9/31/00 | | |
| C | Daisy | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14427  04    N

Please remit this page with your payment.

REDACTED

UG-000144

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

14544

10/23/2000

PAY TO THE
ORDER OF ___Unum_____    $**253.04

_Two Hundred Fifty-Three and 04/100**************************************************__    DOLLARS

🔒 Security features
included.
Details on back

Unum
Dept LA21195
Pasadena, Ca 91185

MEMO__0108121_____

MP

REDACTED

UG-000145

# EXHIBIT AA

UG-000146

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

UNUM®

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 230.93 |
|---|---|---|
| Policy No. 0108121 | Division No. 001 4 | |
| Due Date 12/01/2000 | Statement Date 11/07/2000 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
35223 TREASURY CENTER
CHICAGO IL 60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

Our fax number is (207) 771-4039. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

| SUMMARY OF PREMIUMS DUE | |
|---|---|
| Current Period Premium | 245.67 |
| Adjustments to Prior Period's Premium | -14.76 |
| Prior Period (A) Amount Billed | 536.92 |
| (B) Amount Paid | 536.92 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 230.93 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| C | Daisy | | 1 17 70 | 12 1 99 | 9 28 00 | | |
| | (2nd Request) | | | | | | |

K6-14489  04   N

Please remit this page with your payment.

REDACTED

UG-000147

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

14642

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

11/20/2000

PAY TO THE
ORDER OF ___Unum_____ $ **230.93

Two Hundred Thirty and 93/100***************************************************** DOLLARS

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO___0108121_____

REDACTED

UG-000148



UNUM®

GROUP INSURANCE PREMIUM STATEMENT

| | |
|---|---|
| Policy No. 0100121 | Division No. 001 |
| Due Date 01/01/2001 | Statement Date 12/07/2000 |
| | PAGE 001 |

SHERI A. GARAY DBA
SITE FOR SORE EYES

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 254.83 |
| Adjustments to Prior Period's Premium | -32.52 |
| Prior Period | |
| (A) Amount Billed | 259.95 |
| (B) Amount Paid | |
| Balance from Prior Period (A-B) | 259.95 |

### TOTAL PREMIUM DUE | 455.26

IMPORTANT!
- Rates are shown on a monthly basis.
- Please verify balance due from prior period. Notify us of any discrepancies.

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33225 TREASURY CENTER
CHICAGO IL 60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
701 SUNVALLEY BLVD
CONCORD CA 94520

## SUMMARY OF CURRENT PERIOD PREMIUMS
FROM 01/01/2001 THROUGH 01/31/2001

| MINI-PLAN LONG-TERM DISABILITY<br>EE'S WITH COVERAGE | (N-LTD)<br>15 | RATE<br>17.7x15<br>MULTIPLE | 254.83 |
|---|---|---|---|

### CURRENT PERIOD PREMIUM | | | 254.83

For billing questions, please call
(800) 421-0344

KEEP FOR YOUR RECORDS

K6-14609  04     N

UG-000149



REDACTED



REDACTED

UG-000151

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

14740

12/20/2000

PAY TO THE
ORDER OF _____ Unum _____ $ **230.93

Two Hundred Thirty and 93/100************************************************************* DOLLARS

🔒 Security features
included
Details on back.

Unum
Dept LA21195
Pasadena, Ca 91185

MEMO ___ 0108121

MP

REDACTED

UG-000152

# EXHIBIT BB

UG-000153

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

01354

**UNUM.**

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 437.14 |
|---|---|
| Policy No. 0108121 | Division No. 001 4 |
| Due Date 02/01/2001 | Statement Date 01/09/2001 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

Our fax number is (207) 771-4039.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 254.83 |
| Adjustments to Prior Period's Premium | |
| Prior Period<br>(A) Amount Billed | 433.24 |
| (B) Amount Paid | 230.93 |
| Balance from Prior Period (A-B) | 202.31 |
| TOTAL PREMIUM DUE | 437.14 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name<br>(last, first, middle initial) | Social Security<br>Number | Date of<br>Birth | Date of<br>Hire | Effective<br>Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| T R | Kristina | | 10/14/84 | | 0 01 07 | | |

K6-14409  04    N



Please remit this page with your payment.

REDACTED

UG-000154

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

14854

01/24/2001

PAY TO THE
ORDER OF   Unum                                                              $ **230.93

Two Hundred Thirty and 93/100********************************************************** DOLLARS

Security features
included.
Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO   0108121

REDACTED

UG-000155

*Decline 2-2-01*
*Veronica Devera*

**UNUM.**

UNUM Life Insurance Company of America
Portland, Maine 04122-1670

**Group Enrollment Form**

| 1. Policy 0168124 | 2. Division # 001 | 3. Policyholder's Name Site for Sore Eyes |

| 4. Employee's Last Name H | Veronica First | Middle Initial | 5. Social Security Number |

| 6. Birthdate 02/16/1967 | 7. Employment Date 01/23/2001 | 8. Sex ☒ F ☐ M | 9. Salary $1500 ☐ Weekly ☐ Monthly ☒ Annually | 10. Hours Worked Weekly 38 |

| 11. Occupation/Title Optician | 12. Your employer will inform you of available coverages. Check yes to enroll. Check no if you decline or coverage is not available.
Life/AD&D ☐ Yes ☒ No     LTD ☐ Yes ☒ No
STD ☐ Yes ☒ No     Dependent Life ☐ Yes ☒ No |

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature _Veronica_ ____ Date: 2/2/2001

| 16. For UNUM Use:
Class     Effective Date of Coverage
____ Life/AD&D ___/___/___
____ Dep Life ___/___/___ | Class     Effective Date of Coverage
STD ___/___/___
LTD ___/___/___ |

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

1002-91   (2/96)                    **EMPLOYEE COPY**

*Decline life insurance policy*

REDACTED

UG-000156

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122          01392

UNUM®

# Group Insurance Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 453.54 |
|---|---|---|
| Policy No. 0108121 | Division No. 001 4 | |
| Due Date 03/01/2001 | Statement Date 02/06/2001 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33225 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD.
CONCORD CA  94520

222.61

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

Our fax number is (207) 771-4038. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 256.83 |
| Adjustments to Prior Period's Premium | 10.50 |
| Prior Period | |
| (A) Amount Billed | 437.14 |
| (B) Amount Paid | 230.93 |
| Balance from Prior Period (A-B) | 206.21 |
| TOTAL PREMIUM DUE | 453.54 |

| Addition - All Fields |
| Salary Change - Name, Effective Date, Salary and SSN |
| Termination - Name, Last Day Worked (Effective Date) and SSN |
| Reinstatement - All Fields |
| Class Change - Name, Effective Date and Class. |
| Other Change |

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14409  04    N

Please remit this page with your payment.



UG-000157

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

14956

02/28/2001

PAY TO THE
ORDER OF ___ Unum ___

$ **222.61

Two Hundred Twenty-Two and 61/100******************************************************** DOLLARS

Security features
included
Details on back.

Unum
Dept LA21195
Pasadena, Ca 91185

RECEIVED IN
MAR. 2003

MEMO ___ 0108121 ___

REDACTED

UG-000158

# EXHIBIT CC

UG-000159

UNUM Life Insurance
Company of America          01738
2211 Congress Street
Portland, Maine 04122

UNUM.

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 459.44 |
|---|---|
| Policy No. 0108121 | Division No.  001  4 |
| Due Date  04/01/2001 | Statement Date 03/08/2001 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
35225 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

Our fax number is (207) 771-4039.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 236.83 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 453.54 |
| (B) Amount Paid | 230.93 |
| Balance from Prior Period (A-B) | 222.61 |
| TOTAL PREMIUM DUE | 459.44 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| A | Veronica | | 2/16/61 | 1/23/01 | 3/01/01 | | 15.00 prhr |
| T | Raquel | | | | 3/01/01 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14409  04     N

Please remit this page with your payment.

REDACTED

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

15027

03/16/2001

PAY TO THE
ORDER OF    Unum                                                                    $   **236.83

Two Hundred Thirty-Six and 83/100****************************************************

DOLLARS
Security features
included
Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO   0108121

MP

REDACTED

UG-000161

PRINTED BY STANDARD REGISTER U.S.A. ZIPSET ®

**UNUM.** UNUM Life Insurance Company of America
Portland, Maine 04122-1670

**Group
Enrollment
Form**

| 1. Policy | 2. Division # | 3. Policyholder's Name |
|---|---|---|
| 0108121 | | Site for Sore Eyes |

| 4. Employee's Last Name | First | Middle Initial | 5. Social Security Number |
|---|---|---|---|
| D | FAYE | | |

| 6. Birthdate | 7. Employment Date | 8. Sex | 9. Salary | | 10. Hours Worked Weekly |
|---|---|---|---|---|---|
| 11/26/1949 | 4/01/01 | ☐ M ☑ F | $600 | ☑ Weekly ☐ Monthly ☐ Annually | 40 |

11. Occupation/Title

12. Your employer will inform you of available coverages. Check yes to enroll.
Check no if you decline or coverage is not available.

| | | | | | |
|---|---|---|---|---|---|
| Life/AD&D | ☐ Yes ☐ No | | LTD | ☐ Yes ☐ No | |
| STD | ☐ Yes ☐ No | | Dependent Life | ☐ Yes ☐ No | |

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |
|---|---|---|---|
| D | JOHN | | HUSBAND |

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature _____  Date: 03/27/2001

16. For UNUM Use:

| Class | Effective Date of Coverage | Class | Effective Date of Coverage |
|---|---|---|---|
| Life/AD&D | __/__/__ | STD | __/__/__ |
| Dep Life | __/__/__ | LTD | __/__/__ |

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

1002-91  (2/98)                    **EMPLOYEE COPY**

REDACTED

UG-000162

# EXHIBIT DD

UG-000163



Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

05160

# Group Insurance
# Premium Statement

| TOTAL PREMIUM DUE | | 287.53 |
|---|---|---|
| Policy No. 0108121 | Division No. 001 | |
| Due Date 05/01/2001 | Statement Date 04/09/2001 | |

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA 94520

Please Remit To:

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL 60694-3200

*Paid*

Our fax number is (207) 771-4039. Additions / Changes may be faxed to expedite adjustments to your next bill. (Please continue to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed. Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344

| SUMMARY OF PREMIUMS DUE | | |
|---|---|---|
| Current Period Premium | | 253.73 |
| Adjustments to Prior Period's Premium | | 33.80 |
| Prior Period | | |
| (A) Amount Billed | 459.44 | |
| (B) Amount Paid | 459.44 | |
| Balance from Prior Period (A-B) | | |
| TOTAL PREMIUM DUE | | 287.53 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| T | A | Veronica | | 2/16/1967 | | 3/22/01 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

K6-14409  04    H

Please remit this page with your payment.

REDACTED

UG-000164

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

15144

04/23/2001

PAY TO THE
ORDER OF ___ Unum ___                                                    $ **287.53

Two Hundred Eighty-Seven and 53/100************************************************************ DOLLARS

Security features
included.
Details on back.

Unum
Dept LA21195
Pasadena, Ca 91185

MEMO ___ 0108121 ___

REDACTED

UG-000165

# EXHIBIT EE

UG-000166

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122    01866

UNUM®

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 183.53 | |
|---|---|---|
| Policy No. 0108121 | Division No. 001   4 | |
| Due Date  06/01/2001 | Statement Date 05/09/2001 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

*Fold*

Our fax number is (207) 771-4039. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

| SUMMARY OF PREMIUMS DUE | | |
|---|---|---|
| Current Period Premium | | 230.33 |
| Adjustments to Prior Period's Premium | | -46.80 |
| Prior Period | | |
| (A) Amount Billed | 287.53 | |
| (B) Amount Paid | 287.53 | |
| Balance from Prior Period (A-B) | | |
| TOTAL PREMIUM DUE | | 183.53 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| A  D | Faye | | 11/26/49 | 03/27/01 | 05/01/01 | | 600 pr week |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14409  04    N

Please remit this page with your payment.

REDACTED

UG-000167

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

15225

05/22/2001

PAY TO THE
ORDER OF     Unum                                                    $  **183.53

One Hundred Eighty-Three and 53/100************************************************** DOLLARS

Security features
Included
Details on back

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO    0108121

M*

REDACTED

UG-000168

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

04824

UNUM®

# Group Insurance
# Premium Statement

Please Remit To:

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL 60694-3200

| TOTAL PREMIUM DUE | | 431.18 |
|---|---|---|
| Policy No. 0108121 | Division No.  001  4 | |
| Due Date  07/01/2001 | Statement Date 06/08/2001 | |

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA 94520

*Fold*

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

Our fax number is (207) 771-4039.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 297.28 |
| Adjustments to Prior Period's Premium | 133.90 |
| Prior Period | |
| (A) Amount Billed | 183.53 |
| (B) Amount Paid | 183.53 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 431.18 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14404  04    N



Please remit this page with your payment.

UG-000169

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

15328

06/29/2001

PAY TO THE
ORDER OF ____Unum_____ $ **431.18

Four Hundred Thirty-One and 18/100***********************************************  DOLLARS
Security features
included.
Details on back.

Unum
Dept LA21195
Pasadena,Ca 91185

MEMO___0108121_____

MP

REDACTED

# EXHIBIT FF

UG-000171

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

02531

**UNUM®**

# Group Insurance Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 728.46 |
|---|---|---|
| Policy No. 0108121 | | Division No. 001   4 |
| Due Date   08/01/2001 | | Statement Date 07/09/2001 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL  60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

Our fax number is (207) 771-4039.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

| SUMMARY OF PREMIUMS DUE | | |
|---|---|---|
| Current Period Premium | | 297.28 |
| Adjustments to Prior Period's Premium | | |
| Prior Period | | |
| (A) Amount Billed | 431.18 | |
| (B) Amount Paid | | |
| Balance from Prior Period (A-B) | | 431.18 |
| TOTAL PREMIUM DUE | | 728.46 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| T D | Faye | | | | 07/01/01 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14409  04    N



Please remit this page with your payment.

REDACTED

UG-000172



| | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Class | Salary |
|---|---|---|---|---|---|---|---|
| T Y P E | | | | | | | |
| D | faye | | | | 7/1/01 | | |

Addition - All Fields
Salary Change - Name, Effective Date and Salary
Termination - Name and Last Day Worked (In Effective Date field)
Reinstatement - All Fields
Class Change - Name, Effective Date and Class
Other Change - Name, Effective Date and Class

Policy No. 0108121    Division No.   001   4

REDACTED



SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

15389

07/18/2001

PAY TO THE
ORDER OF     Unum                                          $  **431.18

Four Hundred Thirty-One and 18/100**********************************************************  DOLLARS

Unum
Dept LA21195
Pasadena, Ca 91185

MEMO    0108121

REDACTED

# EXHIBIT GG

UG-000175

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

02055

**UNUM®**

# Group Insurance
# Premium Statement

Please Remit To:

UNUM LIFE INSURANCE
COMPANY OF AMERICA
35223 TREASURY CENTER
CHICAGO IL  60694-3200

| TOTAL PREMIUM DUE | | 201.86 | |
|---|---|---|---|
| Policy No.  0108121 | | Division No.   001   4 | |
| Due Date  10/01/2001 | | Statement Date 09/07/2001 | |

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4039.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 239.33 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | |
| (B) Amount Paid | -37.47 |
| Balance from Prior Period (A-B) | -37.47 |
| TOTAL PREMIUM DUE | 201.86 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| T Y P E | | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|---|
| T | L | Richard | | | | 10/1/01 | | | |
| T | E | Donovan | | | | 10/1/01 | | | |
| R | H | Wilhelm | | 7/22/1973 | 8/1/01 | 9/1/01 | | | |
| A | C | Christina | | 09/10/1968 | 9/4/01 | 10/4/01 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

K6-14411  04    N

Please remit this page with your payment.

REDACTED

**UNUM.**  UNUM Life Insurance Company of America
Portland, Maine 04122-1670

**Group Enrollment Form**

| 1. Policy | 2. Division # | 3. Policyholder's Name |
|---|---|---|
| 010814 | | Site for Sore Eyes |

| 4. Employee's Last Name | | | 5. Social Security Number |
|---|---|---|---|
| C | First: Christina   Middle Initial: A | | |

| 6. Birthdate | 7. Employment Date | 8. Sex | 9. Salary | | 10. Hours Worked |
|---|---|---|---|---|---|
| 09101968 | 09042001 | ☑ F  ☐ M | $ 750 | ☑ Weekly ☐ Monthly ☐ Annually | Weekly |

11. Occupation/Title
Assistant Manager

12. Your employer will inform you of available coverages. Check yes to enroll.
Check no if you decline or coverage is not available.

| | | LTD | ☐ Yes ☐ No |
|---|---|---|---|
| Life/AD&D | ☐ Yes ☐ No | Dependent Life | ☐ Yes ☐ No |
| STD | ☐ Yes ☐ No | | |

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |
|---|---|---|---|
| C | Dustin | M | Son |

• To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature: Christina    Date: 09062001

16. For UNUM Use:

| Class | | Effective Date of Coverage | Class | | Effective Date of Coverage |
|---|---|---|---|---|---|
| | Life/AD&D | __/__/__ | | STD | __/__/__ |
| | Dep Life | __/__/__ | | LTD | __/__/__ |

**NOTICE:** Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

1002-91    (2/98)    **EMPLOYEE COPY**

REDACTED

UG-000177

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

15538

09/21/2001

PAY TO THE
ORDER OF    Unum                                                    $ **201.86

Two Hundred One and 86/100***************************************************************

DOLLARS
Security features
included
Details on back.

Unum
33223 Treasury Center
Chicago, Ill 60694-3200

MEMO    0108121                                                         MP

REDACTED

UG-000178

PRINTED BY STANDARD REGISTER U.S.A. ZIPSET ®

**UNUM.**   UNUM Life Insurance Company of America
Portland, Maine 04122-1670

**Group Enrollment Form**

| 1. Policy | 2. Division # | 3. Policyholder's Name |
| 01081211 | | Site for Sore Eyes |

| 4. Employee's Last Name | First | Middle Initial | 5. Social Security Number |
| H | Wilhelm | A | |

| 6. Birthdate | 7. Employment Date | 8. Sex | 9. Salary | 10. Hours Worked Weekly |
| 03,22,1973 | _/_/_ | ☐ F  ☑ M | $ 540 ☑ Weekly ☐ Monthly ☐ Annually | 40 |

11. Occupation/Title
LAB TECH

12. Your employer will inform you of available coverages. Check yes to enroll.
Check no if you decline or coverage is not available.

| Life/AD&D | ☑ Yes ☐ No | LTD | ☐ Yes ☑ No |
| STD | ☐ Yes ☑ No | Dependent Life | ☐ Yes ☑ No |

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |
| H | Evelyn | a. | Mother |

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

| Employee's Signature | Date: 09,20,2001 |

16. For UNUM Use:

| Class | Effective Date of Coverage | Class | Effective Date of Coverage |
| _____ | _/_/_ | STD | _/_/_ |
| _____ Life/AD&D | _/_/_ | LTD | _/_/_ |
| _____ Dep Life | _/_/_ | | |

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

**EMPLOYEE COPY**

1002-91   (2/96)

REDACTED

UG-000179

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122                    01972

**UNUM**®

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 134.84 |
|---|---|---|
| Policy No. 0108121 | Division No. 001 4 | |
| Due Date 11/01/2001 | Statement Date 10/09/2001 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
33223 TREASURY CENTER
CHICAGO IL 60694-3200

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA 94520

Fold

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4039. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 189.36 |
| Adjustments to Prior Period's Premium | -54.52 |
| Prior Period | |
| (A) Amount Billed | 281.86 |
| (B) Amount Paid | 281.86 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | 134.84 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

K6-14406  04    N



Please remit this page with your payment.

UG-000180

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

15626

10/22/2001

PAY TO THE
ORDER OF     Unum                      $   **134.84

One Hundred Thirty-Four and 84/100*****************************************************

DOLLARS
Security features
included
Details on back

Unum
33223 Treasury Center
Chicago, Ill 60694-3200

MEMO    0108121

REDACTED

| Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|
| Derrick | | 10/25/81 | 9/4/01 | 11/1/01 | | | 13.00 per hr 40 hrs/wk |

Policy No. 0108121     Division No.   001   4

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (in Effective Date field) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

T
Y
P
E    M C

REDACTED

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
Employment Eligibility Verification

Please read instructions carefully before completing this form. The instructions must be available during completion of this form.
ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1.  Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| G | Deborah | | |

| Address (Street Name and Number) | | Apt. # | Date of Birth (month/day/year) |
|---|---|---|---|
| | | | 10/25/81 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Pittsburg | CA | 94565 | |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☒ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A _____)
☐ An alien authorized to work until _____
(Alien # or Admission # _____)

| Employee's Signature | Date (month/day/year) |
|---|---|
| | 9/22/01 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2.  Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: | | | | |
| Issuing authority: | | | | |
| Document #: | | | | |
| Expiration Date (if any): | | | | |
| Document #: | | | | |
| Expiration Date (if any): | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) _____ and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

| Signature of Employer or Authorized Representative | Print Name | Title |
|---|---|---|
| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |

**Section 3.  Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of rehire (month/day/year) (if applicable) |
|---|---|

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: | Document #: | Expiration Date (if any): |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|

Form I-9 (Rev. 11-21-91) N

REDACTED

UNUM.

UNUM Life Insurance Company of America
Portland, Maine 04122-1870

**Group Enrollment Form**

3. Policyholder's Name: Site for Sore Eyes

1. Policy: 01 0812 1

2. Division #

4. Employee's Last Name: G

First: DERRICK   Middle Initial: T

5. Social Security Number

6. Birthdate: 10/25/1981

7. Employment Date: 9-14-01

7a. Sex: M

9. Salary

☑ Weekly
☐ Monthly
☐ Annually

10. Hours Worked Weekly: 40

11. Occupation/Title: DESIGNER

12. Your employer will inform you of available coverages. Check yes to enroll.
Check no if you decline or coverage is not available.
Life/AD&D   ☐ Yes ☐ No
STD   ☐ Yes ☐ No
LTD   ☐ Yes ☐ No     ☐ Yes ☐ No
Dependent Life   ☐ Yes ☐ No

13. Beneficiary(ies) Last Name: G

First: DERRICK   Middle Initial: T   14. Relationship: SON

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Date: 10 22 01

Employee's Signature

16. For UNUM Use:
Class _____   Effective Date of Coverage _____   Class _____   Effective Date of Coverage _____
Life/AD&D   STD
Dep Life   LTD

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

**EMPLOYEE COPY**

1002-91   (2/98)

REDACTED

UG-000184



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

02206

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 324.20 |
|---|---|
| Policy No. 0108121 | Division No.   001   4 |
| Due Date   12/01/2001 | Statement Date 11/08/2001 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA   30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

*Fold*

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4039. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 189.36 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 134.84 |
| (B) Amount Paid | |
| Balance from Prior Period (A-B) | 134.84 |
| TOTAL PREMIUM DUE | 324.20 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change
T
y
p
e

| Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

K6-14468  04     N



Please remit this page with your payment.

UG-000185

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

15711

11/26/2001

PAY TO THE
ORDER OF          **Unum**                                                      $ **189.36

One Hundred Eighty-Nine and 36/100***********************************************************  DOLLARS

Unum
33223 Treasury Center
Chicago, Ill 60694-3200

MEMO    0108121

REDACTED

UG-000186

# EXHIBIT HH

UG-000187



UNUM Life Insurance
Company of America          05187
2211 Congress Street
Portland, Maine 04122

UNUM.

# Group Insurance
# Premium Statement

Please Remit To:

TOTAL PREMIUM DUE          223.17

**Policy No.** 0108121    | **Division No.** 001  4

**Due Date** 01/01/2002  | Statement Date 12/10/2001

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA  30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

*Fold*

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4039. Additions / Changes may be faxed
to **expedite** adjustments to your next bill. (Please continue
to return this form with your premium payment.)
**Please check here if faxed**

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 200.63 |
| Adjustments to Prior Period's Premium | 22.54 |
| Prior Period | |
| (A) Amount Billed | 324.20 |
| (B) Amount Paid | 324.20 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 223.17 |

| | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Action  All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
One Change - Name, Effective Date, Class and SSN

T
y
p
e

X6-14408  04    N

Please remit this page with your payment.

REDACTED

UG-000188

UNUM
Company of America
2211 Congress Street
Portland, Maine 04122

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 200.63 | |
|---|---|---|
| Policy No. 0108121 | Division No. 001 4 | |
| Due Date 02/01/2002 | Statement Date 01/10/2002 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA 30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA 94520

Fold

lease pay as billed. Adjustments for
hanges received prior to the statement
ate are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4039. Additions / Changes may be faxed
to **expedite adjustments** to your next bill. (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 200.63 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 223.17 |
| (B) Amount Paid | 223.17 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 200.63 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| Employee Name (last, first, middle initial) | Social Security | Date of | Date of | Effective |
|---|---|---|---|---|
| | | | | |

## REDACTED

K6-14408 04 N



*Please remit this page with your payment.*

UG-000189

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

15876

01/21/2002

PAY TO THE
ORDER OF _____ **Unum** _____ $ **200.63

Two Hundred and 63/100************************************************************************** DOLLARS

Security features
included.
Details on back.

**Unum Life Ins**
**P.O.Box 406990**
**Atlanta, Ga 30384-6990**

MEMO_____ 0108121 _____

REDACTED

UG-000190



MEMO  0108121

REDACTED

UG-000191

# EXHIBIT II

UG-000192



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

00816

# Group Insurance
# Premium Statement

UNUM.

Please Remit To:

| TOTAL PREMIUM DUE | | 129.34 |
|---|---|---|
| Policy No. 0108121 | Division No. | 001   4 |
| Due Date   03/01/2002 | Statement Date 02/07/2002 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA   30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA   94520

Fold

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4039.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 173.11 |
| Adjustments to Prior Period's Premium | -43.77 |
| Prior Period | |
| (A) Amount Billed | 200.63 |
| (B) Amount Paid | 200.63 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 129.34 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| A  B | Cecilia | | 7/21/64 | 2/6/02 | 3/6/02 | | | |
| A  C | Kay | | 12/31/77 | 12/3/01 | 2/1/02 | | | |

REDACTED

UG-000193

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

15946

02/12/2002

PAY TO THE
ORDER OF ___ Unum _____ $ **173.11

One Hundred Seventy-Three and 11/100********************************************************

DOLLARS
Security features
Included.
Details on back.

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO___ 0108121 _____

AP

REDACTED

# EXHIBIT JJ

UG-000195



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

00665

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 188.88 |
|---|---|
| Policy No. 0108121 | Division No.   001   4 |
| Due Date   04/01/2002 | Statement Date 03/11/2002 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA  30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4039.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 204.05 |
| Adjustments to Prior Period's Premium | 28.60 |
| Prior Period | |
| (A) Amount Billed | 129.34 |
| (B) Amount Paid | 175.11 |
| Balance from Prior Period (A-B) | -43.77 |
| TOTAL PREMIUM DUE | 188.88 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| T B | Cecela | | | | 4/1/02 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

K6-14408  04      N



Please remit this page with your payment.

REDACTED

UG-000196



SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

16027

3/20/2002

PAY TO THE
ORDER OF        Unum

$  **188.88

DOLLARS

Unum Life Ins
P.O. Box 406990
Atlanta, Ga 30384-6990

MEMO        0108121

REDACTED



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

00654

# Group Insurance Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 170.77 |
|---|---|---|
| Policy No. 0108121 | Division No. 001 4 | |
| Due Date 05/01/2002 | Statement Date 04/09/2002 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA 30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA 94520

Fold

Please pay as billed. Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4039. Additions / Changes may be faxed to expedite adjustments to your next bill. (Please continue to return this form with your premium payment.)
Please check here if faxed ☐

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 187.41 |
| Adjustments to Prior Period's Premium | -16.64 |
| Prior Period | |
| (A) Amount Billed | 188.88 |
| (B) Amount Paid | 188.88 |
| Balance from Prior Period (A-B) | |
| **TOTAL PREMIUM DUE** | **170.77** |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

K6-14408  04    N



Please remit this page with your payment.

UG-000198

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

16100

4/13/2002

PAY TO THE
ORDER OF        Unum                                                                    $  **170.77

One Hundred Seventy and 77/100*********************************************************************  DOLLARS

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO    0108121                                                                          MP

© 1994 - 1997 INTUIT INC. # 765 1-800-433-8810

REDACTED



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

06192

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 187.41 |
| --- | --- |

| Policy No. 0108121 | Division No. 001 4 |
| --- | --- |
| Due Date 06/01/2002 | Statement Date 05/10/2002 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA 30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA 94520

Fold

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 541-7668. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

| SUMMARY OF PREMIUMS DUE | | |
| --- | --- | --- |
| Current Period Premium | | 187.41 |
| Adjustments to Prior Period's Premium | | |
| Prior Period | | |
| (A) Amount Billed | 170.77 | |
| (B) Amount Paid | 170.77 | |
| Balance from Prior Period (A-B) | | |
| TOTAL PREMIUM DUE | | 187.41 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

K6-14811 04 N



Please remit this page with your payment.

UG-000200

SITE FOR SORE EYES
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

16227

5/17/2002

PAY TO THE
ORDER OF _____ Unum _____ $  **187.41

One Hundred Eighty-Seven and 41/100********************************************************************************* DOLLARS

Security features
included.
Details on back.

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO___ 0108121 _____

© 1984 - 1997 INTUIT INC. ▪ 785-1-806-433-8810

REDACTED

UG-000201

# EXHIBIT KK

UG-000202

UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

06263

# Group Insurance
# Premium Statement

UNUM®

Please Remit To:

| TOTAL PREMIUM DUE | | 187.41 | |
|---|---|---|---|
| Policy No. 0108121 | | Division No.  001   4 | |
| Due Date  07/01/2002 | | Statement Date  06/10/2002 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA  30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 541-7668.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 187.41 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 187.41 |
| (B) Amount Paid | 187.41 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 187.41 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| T Y P E | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| T  C | Stephanie | | | | 07/01/02 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

K6-14811  04     N



Please remit this page with your payment.

REDACTED

UG-000203

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

16284

6/17/2002

PAY TO THE
ORDER OF ___ Unum _____  $  **187.41

One Hundred Eighty-Seven and 41/100************************************************************************  DOLLARS

Security features
Included.
Details on back.

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO ___ 0108121 _____  _____  MP

REDACTED

UG-000204



UNUM Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

03528

# Group Insurance
# Premium Statement

Please Remit To

| TOTAL PREMIUM DUE | | 238.97 |
|---|---|---|
| Policy No. 0108121 | Division No. 001 4 | |
| Due Date 08/01/2002 | Statement Date 07/10/2002 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA  30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

*Fold*

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 541-7668.  Additions / Changes may be faxed
to expedite adjustments to your next bill  (Please continue
to return this form with your premium payment )
Please check here if faxed ☐

### SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 253.27 |
| Adjustments to Prior Period's Premium | -14.30 |
| Prior Period | |
| (A) Amount Billed | 187.41 |
| (B) Amount Paid | 187.41 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 238.97 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other change -

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

K6-14885  04    N  78

UG-000205

**SITE FOR SORE EYES**
1003 WILLOW PASS ROAD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

16367

7/15/2002

PAY TO THE
ORDER OF ___Unum_____ $ **238.97

Two Hundred Thirty-Eight and 97/100*********************************************** DOLLARS

🔒 Security features
Included.
Details on back.

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO___0108121_____

MP

REDACTED

UG-000206

**EXHIBIT LL**

UG-000207

Claimant Name: Sheri Garay    Claim #: 1081100

# UNUM

## GROUP INSURANCE PREMIUM STATEMENT

### EMPLOYEE DETAIL

Policy No. 0188121
Due Date 03/01/2005

Division No. 001  4
Statement Date 02/07/2005

PAGE 005

| EMPLOYEE NAME SOCIAL SECURITY NO. | M-LTD COVERAGE | | | | | | CURRENT PREMIUM* | ADJ CODE | ADJ DATE | NEW ANNUAL SALARY |
|---|---|---|---|---|---|---|---|---|---|---|
| A    SHERRI | 5353 | | | | | | 38.00 | | | |
| GARAY,SHERI | 53100 | | | | | | | | | |
| | 8353 | | | | | | | | | |
| H    KATHERINE N | 1820 | | | | | | 9.10 | | | |
| R    STACY | 9.10 | | | | | | 15.42 | | | |
| | 3083 | | | | | | | | | |
| S    DONALD W | 15.42 | | | | | | 20.00 | | | |
| | 5353 | | | | | | | | | |
| T    MICHAEL | 20.00 | | | | | | 26.25 | | | |
| | 2917 | | | | | | | | | |
| | 26.25 | | | | | | | | | |

SHOW EMPLOYEE ADJUSTMENTS HERE

* Current premium due excluding adjustments – refer to adjustment page

KEEP FOR YOUR RECORDS

K6-1451-2004  N

REDACTED

SCANNED

UACL01615

UG-000208

FEB-18-2004 07:00  FROM:
TO:18778517624    P:15/15

# EXHIBIT MM

UG-000209

UnumProvident
Company of America
2211 Congress Street
Portland, Maine 04122

# Group Insurance
# Premium Statement

Please Remit To:

| | |
|---|---|
| TOTAL PREMIUM DUE | 1,045.51 |
| Policy No. 0108121 | Division No. 001 4 |
| Due Date 05/01/2003 | Statement Date 04/09/2003 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA 30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA 94520

*Sheri Williams  Bob*

Fold

Please pay as billed. Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4018  Additions / Changes may be faxed to expedite adjustments to your next bill  (Please continue to return this form with your premium payment.)
Please check here if faxed

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 296.09 |
| Adjustments to Prior Period's Premium | 839.10 |
| Prior Period | |
| (A) Amount Billed | -89.68 |
| (B) Amount Paid | |
| Balance from Prior Period (A-B) | -89.68 |
| TOTAL PREMIUM DUE | 1,045.51 |

Addition - All Fields
Salary Change - Name  Effective Date  Salary and SSN
Termination - Name  Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name  Effective Date  Class and SSN
Other Change

Type

| Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|
| H  *Katherine* | | | | 5/1/03 | | | |

*this Employee was terminated.*

K6-14514  04   N  70   REDACTED



Please remit this page with your payment.

UG-000210

SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

17148

4/25/2003

PAY TO THE
ORDER OF _____ Unum _____    $ **1,045.51

One Thousand Forty-Five and 51/100****************************************************************DOLLARS

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO____0108121_____

MP

© 1984 - 2000 INTUIT INC  P 765  1-490-533-8910

REDACTED

# EXHIBIT NN

UG-000212

UNUMPROVIDENT
Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

02283

# Group Insurance Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 277.89 |
|---|---|---|
| Policy No.  0108121 | Division No.   001   4 | |
| Due Date   06/01/2003 | Statement Date 05/12/2003 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA   30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

*Paid*

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4018.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☒

| SUMMARY OF PREMIUMS DUE | |
|---|---|
| Current Period Premium | 286.99 |
| Adjustments to Prior Period's Premium | -9.10 |
| Prior Period  (A) Amount Billed | 1,045.51 |
| (B) Amount Paid | 1,045.51 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 277.89 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| T | R       Stacy | | | | 6/1/03 | | | |
| A | T       Raquel | | 10/21/1985  full time  5/1/03 | | 6/1/03 | | | Sc 4    Purch |
| A | C       Dustin | | 6/12/1980  02/23/03 | | 4/1/03 | | | 46r:  Purch |

K6-14514  04      N  70     REDACTED



Please remit this page with your payment.

UG-000213

PRINTED BY STANDARD REGISTER U.S.A. ZIPSET ®

## UNUM.
UNUM Life Insurance Company of America
Portland, Maine 04122-1570

**Group Enrollment Form**

| 1. Policy | 2. Division # | 3. Policyholder's Name | 5. Social Security Number |
|---|---|---|---|
| 010812| | | Site for Sore Eyes | |

| 4. Employee's Last Name | | First | Middle Initial | |
|---|---|---|---|---|
| K | Dustin | John | | |

| 6. Birthdate | 7. Employment Date | 8. Sex | 9. Salary | | 10. Hours Worked Weekly |
|---|---|---|---|---|---|
| 06 / 12 / 1980 | 02 / 1 / 2003 | ☐ F  ☒ M | $11.50 | ☒ Weekly ☐ Monthly ☐ Annually | 40 |

| 11. Occupation/Title | 12. Your employer will inform you of available coverages. Check yes to enroll. |
|---|---|
| | Check no if you decline or coverage is not available. |
| | Life/AD&D  ☒ Yes ☐ No          LTD             ☐ Yes ☐ No |
| | STD          ☐ Yes ☐ No          Dependent Life  ☒ Yes ☐ No |

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |
|---|---|---|---|
| | | | |

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature _____     Date: 5 / 18 / 03

16. For UNUM Use:

| Class | | Effective Date of Coverage | Class | Effective Date of Coverage |
|---|---|---|---|---|
| | Life/AD&D | __/__/__ | STD | __/__/__ |
| | Dep Life | __/__/__ | LTD | __/__/__ |

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

1002-01   (2/98)                    **EMPLOYEE COPY**

REDACTED

UG-000214

PRINTED BY STANDARD REGISTER U.S.A. ZIPSET ®

**UNUM.**
UNUM Life Insurance Company of America
Portland, Maine  04122-1670

**Group
Enrollment
Form**

| 1. Policy | 2. Division # | 3. Policyholder's Name |
| --- | --- | --- |
| 010812-1 | | Site for Sore Eyes |

| 4. Employee's Last Name | First | Middle Initial | 5. Social Security Number |
| --- | --- | --- | --- |
| | Raquel | E. | |

| 6. Birthdate | 7. Employment Date | 8. Sex | 9. Salary | | 10. Hours Worked |
| --- | --- | --- | --- | --- | --- |
| 12.21.1983 | 12.06.2000 | ☒ F  ☐ M | $ 12.60 | ☒ Weekly ☐ Monthly ☐ Annually | Weekly  40 |

| 11. Occupation/Title | 12. Your employer will inform you of available coverages. Check yes to enroll. Check no if you decline or coverage is not available. | | |
| --- | --- | --- | --- |
| Receptionist | Life/AD&D   ☐ Yes  ☐ No | LTD ☐ | ☐ Yes  ☐ No |
| | STD         ☐ Yes  ☐ No | Dependent Life | ☐ Yes  ☐ No |

| 13. Beneficiary(ies) Last Name | First | Middle Initial | 14. Relationship |
| --- | --- | --- | --- |
| | Raquel | Elena | |

* To name more than one beneficiary or to name a contingent beneficiary, ask your plan administrator for instructions.

15. I authorize my employer to deduct from my salary or wages, if applicable, the necessary premium for the coverage requested above. This signature also verifies the accuracy of the information on this form. If I have declined all or portions of coverage, I understand that UNUM may not approve my request to change this decision unless I provide satisfactory evidence of insurability at my expense.

Employee's Signature _Raquel_____    Date: _2.08.03_

| 18. For UNUM Use: | | | | |
| --- | --- | --- | --- | --- |
| Class | Effective Date of Coverage | Class | Effective Date of Coverage | |
| ____ Life/AD&D | __/__/__ | ____ STD | __/__/__ | |
| ____ Dep Life | __/__/__ | ____ LTD | __/__/__ | |

NOTICE: Life coverage amounts that are medically underwritten may not be payable if you commit suicide within 24 months of your effective date of coverage. Please consult your employee booklet.

1002-91  (2/98)                    **EMPLOYEE COPY**

REDACTED

UG-000215

17229

SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

6/3/2003

PAY TO THE
ORDER OF ___ Unum _____ $ **277.89

Two Hundred Seventy-Seven and 89/100 ************************************************************ DOLLARS

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO ___ 0108121 _____

REDACTED

UG-000216

UNUMPROVIDENT™    Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

02219

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | | 317.87 | |
|---|---|---|---|
| Policy No. 0108121 | | Division No. 001 4 | |
| Due Date 07/01/2003 | | Statement Date 06/09/2003 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA 30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA 94520

*Fold*

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4018. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

| SUMMARY OF PREMIUMS DUE | |
|---|---|
| Current Period Premium | 292.46 |
| Adjustments to Prior Period's Premium | 25.41 |
| Prior Period | |
| (A) Amount Billed | 277.89 |
| (B) Amount Paid | 277.89 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 317.87 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| T Y P E | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

K6-14514  04    N  70



Please remit this page with your payment.

UG-000217

901 SUN VALLEY BLVD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

17302

© 1994 - 2000 INTUIT INC. # 785 1-800-433-8810

6/16/2003

PAY TO THE
ORDER OF      Unum                                                                                        $    **317.87

Three Hundred Seventeen and 87/100***********************************************************************DOLLARS

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO    0108121

REDACTED

UG-000218

# EXHIBIT OO

UG-000219



Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

02950

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 292.46 |
| --- | --- |
| Policy No.  0108121 | Division No.   001   4 |
| Due Date    08/01/2003 | Statement Date 07/10/2003 |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA  30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4018.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☐

## SUMMARY OF PREMIUMS DUE

| | |
| --- | --- |
| Current Period Premium | 292.46 |
| Adjustments to Prior Period's Premium | |
| Prior Period<br>(A) Amount Billed<br>(B) Amount Paid | 317.87<br>317.87 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 292.46 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| Type | Employee Name<br>(last, first, middle initial) | Social Security<br>Number | Date of<br>Birth | Date of<br>Hire | Effective<br>Date | Dep<br>Y/N | Class | Salary |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| T | Michael T. | | | | 7/12/03 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

K6-14515   04      N  70



Please remit this page with your payment.

REDACTED

SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

7/14/2003

PAY TO THE
ORDER OF    Unum

$ **292.46

Two Hundred Ninety-Two and 46/100********************************************************************DOLLARS

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO    0108121

REDACTED

UG-000221

# EXHIBIT PP

UG-000222



UnumProvident
Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122



Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

SITE FOR SORE EYES
901. SUNVALLEY BLVD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

17441

8/8/2003

PAY TO THE
ORDER OF    Unum

$    **239.96

Two Hundred Thirty Nine and 96/100******************************************************************DOLLARS

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO    0108121

© 1984 - 2000 INTUIT INC. ▶ 785  1-(800)-433-8810

REDACTED

UNUMPROVIDENT

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

02913

# Group Insurance Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 400.41 | |
|---|---|---|
| Policy No. 0108121 | Division No. 001 4 | |
| Due Date 10/01/2003 | Statement Date 09/09/2003 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA 30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA 94520

*Fold*

Please pay as billed. Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

**Fax Instructions:**

Our fax number is (207) 771-4018. Additions / Changes may be faxed
to expedite adjustments to your next bill. (Please continue
to return this form with your premium payment.)
**Please check here if faxed** ☐

## SUMMARY OF PREMIUMS DUE

| | | |
|---|---|---|
| Current Period Premium | | 299.76 |
| Adjustments to Prior Period's Premium | | 100.65 |
| Prior Period | | |
| (A) Amount Billed | 239.96 | |
| (B) Amount Paid | 239.96 | |
| Balance from Prior Period (A-B) | | |
| **TOTAL PREMIUM DUE** | | 400.41 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| T y p e | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

K6-14515  04    N  70



Please remit this page with your payment.

UG-000225

17562

SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

10/1/2003

PAY TO THE
ORDER OF    Unum                                             $ **400.41

Four Hundred and 41/100************************************************************ DOLLARS

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO    0108121

REDACTED

UG-000226

UnumProvident Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

# Group Insurance
# Premium Statement

Please Remit To:

| TOTAL PREMIUM DUE | 299.76 | |
|---|---|---|
| Policy No. 0108121 | Division No. 001 | 4 |
| Due Date 11/01/2003 | Statement Date 10/10/2003 | |

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA 30384-6990

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA 94520

Fold

Please pay as billed. Adjustments for changes received prior to the statement date are reflected on this bill.

For billing questions, please call
(800) 421-0344.

**Fax Instructions:**

Our fax number is (207) 771-4018. Additions / Changes may be faxed to expedite adjustments to your next bill. (Please continue to return this form with your premium payment.)
**Please check here if faxed ☐**

## SUMMARY OF PREMIUMS DUE

| | |
|---|---|
| Current Period Premium | 299.76 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 400.41 |
| (B) Amount Paid | 400.41 |
| Balance from Prior Period (A-B) | |
| TOTAL PREMIUM DUE | 299.76 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| T | S. Maria | | | | 11/1/03 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

K6-14515 04   H 70



Please remit this page with your payment.

REDACTED

UG-000227

SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

17636

11/3/2003

PAY TO THE
ORDER OF    Unum                                                          $ **299.76

Two Hundred Ninety-Nine and 76/100*************************************************************DOLLARS

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO    010812 I

REDACTED

UG-000228



Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

# Group Insurance
# Premium Statement

Please Remit To:

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA  30384-6990

| TOTAL PREMIUM DUE | | 599.52 | |
|---|---|---|---|
| Policy No.  0108121 | | Division No.   001   4 | |
| Due Date   12/01/2003 | | Statement Date  11/10/2003 | |

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

## Fax Instructions:

Please pay as billed.  Adjustments for
changes received prior to the statement
date are reflected on this bill.

For billing questions, please call
(800) 421-0344

Our fax number is (207) 771-4018.  Additions / Changes may be faxed
to expedite adjustments to your next bill.  (Please continue
to return this form with your premium payment.)
Please check here if faxed ☒

| SUMMARY OF PREMIUMS DUE | |
|---|---|
| Current Period Premium | 299.76 |
| Adjustments to Prior Period's Premium | |
| Prior Period | |
| (A) Amount Billed | 299.76 |
| (B) Amount Paid | |
| Balance from Prior Period (A-B) | 299.76 |
| TOTAL PREMIUM DUE | 599.52 |

Addition - All Fields
Salary Change - Name, Effective Date, Salary and SSN
Termination - Name, Last Day Worked (Effective Date) and SSN
Reinstatement - All Fields
Class Change - Name, Effective Date, Class and SSN
Other Change

| Type | Employee Name (last, first, middle initial) | Social Security Number | Date of Birth | Date of Hire | Effective Date | Dep Y/N | Class | Salary |
|---|---|---|---|---|---|---|---|---|
| S | Maria | | no longer here | | 7/30/03 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

K6-14515  04    H 70



Please remit this page with your payment.

REDACTED

UG-000229

SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

1 76 71

11/23/2003

PAY TO THE
ORDER OF _____ Unum _____ $ **266.21

Two Hundred Sixty Six and 21/100************************************************************ DOLLARS

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO 0108121

REDACTED

UG-000230



UnumProvident

Unum Life Insurance
Company of America
2211 Congress Street
Portland, Maine 04122

02523

# Group Insurance
# Premium Statement

Please Remit To:

UNUM LIFE INSURANCE
COMPANY OF AMERICA
PO BOX 406990
ATLANTA GA   30384-6990

| TOTAL PREMIUM DUE | | 221.81 | |
|---|---|---|---|
| Policy No. 0108121 | | Division No.  001  4 | |
| Due Date  01/01/2004 | | Statement Date  12/10/2003 | |

SHERI GARAY
SHERI A. GARAY DBA
SITE FOR SORE EYES
901 SUNVALLEY BLVD
CONCORD CA  94520

Fold

UG-000231

17721

**SITE FOR SORE EYES**
901 SUNVALLEY BLVD
CONCORD, CA 94520
(925) 676-5638

BANK OF AMERICA
CONCORD, CA 95420
11-35/1210

12/6/2003

PAY TO THE
ORDER OF ___Unum___

$ **221.81

Two Hundred Twenty-One and 81/100************************************************************************ DOLLARS

Unum Life Ins
P.O.Box 406990
Atlanta, Ga 30384-6990

MEMO___0108121___

REDACTED

UG-000232

# EXHIBIT QQ

UG-000233



**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: UnumProvident, Glendale Customer Care Center, 655 North Central Ave,
Suite 800, Glendale, CA 91203
Claim Questions: 877.851.7637    Fax To: 877.851.7624

RECEIVED
VIA USPS
JUN 1 9 2002
GLENDALE CCC

## B. CLAIMANT'S STATEMENT (PLEASE PRINT)

**Type of Coverage** (CHECK ALL THAT APPLY)

☐ Short Term Disability  ☐ Long Term Disability  ☐ Individual Disability  ☐ Waiver of Premium (Life Insurance)  ☐ Voluntary Benefits/Payroll Deduction

Policy Numbers: _____    The State in which You Work: CA

**1. Claimant's Name** Sheri Garay

Home Address (Street, City, State, Zip) Walnut Creek CA 94598

| Home Phone Number | Date of Birth | Social Security Number | ☐ Male ☑ Female |
|---|---|---|---|

**2. Is this condition due to** ☐ Accident ☐ Sickness? Is this disability related to your employment? ☐ Yes ☑ No

Describe the injury incurred (what, how, where, when) or the nature and details of the sickness and how it began:
Degenerative Spine disease

You have been unable to work because of this condition as of what date? ~~Present~~ September 3, 2001

**3.** Employer's Name and Address Site for Sore Eyes 901 Sun valley Blvd

| Claimant's Work Phone Number (925) 676 5630 | Occupational Title Optician | List the duties of your occupation at the time of your disability. Duty Sales | # of weekly hours spent at duty |
|---|---|---|---|

Have you returned to work? If yes, When?
Part Time: 6/10/0C    Full Time:

Hours per week:

If you have not returned to work, when do you expect to return?
Part Time: ____    Full Time:

How does your injury or sickness impede your ability to do your occupational duties?
yes

**4. Information about physicians and hospitals**
NOTE: TO AVOID DELAY IN EVALUATING YOUR CLAIM, ADVISE YOUR DOCTOR(S) TO ATTACH COPIES OF MEDICAL RECORDS AND TEST RESULTS.

First medical attention for the current disability was given by (complete below):

| Doctor's Name JASON A. Smith, M.D. | Doctor's Specialty Spine Surgery |
|---|---|
| Address (Street, City, State, Zip) 2405 Shadelands Dr. Walnut Creek, Ca. 94598 | Phone Number (925) 939-8585 |

Hospital Name John Muir Medical Center
Address (Street, City, State, Zip) 1601 Ygnacio Valley RD WALNUT CREEK, CA. 94598

Dates of Confinement: From: 04-01-02 To: 04-04-02 From: ____ To: ____

If other doctors or hospitals were consulted in the last five years, please attach a separate sheet of paper.

| **5. Marital Status:** ☐ Single ☐ Married ☐ Widowed ☑ Divorced | If you are married: Spouse's Name | Spouse's Date of Birth | Is Spouse Employed? ☐ Yes ☐ No |
|---|---|---|---|

List your children who are under age 25: (*Please attach additional sheets if necessary).

| Name | Date of Birth | Married? | Attending High School? |
|---|---|---|---|
| Marisa Garay | 7/29/82 | ☐ Yes ☑ No | ☐ Yes ☑ No |
| Alana Garay | 9/9/81 | ☐ Yes ☑ No | ☐ Yes ☑ No |

**6. If you have been approved or denied for any of these benefits, please send a copy of Award or Denial Notification.**
(Check the other income benefits you are receiving or are eligible to receive as a result of your disability and complete the information requested.)

| Social Security/Retirement | ☐ Yes ☑ No | Social Security/Disability | ☐ Yes ☑ No | Canada Pension Plan | ☐ Yes ☑ No | State Disability | ☐ Yes ☑ No |
|---|---|---|---|---|---|---|---|
| Worker's Compensation | ☐ Yes ☑ No | Pension/Retirement | ☐ Yes ☑ No | Pension/Disability | ☐ Yes ☑ No | Unemployment | ☐ Yes ☑ No |
| No-Fault Insurance | ☐ Yes ☑ No | Short Term Disability | ☐ Yes ☑ No – Ins. Co. Name and Policy # | | | | |
| Other (Include Individual Disability or Group Disability Benefits) | | ☐ Yes ☑ No – Ins. Co. Name and Policy # | | | | | |

**7.** If your request for benefits is approved, do you want Federal Income Tax Withheld from your check? ☐ Yes ☑ No
Do you want State Income Tax Withheld from your check? ☐ Yes ☐ No
If yes, please indicate dollar amount $ ____    (Note: Minimum withholding is $20.00 per week or $87.00 per month)
If yes, please indicate dollar amount $ ____    (Note: The amount indicated must be a whole dollar increment)

1321-89 (6/01)

Claimant Name: Sheri Garay    Claim #: 322239

REDACTED

UACL00017

UG-000234

そのまま



**DISABILITY CLAIM**
**CLAIMANT'S AUTHORIZATION**
Mail to: UnumProvident, Glendale Customer Care Center, 655 North Central Ave.,
Suite 800, Glendale, CA 912⋅⋅
Claim Questions: 877.851⋅⋅⋅7  Fax To: 877.851.7624

---

## FOR CLAIMANT TO COMPLETE

### CLAIM FRAUD WARNING STATEMENTS

For your protection, the laws of several states, including Alaska, Arizona, Arkansas, Delaware, Idaho, Indiana, Kentucky, Louisiana, Minnesota, New Hampshire, Ohio and Oklahoma, and others require the following statement to appear:

#### Fraud Warning

Any person who knowingly, and with intent to injure, defraud, or deceive an insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of insurance fraud, which is a felony.

#### Fraud Warning for California Residents

For your protection, California law requires the following to appear:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

#### Fraud Warning for Colorado Residents

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

#### Fraud Warning for District of Columbia, Maine and Virginia Residents

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purposes of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

#### Fraud Warning for Florida Residents

Any person who knowingly and with intent to injure, defraud or deceive any insurance company, files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony of the third degree.

#### Fraud Statement for New Jersey, New Mexico and Pennsylvania Residents

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

#### Fraud Statement for New York Residents

Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

### AUTHORIZATION

I authorize any licensed physician, medical practitioner, hospital, clinic, pharmacy or other medically related facility, insurance company, third party administrator, government organization, employer and any of their agents performing services relating to my employee benefits or workers compensation, other organization, institution, or person that has any records or knowledge of me, my health (including any disorder of the immune system including HIV or AIDS, any information relating to the use of drugs and alcohol, and any information relating to mental and physical history, condition, advice or treatment), financial or credit information, earnings, employment history or other insurance benefits, to release information to any of the UnumProvident Corporation subsidiaries or their duly authorized representatives. I also authorize the UnumProvident Corporation subsidiaries to request a report from the Medical Information Bureau (MIB), and the association of life insurance companies which operates the Health Claims Index (HCI) and the Disability Income Record System (DIRS). I understand that the dates of my past and present claims with any of the UnumProvident Corporation subsidiaries, excluding medical or personal information, may be reported to MIB and that an HCI or DIRS report may reflect this information including the identity of other insurance companies to which I have submitted claims. I further understand that in executing this authorization, information obtained by it will be used for evaluating and administering a claim for benefits.

This authorization is valid for the duration of my claim. I know that I or my authorized representative has a right to request a copy of this authorization. A copy of this authorization shall be as valid as the original.

I further authorize the UnumProvident Corporation subsidiaries or other authorized representatives to release all information (including information pertaining to HIV or AIDS, mental illness, and drug and alcohol abuse) related to this insurance claim to insurance companies, third party administrators, physicians, rehabilitation professionals, vocational evaluators, employers, my insurance agent, and any institution or person on a need to know basis for the purpose of verifying, evaluating, negotiating, or other pertinent uses with respect to my claim for benefits or service.

The statements made by me on this claim are true and complete.

I further authorize the UnumProvident Corporation subsidiaries or its authorized representatives or agents to request reports and information from the Social Security Administration regarding benefits, earnings and employer information, and any award, disallowance or termination relating to benefits.

I am the individual to whom this release/request applies or that person's legal Guardian, Power of Attorney, or Conservator. I know that if I make any representation which I know is false to obtain information from federal records, I could be punished by fine or imprisonment or both.

Signature of Claimant ___X_____

Please Print Name _____

Date Signed _____    Social Security Number _____

I signed on behalf of the claimant, as _____ (indicate relationship). If Power of Attorney, Guardian, or Conservator, please attach a copy of the document granting authority.
1321-99 (6/01)

Claimant Name:  Sheri  Garay    Claim #:  322239

UACL00018

REDACTED

UG-000235


**UNUMPROVIDENT.**

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: UnumProvident, Glendale Customer Care Center, 655 North Central Ave,
Suite 800, Glendale, CA 91203
Claim Questions: 877.851.7637    Fax To: 877.851.7624

RECEIVED UPS
JUN 1 9 2002
GLENDALE CCC

## C. EMPLOYMENT STATEMENT (continued)

**10.** Date of last Salary/Wage Increase  N/A    Work Schedule at time last worked: N/A    Days/Week ___  Hours/Day ___  Hours/Week ___

Check off regular work days: ☐ Sun ☑ Mon ☐ Tues ☑ Wed ☑ Thurs ☑ Fri ☑ Sat.    Number of hours on date last worked: ___

Date paid through:  N/A    For: ☐ Salary Continuation ☐ Vacation Pay ☐ Accrued Sick Pay ☐ Other

**11.** Has claimant returned to work? ☑ Yes ☐ No    If yes, date: ___   ☐ Full Time ☑ Part Time  15  Hours Per Week

**12.** Does the claimant have an ownership interest in this business? ☑ Yes ☐ No   If yes, what is the % of ownership? 100 %
Type of business entity? ☐ Regular Corporation ☐ S corporation ☐ Partnership ☑ Sole Proprietorship

**13.** If this is a Flexible Benefits Plan, indicate which option of coverage this claimant has chosen.
Previous Plan Year - Date of Open Enrollment: ___   Option ___    Current Plan Year - Date of Open Enrollment: ___   Option ___

**14.** Prior LTD Carrier Name  None    Effective Date ___

Address (Street, City, State, Zip) ___    Termination Date ___

| **15.** Is claimant eligible for: | Yes | No | If yes, weekly or monthly amount | Weekly | Monthly | When do benefits begin? | When do benefits end? |
|---|---|---|---|---|---|---|---|
| Salary Continuation | ☐ | ☑ | $ | ☐ | ☐ | | |
| State Disability | ☐ | ☑ | $ | ☐ | ☐ | | |
| Other Disability Benefits | ☐ | ☑ | $ | ☐ | ☐ | | |
| Social Security | ☐ | ☐ | $ | ☐ | ☐ | | |
| Worker's Compensation | ☐ | ☑ | $ | ☐ | ☐ | | |

Is the claim the result of a work related injury or sickness?  ☐ Yes ☑ No

| | Yes | No | | |
|---|---|---|---|---|
| If so has Workers' Compensation claim been filed? | ☐ | ☑ | If yes, Name and Address of Carrier | |
| Health Insurance | ☑ | ☐ | If yes, Name and Address of Carrier | Blue Shield of California |
| Life Insurance | ☐ | ☑ | If yes, please provide the amount of coverage: $ | |

*If Workers' Compensation claim has been denied, please submit a copy of denial with this claim.*

**16.** If New York DBL or New Jersey TDB applies, complete this question.

Earnings 8 weeks prior to disability

| | Week Ending | | | | | | Week Ending | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mo. | Day | Yr. | No. Days Worked | Amount | | Mo. | Day | Yr. | No. Days Worked | Amount |
| 1 | | | | | | 5 | | | | | |
| 2 | | | | | | 6 | | | | | |
| 3 | | | | | | 7 | | | | | |
| 4 | | | | | | 8 | | | | | |

**17.** Information about your pension plan (Please send copy of Plan Summary) (Do not complete for maternity claim)

Do you have a pension plan?  ☑ Yes ☐ No    If yes, what type? ☐ Defined benefit ☐ Defined contribution ☐ 401(k)/403(b) ☑ Profit Sharing ☐ Other: (specify)

Is claimant eligible for your pension plan? ☐ Yes ☑ No    If eligible, does the claimant participate? ___    What % does claimant contribute? ___

If the claimant is participating, when is he or she eligible for benefits under the plan? ___

UACL00019

**FRAUD NOTICE:**
Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim.

The above statements are true and complete to the best of my knowledge and belief.

| Name of Person Completing Form | Telephone Number ( ) |
|---|---|
| Title of Person Completing Form | Fax Number ( ) |
| Signature | Date Signed |

1321-99 (6/01)          *Claimant Name: Sheri  Garay     Claim #: 322239*

UG-000236



**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: UnumProvident, Glendale Customer Care Center, 655 North Central Ave.,
Suite 800, Glendale, CA 9120.
Claim Questions: 877.851.79    Fax To: 877.851.7624

## C. EMPLOYMENT STATEMENT (PLEASE PRINT)

**Type of Coverage** (CHECK ALL THAT APPLY)
☐ Short Term Disability  ☒ Long Term Disability  ☐ Individual Disability  ☐ Waiver of Premium (Life Insurance)  ☐ Voluntary Benefits/Payroll Deduction

| 1. Employer Name Site for Sore Eyes | Employer's Phone Number (925) 676-5638 |
|---|---|

Employer Address (Street, City, State, Zip) 901 Sunvalley Blvd Concord CA 94520

| Policy Numbers 108121 | Division Number / Class Number | Division / Class Description |
|---|---|---|

2. Claimant's Name Sheri Garay

Claimant's Address (Street, City, State, Zip)

| Claimant's Home Phone | Date of Birth | Social Security Number | Date 7-4-89 | Effective Date of Insurance 10-1-1999 | Date Last Worked |
|---|---|---|---|---|---|

Claimant's Work Status: ☐ Full Time ☐ Part Time ☐ Exempt ☐ Non-exempt ☐ Bargaining ☐ Non-Bargaining

Has the claimant's employment been terminated? ☐ Yes ☒ No  If yes, please provide termination date:

**General Information About the Claimant's Job**

| 3. Job Title Optician | Minimum education or training required |
|---|---|

Does the claimant perform supervisory function? ☒ Yes ☐ No  If yes, how many people are supervised? 10

4. Describe job duties:

| Duty Sales, fitting, measuring Eyewear | # of Weekly Hours Spent at Duty 60 |
|---|---|
| Duty Dispensing glasses & Contacts | # of Weekly Hours Spent at Duty 10 |
| Duty Managing Employees + training | # of Weekly Hours Spent at Duty 5 |
| Duty Accounts recievable + payable | # of Weekly Hours Spent at Duty 10 |

| Name of Direct Supervisor | Telephone Number of Direct Supervisor ( ) |
|---|---|

Please attach a copy of the claimant's job description.

5. How was claimant paid? (please check one)
☐ Hourly  ☐ Commissions  ☐ Salaried  ☐ Salary and Bonus  ☐ Commissions Only  ☐ Salary and Commissions

What is the earnings figure you use to compute premium payments for this claimant? $ to be determined

Salary/Wage prior to date last worked (refer to Earnings definition in your contract):

| ☐ Weekly  ☐ Bi-Weekly  ☐ Semi-Monthly $ | Bonuses (per week) $ | Overtime (prior year) | Commissions (per week) $ | W-2 Earnings $ |
|---|---|---|---|---|

6. Does the claimant contribute toward the premiums? (Complete all that apply)

| STD: | ☐ Yes ☐ No: If yes: ☐ Pre-Tax ☐ Post-Tax If Post Tax: 100 % paid by employer | % paid by claimant |
|---|---|---|
| State Plans: | ☐ Yes ☐ No: If yes: ☐ Pre-Tax ☐ Post-Tax If Post Tax: % paid by employer | % paid by claimant |
| LTD: | ☐ Yes ☐ No: If yes: ☐ Pre-Tax ☐ Post-Tax If Post Tax: % paid by employer | % paid by claimant |
| IDI: | ☐ Yes ☐ No: If yes: ☐ Pre-Tax ☐ Post-Tax If Post Tax: % paid by employer | % paid by claimant |
| Life: | ☐ Yes ☐ No: If yes: ☐ Pre-Tax ☐ Post-Tax If Post Tax: % paid by employer | % paid by claimant |

7. Year to Date Earnings as of Date of Disability (For FICA % Deductions) $ to be determined

8. Financial Documentation (please refer to your contract for your Earnings definition and attach the appropriate documentation).
Salary Only/Current Earnings definition: Attach copy of payroll records or paystubs for 2 periods just prior to disability.
Bonus/Commissions Included: Attach copy of payroll records for the 12 or 24 months (see definition) just prior to disability.
Other Earnings definitions: Attach referenced document per Earnings definition (W-2, K-1's, Schedule C's, teacher's contract, etc.).

9. Claimant Pre-Tax Withholdings: Indicate pre-tax withholdings in effect just prior to disability:
401(k)/403(b)    %;    Pre-tax medical and other insurance $ ____ /week    Flexible spending account $ ____ /week

REDACTED

UACL00020

UG-000237



**UNUMPROVIDENT**

RECEIVED
VIA USPS
~~JUN~~ 2002
GLENDALE CCC

**DISABILITY CLAIM** (PLEASE HAVE ALL SECTIONS COMPLETED)
Mail to: UnumProvident, Glendale Customer Care Center, 655 North Central Ave.,
Suite 800, Glendale, CA 91203
Claim Questions: 877.851.7637    Fax To: 877.851.7626

## A. ATTENDING PHYSICIAN'S STATEMENT (PLEASE PRINT)

**1. Name of Patient** Sheri GARAY  | Date of Birth | Social Security Number

**2. Diagnosis** - Please include the primary diagnosis and list any secondary conditions.

| Date of Last Examination | Diagnosis (including any complications) include ICD9 and/or DSM IV Multi Evaluation Nomenclature and Code Number |
| 5-30-02 | Herniated Cervical Discs        722.0 |

Objective findings (including normal x-rays, EKGs, pyschiatric testing, laboratory data and any clinical findings)
⊕ MRI

Symptoms ↓ ROM  bilateral arm radiculopathy

Is this condition due to ☐ an Accident ☐ a Sickness?   Date symptoms first appeared or accident occurred: Chronic

Is the accident or sickness related to the patient's employment? ☐ Yes ☐ No ☐ Unknown

Date restrictions and limitations began. 9-5-01   Has patient ever been treated for the same or similar condition? ☐ Yes ☒ No  If yes, state when and describe.

## 3. Information About the Patient's Ability to Work - this information is critical to understanding your patient's condition

Has patient been released to work in his/her occupation? ☐ Yes ☒ No   In any occupation? ☐ Yes ☒ No

If the patient has demonstrated a loss of function, please provide restrictions and limitations and the date they began in the space provided below.

Fully describe restrictions and limitations.
**RESTRICTIONS** (What the patient should not do) No overhead lifting, bending, twisting

**LIMITATIONS** (What the patient cannot do) Same as above - Cannot be with out cervical collar post operatively - No neck motion

When should the patient be able to return to work?  Full Time: 10-1-02   Part Time:

| Height/Weight 5'4"  112 | Blood Pressure Last Visit WNL 90/62 | If Pregnancy, Expected Delivery Date | If Delivered, Actual Delivery Date | Delivery Type ☐ Normal ☐ C-Section |

| Date of first visit for this illness or injury 9-5-01 | Date of next visit 6-15-02 | Date of last visit 5-30-02 | Frequency of visits monthly |

Is patient: ☐ Ambulatory ☐ House Confined ☐ Bed Confined ☒ Hospital Confined   Has patient been admitted to hospital? ☒ Yes ☐ No  Confined From: 04-01-02  04-06-02

If Hospital Confined, give name and address of hospital: John Muir Medical Center 1601 Ygnacio Valley Rd Walnut Creek

Have you completed claim forms regarding this patient for other insurance carriers? ☐ Yes ☒ No  If yes, state date and name of insurance company:

## 4. Names and Addresses of Other Treating Physicians

Referring physician or other treating physicians (names, address, phone #'s):

UACL00021

## REQUIRED ATTACHMENTS AND SIGNATURES

Please make sure that office notes, test results, and discharge summaries are attached. This will help reduce additional requests.
**FRAUD NOTICE:** Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Employer and Attending Physician portions of the claim form.
The above statements are true and complete to the best of my knowledge and belief.

| Print or Type Name JASON A. Smith M.D | Degree M.D. | Medical Specialty Spine Surgery |
| Street Address 2405 Shadelands Dr 1A | | Phone Number (925) 939-8585 |
| City Walnut Creek Ca | State | Zip Code 94598 | Fax (925) 933 6939 |
| Signature of Physician | | Date 5/31/02 |
| SSN or Employer's ID Number: | ~~514-3375457~~ | |

1321-99 (6/01)

Claimant's Name: Sheri Garay       Claim #: 322239

REDACTED

UG-000238



**CLAIM FOR DISABILITY BENEFITS**
UnumProvident, Glendale Customer Care Center, 655 North Central Ave,
Glendale, CA 91203
Phone: 877.851.7637    Phone: 877.851.7624

RECEIVED
VIA USPS
JUN 1 9 2002
GLENDALE CCC

For use with policies issued by the following UnumProvident Corporation ["UnumProvident"] subsidiaries:

Unum Life Insurance Company of America
First Unum Life Insurance Company
Provident Life and Accident Insurance Company
Provident Life and Casualty Insurance Company
The Paul Revere Life Insurance Company

**Please mail or fax this form to:**
UnumProvident
Glendale Customer Care Center
655 North Central Ave., Suite 800  Glendale, CA 91203
Toll free 877.851.7637   Fax 877.851.7624

This form must be completed by the Attending Physician, the Claimant, and the Employer (for employer-sponsored policies), and be returned promptly for consideration of benefits. All questions on this form must be answered in full. Incomplete or illegible answers may result in delay of benefit consideration. Please return this form as soon as possible after the first day you are unable to work. Please be sure to keep a copy of this form and any attachments for your records.

**The claimant is responsible for completion of all portions of this form without expense to the UnumProvident Corporation subsidiaries.**

**INSTRUCTIONS:**

A. **Attending Physician's Statement:** This section must be completed by the physician PRIMARILY responsible for your care. Please make sure all dates of treatment are indicated in this section and that your physician personally signs and dates this claim form.

B. **Claimant's Statement:** This section must be completed by you, the claimant. Please make sure you sign and date the bottom of the authorization page after you complete your section.

C. **Employment Statement:** Group Sponsored Policies - The employer must complete this form. Individual Policies - Please refer to the attached Instruction Sheet.

Please enclose any additional information that you feel will assist us in evaluating this claim.

UACLU0022

1321.00 (5/01)

*Claimant Name: Sheri  Garay     Claim #: 322239*

UG-000239

# EXHIBIT RR

UG-000240

# ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement ("Agreement"), dated as of this *9th* day of *January*, 2007, is entered into between Sheri Garay (the "Seller") and New Age Optical, Inc. a California corporation (the "Buyer").

## RECITALS

A.   **WHEREAS**, Seller is the owner and operator of a Site for Sore Eyes franchise (the "Business"), operated at 901 Sun Valley Boulevard, Concord, California (the "Premises").

B.   **WHEREAS**, Seller desires to sell the Business and Buyer desires to purchase the Business from Seller, on the terms and conditions set forth herein.

Accordingly, the parties agree as follows:

### 3. Sale of Assets.

### Assets to be Sold.

Except for the "Excluded Assets" described in Section 1.2, on the Closing Date (as defined in Section 4 below), Seller shall sell, assign, transfer and deliver to Buyer all of the assets, properties and rights of the Business of every type and description, personal and mixed, tangible and intangible, wherever located and whether or not reflected on the books and records of the Business, relating to or used or employed in connection with the Business as they exist on the Closing Date (all of such assets, properties, rights and business being hereinafter sometimes collectively called the "Purchased Assets"), including, without limitation:

(i)all of the stock and trade and merchandise of the Business, including raw materials, work in progress and finished goods (the "Inventory");

(ii)all tangible assets used in connection with the Business, wherever located, including furniture, fixtures and equipment, other than the Excluded Assets (defined below);

(iii)all Assumed Agreements (as defined in Section 2.1(iv);

(iv)all of Seller's right in the names "Site for Sore Eyes" and all variants thereof and all names and marks similar thereto, which names are a complete list of the names used by Seller in connection with the Business;

(v)all websites, trade secrets, proprietary information, software and computer programs necessary for Seller to conduct its Business (collectively, the "Technology");

(vi)all diskettes, user manuals, databases, originals of customer contracts, copies of customer correspondence;

46574/0801
APS/254310.6

1

UACL01590

10 OF 19

Claimant Name: Sheri Garay   Claim #: 1081100

UG-000241

FEB-18-2004 06:42 FROM

(vii) all lists of prospects, customers, suppliers and promotions; and

(viii) all of the goodwill of the Business.

In confirmation of the foregoing sale, assignment and transfer, Seller shall execute and deliver to Buyer at the Closing a Bill of Sale and Instrument of Assumption in the form of Exhibit A and such other instruments and assignments as may be necessary to convey to Buyer good title to the Purchased Assets.

Excluded Assets. Notwithstanding any other provision of this Agreement, Seller shall retain and shall not transfer to Buyer the following assets: (i) all accounts receivables due and owing for products and services sold (to the extent such services are actually performed), (ii) cash and cash equivalents, (iii) bank accounts and insurance proceeds for claims arising prior to the Closing Date and (iv) all assets set forth on Schedule 1.2 hereto (collectively, all assets referred to in subsections (i), (ii), (iii) and (iv) shall be referred to herein as the "Excluded Assets").

1. Assumption of Liabilities.

Liabilities Assumed by Buyer.

From and after the Closing Date, Buyer shall assume, pay, perform and discharge all of Seller's liabilities with respect to:

Inventory ordered for the Business prior to the Closing Date but not received by the Business as of the Closing Date;

(i) claims for refund or exchange, or for store credit, made by customers of the Business after the Closing Date relating to purchases from the Business on or prior to the Closing Date;

(ii) all gift certificates issued by the Business prior to the Closing Date (with (i) through (iii) collectively referred to as the "Assumed Liabilities"); and

(iii) all right, title and interest in and claims under those contracts, agreements, licenses and commitments, real property leases and personal property leases used in or relating to the Business (the "Assumed Agreements"), including, without limitation, (A) the Sterling Optical Center Franchise Agreement for the State of California, dated June 1, 1999 with respect to a franchise under the trade name Site for Sore Eyes Optical Centers or Sterling Optical Centers (the "Franchise Agreement"), (B) that certain Professional Center at Sun Valley Site For Sore Eyes Lease for 1003 Willow Pass Road, Concord, California (currently known as 901 Sun Valley Boulevard, Concord, California), dated October 6, 1986 by and between Professional Center Sun Valley, Inc., predecessor-in-interest to CCB Bancorp, a California banking corporation, and Site for Sore Eyes Opticians, a California corporation, predecessor-in-interest to Seller, as amended (the "Store Lease"), and (C) that certain lease for the Optical Dynamics lens crafting machine by and between Seller and Popular Leasing, Lease No. 09435.

2. Consideration and Payment.

45574/0801
APS/254310.8

11 OF 19

UACL01591

Claimant Name: Sheri Garay     Claim #: 1081100

UG-000242

5.2 Buyer has been given adequate access to the Business, Purchased Assets and Seller's records concerning the Business and the Assumed Liabilities, and agrees that Buyer has entered into this Agreement as a result of such inspections and investigations as Buyer deems appropriate, and not as a result of any representations by Seller or any agent or representative of Seller which are not set forth in this Agreement;

5.3 Buyer has not retained any broker or finder in connection with the transaction contemplated by this Agreement; and

5.4 Promptly after the execution hereof, Buyer shall submit to Sterling Vision, Inc. all necessary documents and the franchise transfer fee so as to permit approval of Buyer as the transferee of the Franchise Agreement.

### 6. Covenants and Agreements.

#### Expenses of Sale and Taxes.

Each party shall pay its own legal and accounting expenses incurred in negotiating, executing and performing this Agreement; provided, that Buyer shall pay all costs and expenses associated with the escrow account. California sales tax, if any, resulting from the sale of the Purchased Assets shall be the sole responsibility of Buyer to pay and report.

#### Employees.

As of the Closing Date, all employees of the Business shall be terminated by Seller.

#### Access to Records.

Seller agrees to provide Buyer with reasonable access to the books and records of the Business after the Closing Date for the purpose of preparing tax returns, defending claims or other reasonable business purposes.

#### Ordinary Course.

Through the Closing Date, Seller shall carry on the Business in the ordinary course in substantially the same manner as heretofore conducted and shall refrain from selling, leasing, licensing or otherwise disposing of, creating or imposing any encumbrance on any of the Purchased Assets of the Business, other than in the ordinary course consistent with past practices.

#### Confidentiality.

No party shall divulge, communicate, use to the detriment of any other party or for the benefit of any other person or persons, or misuse in any way, any other party's confidential information discovered or disclosed as a result of the delivery, execution or performance of this Agreement.

#### Further Assurances.

5

Claimant Name: Sheri Garay    Claim #: 1081100

UACL01592

UG-000243

FEB-19-2004 06:43 FROM

*Balance of sale agreement 1*

Buyer or in any way interfere with its relationship with Buyer; or (c) hire, retain or attempt to hire or retain any employee of Buyer; provided, however, any acceleration of the Notes due to an event of default by Buyer shall terminate any and all of Seller's obligations pursuant to this Section 7.10.

### 7. Conditions to Closing.

### Conditions Precedent to the Obligations of Buyer.

The obligations of Buyer to complete the Closing are subject to the fulfillment on or prior to the Closing Date (or such other date as may be specified) of the following conditions, any one or more of which may be waived by Buyer:

(i) Seller shall have executed and delivered to Buyer the Bill of Sale and Instrument of Assumption;

(ii) the representations and warranties made by Seller in Section 5 shall be true and correct in all material respects;

(iii) Seller shall have materially complied with all covenants contained in this Agreement;

(iv) Sterling Vision, Inc. shall have consented in writing to the assignment of the Franchise Agreement by Buyer;

(v) The acquisition of the Purchased Assets shall be pursuant to a bulk sale escrow conducted in accordance with Division 6 of the California Commercial Code, with escrow to be opened at Commercial Escrow Services, Inc. ("Escrow Holder"), Antoinette Hardstone, Escrow Officer. The parties shall sign customary escrow instructions in the form maintained by the Escrow Holder for transactions of the type contemplated by this Agreement. Seller shall furnish to Buyer a true and complete list of all business names and addresses used by Seller within three years before the date such list is sent or delivered to Buyer, as provided in Section 6104 of the Uniform Commercial Code-Bulk Sales, of the State of California ("Section 6104"). Buyer shall give notice of the sale of the Purchased Assets in accordance with Section 6104. Seller agrees to take all actions reasonably requested by Buyer in order to effect compliance with Section 6104, and similar laws of other jurisdictions applicable to bulk transfers or concerning fraudulent transfers, as may be required with respect to the transfer of the Purchased Assets; and

(vi) Bowie, Bruegman and Eztrol (the "Landlord") shall have consented in writing to the sublease of the Premises to Seller for the remainder of the term of the Store Lease.

### Conditions Precedent to the Obligations of Seller.

The obligations of Seller to complete the Closing are subject to: (a) Buyer's delivery of the cash portion of the Purchase Price to Seller; (b) Buyer's delivery of each of the executed Notes and the Security Agreement to Seller; and (c) the Landlord's written consent to release Seller from all obligations under the Store Lease after one (1) year from the date hereof.

7

46674/0801
APS/254310.6

UACL01593

Claimant Name: Sheri Garay    Claim #: 1081100

UG-000244

(iii) all items deposited into escrow by Buyer shall be returned to Buyer; provided, however, Seller shall be entitled to two percent (2%) of the Escrow Deposit as liquidated damages as long as such termination is no fault of Seller, her agents, representatives or employees; and

(iv) Seller shall retain the Deposit.

10. <u>Miscellaneous</u>.

<u>Confidentiality</u>.

Seller and Buyer agree to keep the terms and conditions of this Agreement confidential except insofar as disclosure may be contemplated herein or may be required by law or regulation or legal process and in such event the party so required to disclose shall provide the other party with prompt notice to enable it to seek a protective order or other appropriate remedy preventing disclosure.

<u>Notices</u>.

Any notice or other communication required or which may be given hereunder shall be in writing and shall be delivered personally, sent by facsimile transmission or sent by certified, registered or express mail, postage prepaid, and shall be deemed given when so delivered personally, or sent by facsimile transmission or if mailed, five days after the date of mailing, as follows:

(i) if to Buyer, to:

New Age Optical, Inc.
901 Sun Valley Blvd.
Concord, CA  94520

with a copy to:

(ii) if to Seller, to:

Ms. Sheri Garay
Walnut Creek CA 94798

UACL01594

48574/0801
APS/254310.6

9

Claimant Name: Sheri Garay    Claim #: 1081100

REDACTED

UG-000245

Buyer acknowledges that the firm of Greene Radovsky Maloney & Share LLP is counsel to Seller and that such firm has not represented Buyer in connection with this Agreement and any other transaction or the execution of any other document contemplated in connection with any of the foregoing and that Buyer has been urged to seek, and hereby represents that Buyer has sought Buyer's own counsel in this matter.

### Arbitration.

Each of the parties agrees that in the event of any controversy, dispute, or issue arising out of, in connection with, or in relation to, this Agreement, such dispute shall be resolved through neutral, binding arbitration and not by court action, except as provided by California law for judicial review of arbitration proceedings. The arbitration shall be conducted in accordance with the then current rules of commercial dispute resolution of JAMS/Endispute. The place of arbitration shall be in San Francisco, California. The arbitrator shall be empowered to make all necessary rulings. The arbitrator shall award reasonable attorneys' fees and costs to the prevailing party as part of the award. The award of the arbitrator shall be accompanied by a written statement of the basis for such award, shall be final and binding, and may be entered as a judgment in any court of competent jurisdiction. The parties shall select one arbitrator for this purpose who shall be a retired judge.

### Attorneys' Fees.

If a party brings any legal action or arbitration regarding any provision of this Agreement, the prevailing party shall be awarded reasonable attorney's fees from the other party in addition to any other relief it may be granted.

### No Third Party Beneficiaries.

Except as specifically set forth or referred to herein, nothing herein expressed or implied is intended or shall be construed to confer upon or give to any person or corporation other than the parties hereto and their successors or assigns any rights or remedies under or by reason of this Agreement.

*[Remainder of Page Intentionally Left Blank.]*

15 OF 19

UACL01595

45574/0801
APS/254310.6

11

Claimant Name: Sheri Garay    Claim #: 1081100

UG-000246

IN WITNESS WHEREOF, the parties have executed this Agreement on the date first
above written.

SELLER:BUYER:

NEW AGE OPTICAL, INC., a California
corporation

SHERI GARAY, an individualBy: Nick Saab                    11/1/03

                              Its:    Secretary

                              By: Rabih Kantar    F Kantar    12/8/03

                              Its:    President

45574/0601
APS/264310.6                        12

UG-000247

# BILL OF SALE
## AND
## INSTRUMENT OF ASSUMPTION

BILL OF SALE AND INSTRUMENT OF ASSUMPTION (this "Agreement") made as of _____, 2003 by and between SHERI GARAY ("Assignor"), and NEW AGE OPTICAL, INC., a California corporation ("Assignee").

## RECITALS

Assignor and Assignee are parties to that certain Asset Purchase Agreement dated _____, 2003 (the "Asset Purchase Agreement"), pursuant to which Assignor is selling certain of assets of the Business to Assignee, and Assignee is assuming certain of the liabilities of the Business, all as more specifically set forth in the Asset Purchase Agreement. The capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to them in the Asset Purchase Agreement.

NOW, THEREFORE, IT IS AGREED:

1. *Assignment.* For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby sells and assigns the Purchased Assets to Assignee, free and clear of all liens and encumbrances of any nature.

2. *Assumption.* Assignee hereby agrees to be bound by all of the terms of, and undertakes and assumes all of the obligations, duties, and liabilities of Assignor accruing under, the liabilities set forth in Section 2.1 of the Asset Purchase Agreement, including the Assumed Liabilities and the Assumed Agreements.

3. *Further Assurances.* Each party hereto shall, at any time and from time to time, upon the request of the other party hereto, promptly and duly execute and deliver any and all such further instruments and documents and take such further actions as the requesting party may reasonably request to fulfill the purposes of this Agreement.

Claimant Name: Sheri Garay    Claim #: 1081100

UACL01597

UG-000248

FEB-18-2004 06:45  FROM:

IN WITNESS WHEREOF, the parties have executed this Agreement on the date first
above written.

SELLER:BUYER:

NEW AGE OPTICAL, INC., a California
corporation

SHERI GARAY, an individualBy: Nick Saab
                              Its:    Secretary

                              By: Rabih Kantar    12/8/03
                              Its:    PRESIDENT

18 OF 19

UACL01598

435574/0001
APS/264310.5

12

Claimant Name: Sheri Garay    Claim #: 1081100

UG-000249