JOHN F. MARTIN, ESQ. (SBN 52618)
CHRISTINE HOPKINS, ESQ. (SBN 240248)
LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA 94596
Telephone: (925) 937-5433
Facsimile: (925) 938-5567

Attorneys for Plaintiff
SHERI GARAY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI GARAY<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; DOES 1-10<br><br>　　　　Defendants.<br>_____/ | Case No. 4:08-cv-01059-SBA<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: July 22, 2008<br>Time: 1:00 p.m.<br>Crtrm: 3<br><br>**Honorable Saundra Brown Armstrong** |

　　　Defendants' Motion for Summary Judgement, or in the Alternative Summary Adjudication, came on regularly for hearing by this Court on July 22, 2008, the Honorable Saundra Brown Armstrong presiding.

　　　The Court, having read the supporting and opposing papers, and having heard the arguments at the hearing, and good cause appearing, orders as follows:

　　　IT IS HEREBY ORDERED that:

　　　1.　Defendant's Motion for Partial Summary Judgment is hereby denied. ERISA does not preempt Plaintiff's state law claims against Defendant nor govern Plaintiff's insurance policy with Defendant Unum Life Insurance Company of America.

1 | IT IS SO ORDERED.
2
3
4 | DATED:     July ___, 2008          By: _____
5 |                                         THE HONORABLE SAUNDRA BROWN ARMSTRONG
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28