1  **RIMAC & MARTIN, P.C.**
   JOSEPH M. RIMAC - State Bar No. 72381
2  ANNA M. MARTIN - State Bar No. 154279
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY OF AMERICA
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                    **E-FILING**

12 SHERI GARAY,                    )
                                   )  CASE NO. 3:08-cv-01059-EDL
13                                 )
            Plaintiff,             )
14                                 )  **NOTICE OF *EX PARTE***
        vs.                        )  **APPLICATION AND *EX PARTE***
15                                 )  **APPLICATION TO EXTEND TIME**
   UNUM LIFE INSURANCE COMPANY OF  )  **TO RESPOND TO COMPLAINT;**
16 AMERICA, and DOES 1-10,         )  **[PROPOSED] ORDER THEREON**
                                   )
17          Defendants.            )
   _____ )
18

19 **TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

20      Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA (hereinafter

21 "defendant"), submits the following *Ex Parte* Application for an Order Extending the Time for a

22 Response to Complaint, currently due to be filed on March 3, 2008, to March 13, 2008. The

23 attached memorandum of points and authorities and declaration demonstrate good cause for the

24 requested extension of time to respond. This application is made for the following grounds: (1)

25 Counsel for defendant has just received the complete claim file, and requires additional time to

26 review the entire claim file to determine the appropriate response. (2) In response to defense

27 counsel's request for an extension of time to respond to the complaint, counsel for plaintiff has

28 agreed to grant an extension of time to answer the complaint through March 13, 2008. However,

---

plaintiff's counsel has not responded to defendant's counsel's emails and telephone calls requesting an extension of time to respond to the complaint, and defendant's counsel has not yet determined whether a motion to dismiss would be appropriate in this matter.

Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED:  February 29, 2008        By:    /s/  **ANNA M. MARTIN**
                                        ANNA M. MARTIN
                                        Attorneys for Defendant
                                        UNUM LIFE INSURANCE COMPANY OF
                                        AMERICA

## **POINTS AND AUTHORITIES**

### I. INTRODUCTION

The Court should grant defendant's *Ex Parte* Application for an Order Extending Time to Respond to Complaint, to March 13, 2008, or later, for the following reasons: (1) Counsel for defendant has just received the complete claim file, and requires additional time to review the entire claim file to determine the appropriate response.  (2) In response to defense counsel's request for an extension of time to respond to the complaint, counsel for plaintiff has agreed to grant an extension of time to answer the complaint through March 13, 2008.  However, plaintiff's counsel has not responded to defendant's counsel's emails and telephone calls requesting an extension of time to respond to the complaint, and defendant's counsel has not yet determined whether a motion to dismiss would be appropriate in this matter.

### II. LEGAL ARGUMENT

Local Rule provides that "The Court may, in its discretion, grant an initial extension <u>ex parte</u> upon the affidavit of counsel that a stipulation extending time cannot reasonably be obtained, explaining the reasons why such a stipulation cannot be obtained and the reasons why

the extension is necessary.  Except for one such initial extension, ex parte applications for extension of time will not ordinarily be granted."

**1.      Good Cause Exists For Granting This Motion**

Counsel for defendant has requested that plaintiff stipulate to extending time for a response to the complaint, but plaintiff's counsel has only granted an extension of time to answer the complaint, and plaintiff's counsel has not responded to defendant's requests that the extension of time be to respond to the complaint. (Decl. Counsel, ¶¶ 2-7.)

Good cause exists for granting an extension of time to respond to the complaint because counsel for defendant has just received the entire claim file, and has thus not had the opportunity to review the claim file, and determine an appropriate response to the complaint. (Decl. Counsel, ¶ 8.) In response to defense counsel's request for an extension of time to respond to the complaint, counsel for plaintiff has agreed to grant an extension of time to answer the complaint through March 13, 2008.  However, plaintiff's counsel has not responded to defendant's counsel's emails and telephone calls requesting an extension of time to respond to the complaint, and defendant's counsel has not yet determined whether a motion to dismiss would be appropriate in this matter. (Decl. Counsel, ¶¶ 2-8.)

Thus, defendant respectfully requests that the Court extend the deadline to respond to the complaint to March 13, 2008 or later.

                                        Respectfully submitted,

                                        RIMAC & MARTIN, P.C.


DATED:  February 29, 2008        By:    /s/  ANNA M. MARTIN
                                        ANNA M. MARTIN
                                        Attorneys for Defendant
                                        UNUM LIFE INSURANCE COMPANY OF
                                        AMERICA

## ORDER

The Court, having considered the within *ex parte* application made this day by defendant UNUM Life Insurance Company of America, and good cause appearing therefor,

IT IS ORDERED that defendant must respond to the complaint by March 13, 2008.

**SO ORDERED.**

DATED: 9/2/08

*Saundra B. Armstrong*
UNITED STATES DISTRICT COURT JUDGE