1  **JOHN F. MARTIN, ESQ. (SBN 52618)**
   **CHRISTINE HOPKINS, ESQ. (SBN 240248)**
2  **LAW OFFICES OF JOHN F. MARTIN**
   A Professional Corporation
3  3100 Oak Road, Suite 230
   Post Office Box 5331
4  Walnut Creek, CA  94596
   Telephone:   (925) 937-5433
5  Facsimile:    (925) 938-5567

6  Attorneys for Plaintiff
   SHERI GARAY
7

8              **UNITED STATES DISTRICT COURT**

9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11                        *E-FILING*

12  SHERI GARAY                       Case No. 4:08-cv-01059-SBA

13              Plaintiff,
                                      **STIPULATION AND ORDER REFERRING**
14  v.                                **THE PARTIES TO ATTEND AN EARLY**
                                      **SETTLEMENT CONFERENCE BEFORE**
15  UNUM LIFE INSURANCE COMPANY       **MAGISTRATE JUDGE SPERO**
    OF AMERICA; DOES 1-10
16
                Defendants.           **Assigned for All Purposes to Honorable**
17  _____/   **Saundra Brown Armstrong**

18      Plaintiff Sheri A. Garay and Defendant Unum Life Insurance Company of America hereby

19  stipulate and agree to attend an early settlement conference before Magistrate Judge Joseph C. Spero

20  within 120 days of the entry of this order, or as soon thereafter as the schedule of the Magistrate Judge

21  will allow.

22
                                  LAW OFFICES OF JOHN F. MARTIN
23                                A Professional Corporation

24
    DATED:      September 30, 2008  By:    /S/  CHRISTINE HOPKINS
25                                         CHRISTINE HOPKINS, ESQ.
                                           Attorney for Plaintiff Sheri Garay
26

27

28  / / /

**STIPULATION AND ORDER REFERRING PARTIES**
**TO EARLY SETTLEMENT CONFERENCE**        **1**        Case No. 4:08-cv-01059-SBA

RIMAC  MARTIN, P.C.

By:   /S/ ANNA M. MARTIN
      ANNA M. MARTIN, ESQ.

Attorney for Defendant Unum

## ORDER

PURSUANT TO ADR LOCAL RULE 7-2, the above-captioned case is hereby referred to Magistrate Judge Joseph C. Spero to conduct an early settlement conference pursuant to the request of both parties.

IT IS SO ORDERED.

DATE: 10/7/08

_____
HONORABLE SANDRA B. ARMSTRONG