UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI GARAY, | No. C08-01059 SBA (JCS) |
| Plaintiff(s), | |
| v. | **ORDER AND NOTICE CONTINUING SETTLEMENT CONFERENCE** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Settlement Conference previously scheduled for November 5, 2008 has been continued to **January 7, 2009** at **9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Lead trial counsel are required to appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

On or before December 31, 2008, each party must deliver directly to Magistrate Judge Spero's Chambers a Confidential Settlement Conference Statement. This Statement should not be filed with the Clerk of the Court and need not be served upon the other parties.

The parties are directed to notify Magistrate Judge Spero's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference. All other provisions of this Court's October 10, 2008 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

Dated: October 29, 2008

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE