1
2                          UNITED STATES DISTRICT COURT
3                         NORTHERN DISTRICT OF CALIFORNIA
4
5   GARAY,                              )        No. C08-01059 SBA
                    Plaintiff,          )
                                        )        ORDER DISMISSING ACTION
6        vs.                            )
                                        )
7    UNUM LIFE INSURANCE                )
    COMPANY OF AMERICA,                 )
8                                       )
                    Defendant.          )
9                                       )

10
11
12       The Court having been notified of the settlement of
13  this action, and it appearing that no issue remains for the
    Court's determination,
14
15       IT IS HEREBY ORDERED THAT this action and all claims
    asserted herein are DISMISSED.
16
17
18       IT IS SO ORDERED.

    DATED:1/12/09
19
20                              _____
                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge