|   |   |
|---|---|
| 1 | **RIMAC & MARTIN, P.C.** |
| 2 | ANNA M. MARTIN - State Bar No. 154279<br>KEVIN G. GILL - State Bar No. 226819 |
| 3 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 4 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |
| 5 | *amartin@rimacmartin.com*<br>*kgill@rimacmartin.com* |

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**LAW OFFICES OF JOHN F. MARTIN**
A Professional Corporation
JOHN F. MARTIN, ESQ. (SBN 52618)
CHRISTINE HOPKINS, ESQ. (SBN 240248)
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA 94596
Telephone: (925) 937-5433
Facsimile: (925) 938-5567
*christine@johnfmartinlaw.com*

Attorneys for Plaintiff
SHERI GARAY

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-FILING**

| | |
|---|---|
| SHERI GARAY, | ) CASE NO. **4:08-cv-01059 SBA** |
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1-10, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties to this action, UNUM LIFE INSURANCE COMPANY OF AMERICA and SHERI GARAY, through their designated counsel of record herein, that the above-captioned action be, and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

Each party shall bear its own costs and attorney fees in this action.

-1-

STIPULATION FOR DISMISSAL WITH
PREJUDICE; ORDER THEREON                                    CASE NO. **4:08-cv-01059 SBA**

|   |   |   |   |
|---|---|---|---|
| 1 | Pursuant to local rules, this document is being electronically filed through the Court's |||
| 2 | ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this |||
| 3 | document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has |||
| 4 | concurred with the filing of this document; and (3) a record supporting this concurrence is |||
| 5 | available for inspection or production if so ordered. |||
| 6 | **SO STIPULATED.** |||
| 7 |   |   | RIMAC MARTIN |
|   |   |   | *a Professional Corporation* |
| 8 | DATED: January 30, 2009 | By: | /s/ **ANNA M. MARTIN** |
| 9 |   |   | ANNA M. MARTIN |
|   |   |   | Attorneys for Defendant |
| 10 |   |   | UNUM LIFE INSURANCE COMPANY OF AMERICA |
| 11 |   |   |   |
| 12 |   |   | LAW OFFICES OF JOHN F. MARTIN |
|   |   |   | *a Professional Corporation* |
| 13 | DATED: January 30, 2009 | By: | /s/ **CHRISTINE HOPKINS** |
| 14 |   |   | CHRISTINE HOPKINS |
|   |   |   | Attorneys for Plaintiff |
| 15 |   |   | SHERI GARAY |

## ORDER

**SO ORDERED.**

DATED: 2/24/09

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

-2-
STIPULATION FOR DISMISSAL WITH
PREJUDICE; ORDER THEREON                                    CASE NO. 4:08-cv-01059 SBA